**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
Service One, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
3 8 – 4 0 9 7 3 9 6

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4801 Keller Springs Road** <br> Number    Street | Number    Street |
| | P.O. Box |
| **Addison** **TX** **75001** <br> City    State    ZIP Code | City    State    ZIP Code |
| **Dallas** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**  
www.srvcone.com

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Service One, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

  **2   3   6   1**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Service One, LLC** _____    Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                       MM / DD / YYYY<br>District _____ When _____ Case number _____<br>                         MM / DD / YYYY<br>District _____ When _____ Case number _____<br>                         MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ When _____<br>                              MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____ Relationship _____<br>District _____ When _____<br>                              MM / DD / YYYY<br>Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor **Service One, LLC** _____    Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____    _____    _____
City    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor **Service One, LLC**     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/21/2022**
MM / DD / YYYY

X **/s/ Dell James**         **/s/ Mike Bates**
Signature of authorized representative of debtor

**Dell James**         **Mike Bates**
Printed name         Printed name

**Manager**         **Appointed Financial Advisor**
Title         Title

**18. Signature of attorney**

X **/s/ Christopher J. Moser**     Date **04/21/2022**
Signature of attorney for debtor     MM / DD / YYYY

**Christopher J. Moser**
Printed name

**Quilling, Selander, Cummiskey & Lownds**
Firm name

**2001 Bryan Street, Ste. 1800**
Number    Street

**Dallas**     **TX**     **75201**
City     State     ZIP Code

_____     **cmoser@qslwm.com**
Contact phone     Email address

**14572500**     **TX**
Bar number     State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Service One, LLC**　　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/21/2022　　　　　　　　　　　　　Signature  /s/ Dell James
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Dell James*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Manager*

Date　　　　　　　　　　　　　　　　　　Signature

| | | |
|---|---|---|
| 22 Rose Street LLC<br>4901 Keller Springs Road, #105<br>Addison, TX 75001 | Angel Carrillo<br>1205 Hillcrest St., 1221<br>Mesquite, TX 75149 | Bryan N. Vega<br>510 Lydia Ct.<br>Irving, TX 75061 |
| 7 Sky Roofing<br>Attn: Brendan O'Connor<br>6302 Windcrest Drive, #925<br>Plano, TX 75024 | Annie Olachia<br>1027 Grandview Ave.<br>Dallas, TX 75223 | Bryan Ramirez<br>3210 Konet St.<br>Irving, TX 75060 |
| Aaron Atwell<br>PO Box 151<br>6637 W. Hwy 199<br>Springtown, TX 76082 | AR Multiple Services<br>6519 Linden Lane<br>Dallas, TX 75230 | Charles Tomasello<br>7936 Bishop Rd.<br>Plano, TX 75024 |
| Action Plumbing<br>121 Touchstone Road<br>Wylie, TX 75098 | Arbor Contract Carpet, Inc.<br>PO Box 675096<br>Dallas, TX 75267-5096 | Christopher Johnson<br>701 Skelly St.<br>Crowley, TX 76036 |
| Addison-Keller Springs, Ltd.<br>c/o Dryden Company<br>Attn: Erik Jensen<br>4849 Keller Springs<br>Addison, TX 75001 | Atwell Heat & Air<br>PO Box 151<br>Springtown, TX 76082 | City of Dallas<br>City Hall 2D, South<br>Dallas, TX 75277 |
| ADR Plumbing Co.<br>Attn: Paul Brake<br>3324 Welch Lane<br>Sachse, TX 75048 | Beauty Lounge Inc.<br>9201 Warren Parkway, Suite 200<br>Frisco, TX 75035 | City of Grand Prairie<br>300 W. Main Street<br>Grand Prairie, TX 75050 |
| Alfredo Gallardo<br>2608 Squire Place<br>Dallas, TX 75234 | Bezaleel Hernandez<br>1306 W Lavander Ln.<br>Arlington, TX 76013 | Creations Granite & Marble<br>1726 Oldfield Dr.<br>Dallas, TX 75214 |
| AMDG Consultants, LLC<br>8711 S. FM 148<br>Scurry, TX 75158 | Blue Cross Blue Shield of TX<br>PO Box 650615<br>Dallas, TX 75265-0615 | Cristian Alexander Aparicio<br>1035 Bigwood St.<br>Dallas, TX 75211 |
| AME G.C., LLC<br>1671 River View Dr., #B207<br>Lewisville, TX 75056 | BlueVine Capital Inc.<br>401 Warren Street<br>Redwood City, CA 94063 | Damaris Prock<br>2116 Navada Way<br>Justin, TX 76247 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Brandon Vega<br>510 Lydia Ct.<br>Irving, TX 75061 | Daniel Grigsby<br>927 Willow Circle N<br>Burleson, TX 76028 |

Case 22-40503    Doc 1    Filed 04/21/22    Entered 04/21/22 14:55:57    Desc Main
Document    Page 8 of 10
Debtor(s): Service One, LLC
Case No.
Chapter: 11
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Danny Tipton
604 Blevins
Fort Worth, TX 76111

Goodman Distribution
4800 Keller Springs Road
Addison, TX 75001

John Mongogna
Albin & Oldner
5665 Dallas Parkway, Suite 200
Frisco, TX 75034

Dell Financial
One Dell Way
Round Rock, TX 78682

Guadalupe Buendia-Bocanegra
2236 Meadowlark
Irving, TX 75060

Jorge Artunduaga
5711 Preston Oaks Rd.
Dallas, TX 75254

Dustin Barnes
1708 Usa Drive
Plano, TX 75025

Hazael Fernando Miranda
602 Ashby Court
Allen, TX 75002

Jose Manuel Muñoz
900 Via Balboa
Mesquite, TX 75150

Epifanio Gonzalez
13354 Emily Rd.
Dallas, TX 75240

Hernandez Multi Contracting LLC
4801 Keller Springs Rd.
Addison, TX 75001

Jose Portillo
2901 Runnels St.
Fort Worth, TX 76106

Ferguson
PO Box 847411
Dallas, TX 75284

Home Depot Credit Services
PO Box 790340
St. Louis, MO 63179

Jose Rodriguez
119 Virginia St.
Irving, TX 75061

First Corporate Solutions
914 S. Street
Sacramento, CA 95811

Insco Distributing, Inc
12501 Network Blvd.
San Antonio, TX 78249

Juan A. Chavez
9600 Wickersham Road, Apt. 1143
Dallas, TX 75238

Fix It Right Plumbing
PO Box 1201
Burleson, TX 76097

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Juan Carlos Flores
9622 Rolling Rock Lane, 270E
Dallas, TX 75238

GE Appliances
PO Box 840136
Dallas, TX 75284-0136

Jacobo Garza
8814 Cardella Ave.
Dallas, TX 75217

Juan Guevara
2420 Cambridge Dr.
Irving, TX 75061

Gerardo Marquez Calahorra
1116 Rice Street
Grand Prairie, TX 75050

Jesus Contreras
900 Via Balboa
Mesquite, TX 75150

Julio Jimenez
4605 Carr St.
The Colony, TX 75056

Glass FX, LLC
1671 Riverview Dr.
Colony, TX 75056

Jill Woodruff
500 Energy Way, Apt. #2121
Fort Worth, TX 76102

Justin Braden
123 Sandlewood Ln.
Burleson, TX 76028

Koetke Consulting LLC
120 N South Rd., Unit C
PMB 162
North Conway, NH 03860

Merit Professional Services
PO Box 271712
Flower Mound, TX 75027

Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, Texas 75702

Landers Carpet Care
946 Fairlawn Dr.
Duncanville, TX 75116

MFS Supply
31100 Solon Road, Suite 16
Solon, OH 44139

Oliverio Lima
506 Alto Drive
Garland, TX 75040

Larry Wendt
3232 E. Adams, Apt. 27
Arlington, TX 76010

Mitchell Holder
3762 Ashley Ct.
Fort Worth, TX 76123

Omar Miranda
10905 Damon Lane
Dallas, TX 75229

Luis Nolasco
2641 W. Northgate Drive
Irving, TX 75062

Morosco Supply
PO Box 841183
Dallas, TX 75284-1183

Patrick Schultz
4321 Belvedere Drive
Plano, TX 75093

Lupita Chavez
109 Centennial Drive
Lewisville, TX 75067

Nace & Motley, LLP
Attn: Kristi Motley
100 Crescent Court, 7th Floor
Dallas, TX 75201

Plains Capital Bank
1 Cowboys Way, Unit 250
Frisco, TX 75034

M S International, Inc.
12845 Valley Branch Lane
Farmers Branch, TX 75234

Nathan Sanders
124 Woolard Drive
Alvarado, TX 76009

Procraft Cabinetry
2330 Alberta Dr., Ste. 100
Dallas, TX 75229

M&C Multiservices LLC
6224 Kentwood Place
Fort Worth, TX 76112

National Contract Flooring
PO Box 21437
Little Rock, AR 72221

Riley O'Connor
6302 Windcrest Drive, Apt. #925
Plano, TX 75024

Maria G. Chaidez/M&M Remodeling
3304 Rolling Hills Lane
Grand Prairie, TX 75052

Nortier Engineering Consultants
1902 Forest Glen Lane
Weatherford, TX 76087

RM Interiors TX LLC
2925 N. Norwalk
Mesa, AZ 85215

Maria Martinez
2206 San Pablo Dr.
Dallas, TX 75227

NxTGen
PO Box 271152
Dallas, TX 75227

Ronnie Ramos
18210 Village Drive
Saucier, MS 39574

Mario Guapo
930 Town Square
Princeton, TX 75407

Octavio's Cabinets
1503 E. Mitchell
Arlington, TX 76010

Rosa Jimenez
300 North Booth Calloway Road,
Hurst, TX 76053

Case 22-40503 Doc 1 Filed 04/21/22 Entered 04/21/22 14:55:57 Desc Main Document Page 10 of 10
Debtor(s): Service One, LLC
Case No.
Chapter: 11
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Ryan Haggard
324 Jasmine Ct.
Burleson, TX 76028

TaskEasy, Inc.
669 S. West Temple, Suite 300
Salt Lake City, UT 84101

U.S. Small Business Administrat
409 Third St., SW
Washington, DC 20416

S&A Backhoe & Septic Service LL
106 Mesa Street
Weatherford, TX 76086

Texas Appliance & Builder Suppl
1500 East Interstate 20
Arlington, TX 76018

Waterfall Bath Enclosures
1312 W. Crosby Rd.
Carrollton, TX 75006

Salvador Garcia (Fernando)
4807 North Colony
The Colony, TX 75056

Tina Lewandowski
1544 Hickory Trail
Allen, TX 75002

WEX Fleet Universal
PO Box 4337
Carol Stream, IL 60197-4337

Sandra Perry
9201 Warren Parkway, Suite 200
Frisco, TX 75035

Toni Glowinski
10429 W. Palmer Ave.
Melrose Park, IL 60164

White's & Sons
DBA All Pro Pest Control Service
2533 Franklin Drive, Suite 2B
Mesquite, TX 75150

Scheef & Stone, LLP
Attn: T. Chase Garrett
2600 Network Blvd., Suite 400
Frisco, TX 75034

Torio Construction LLC
3239 Torio
Grand Prairie, TX 75054

William Adams
1002 East Business 380
Decatur, TX 76234

Section Stack
2920 Telecom Parkway, #125
Richardson, TX 75082

Trash Chomper LLC
4801 Keller Springs Road
Addison, TX 75001

Sherwin Williams (6288-6)
909 Gross Road
Mesquite, TX 75149-2100

Two Js Tree and Maintenance
Attn: Juan Arreozola
2625 Riviera Drive
Garland, TX 75040

Sherwin Williams (7487-2)
909 Gross Road
Mesquite, TX 75149-2100

TXU Energy
PO Box 650638
Dallas, TX 75265

Star Window Coverings LLC
2030 East Arbrook Blvd., Ste. 1
Arlington, TX 76014

U Fix It Appliance Parts
4621 South Cooper Street, #127
Arlington, TX 76017

Stephen Rios
6322 Meadowcrest Lane
Sachse, TX 75048

U.S. Small Business Administrat
10737 Gateway West, #300
El Paso, TX 79935