IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SERVICE ONE, LLC | § | CASE NO. 22-_____ |
| | § | (Chapter 11) |
| DEBTOR. | § | |

**DEBTOR'S STATEMENT REGARDING BALANCE SHEET,
STATEMENT OF OPERATIONS, AND CASH FLOW STATEMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

1. My name is Dell James. I am the manager of Service One, LLC (the "Debtor"). I am over eighteen years of age and fully competent to make this statement. I have personal knowledge of all facts stated herein, and they are all true and correct.

2. A balance sheet has been prepared for the Debtor, but after review, it has been determined to be inaccurate. Accordingly, the prepared balance sheet is not being produced with the voluntary petition.

3. I have not prepared a statement of operations and cash-flow statement on behalf of the Debtor, nor am I aware that these documents have been prepared on the Debtors behalf by another party. If another party has prepared these documents, I have not been provided with copies.

4. I declare under penalty of perjury that the statements contained in this Declaration are true and correct to the best of my knowledge, information, and belief.

Date: April 21, 2022.

_____
Dell James