**Fill in this information to identify the case and this filing:**

Debtor Name: **Service One, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                              12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/21/2022**       X **/s/ Dell James**
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

**Dell James**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Service One, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | | Credit Card | | | | $263,764.40 |
| 2 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | | Line of Credit | | | | $257,461.31 |
| 3 | Arbor Contract Carpet, Inc.<br>PO Box 675096<br>Dallas, TX 75267-5096 | | Goods and/or Services | | | | $246,989.11 |
| 4 | Home Depot Credit Services<br>PO Box 790340<br>St. Louis, MO 63179 | | Goods and/or Services | | | | $100,824.36 |
| 5 | Glass FX, LLC<br>1671 Riverview Dr.<br>Colony, TX 75056 | | Goods and/or Services | | | | $99,889.96 |

Debtor **Service One, LLC**  Case number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Hernandez Multi Contracting LLC  4801 Keller Springs Rd.  Addison, TX 75001 | | Goods and/or Services | | | | $92,510.00 |
| 7 | Trash Chomper LLC  4801 Keller Springs Road  Addison, TX 75001 | | Goods and/or Services | | | | $83,510.55 |
| 8 | Morosco Supply  PO Box 841183  Dallas, TX 75284-1183 | | Goods and/or Services | | | | $60,753.22 |
| 9 | Sherwin Williams (7487-2)  909 Gross Road  Mesquite, TX 75149-2100 | | Goods and/or Services | | | | $54,662.95 |
| 10 | Creations Granite & Marble  1726 Oldfield Dr.  Dallas, TX 75214 | | Goods and/or Services | | | | $52,495.30 |
| 11 | Sherwin Williams (6288-6)  909 Gross Road  Mesquite, TX 75149-2100 | | Goods and/or Services | | | | $50,907.59 |
| 12 | 7 Sky Roofing  Attn: Brendan O'Connor  6302 Windcrest Drive, # 925  Plano, TX 75024 | | Goods and/or Services | | | | $42,328.71 |
| 13 | MFS Supply  31100 Solon Road, Suite 16  Solon, OH 44139 | | Goods and/or Services | | | | $40,720.60 |

Debtor **Service One, LLC**  Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Jose Portillo<br>2901 Runnels St.<br>Fort Worth, TX 76106 | | Contract Labor | | | | $33,731.00 |
| 15  ADR Plumbing Co.<br>Attn: Paul Brake<br>3324 Welch Lane<br>Sachse, TX 75048 | | Contract Labor | | | | $32,485.00 |
| 16  Ferguson<br>PO Box 847411<br>Dallas, TX 75284 | | Goods and/or Services | | | | $26,194.26 |
| 17  M S International, Inc.<br>12845 Valley Branch Lane<br>Farmers Branch, TX 75234 | | Goods and/or Services | | | | $23,282.76 |
| 18  Fix It Right Plumbing<br>PO Box 1201<br>Burleson, TX 76097 | | Goods and/or Services | | | | $20,040.00 |
| 19  Star Window Coverings LLC<br>2030 East Arbrook Blvd., Ste. 180<br>Arlington, TX 76014 | | Goods and/or Services | | | | $19,105.04 |
| 20  Jesus Contreras<br>900 Via Balboa<br>Mesquite, TX 75150 | | Contract Labor | | | | $17,275.00 |