| | 14 Day Budget | 30 Day Budget |
|---|---|---|
| **Gross Revenue** | $474,671.93 | $809,188.08 |
| **EXPENSES** | | |
| Bank Fees (overdraft cha | $1,500.00 | $1,500.00 |
| Legal Fees Bankruptcy C | $10,000.00 | $10,000.00 |
| Janitorial for Office | $100.00 | $100.00 |
| Rent | $3,910.50 | $3,910.50 |
| Electric | | $600.86 |
| Internet | $839.97 | $839.97 |
| Marketing | $1,000.00 | $1,000.00 |
| Bookkeeping | $5,000.00 | $5,000.00 |
| Phone | $506.29 | $506.29 |
| Cell Phone | | $1,725.06 |
| Office Supplies | $400.00 | $400.00 |
| **Office Software** | | |
| Microsoft | $151.55 | $151.55 |
| Service Fusion | | $431.93 |
| Smart Sheet | $1,000.00 | $1,000.00 |
| Google*Gsuite | | $906.96 |
| Adobe | $212.05 | $212.05 |
| Docusign | | $230.00 |
| Intuit | $138.70 | $138.70 |
| Bill.com | $500.00 | $500.00 |
| Zoom | $58.62 | $58.62 |
| Wix | $31.39 | $31.39 |
| CompanyCam | $38.00 | $38.00 |
| Slack | | $245.00 |
| Auto Insurance | $1,344.23 | $1,344.23 |
| GL Insurance | | $881.28 |
| Health Insurance | $7,006.40 | $9,485.45 |
| Workmans Comp | $30,000.00 | $30,000.00 |
| IT Service | $229.65 | $229.65 |
| Fuel Card - WEX | $8,060.62 | $8,060.62 |
| NTTA | $320.00 | $320.00 |
| Payroll Fees | $246.11 | $246.11 |
| 1099-Payroll | $12,365.00 | $12,365.00 |
| W2-Payroll w/ Taxes | $47,462.32 | $47,462.32 |
| | | |
| Subs | $210,000.00 | $210,000.00 |
| Materials / Supplies | $300,000.00 | $300,000.00 |
| | | |
| **Net Proceeds:** | -$167,749.47 | $159,266.54 |



EXHIBIT
C