**SERVICE LIST - Case No. 22-40503**
**Service One, LLC; Debtor**
*Key Parties; Top 20 Largest Unsecureds; Government Entities; NOA's*

Service One, LLC
4801 Keller Springs Road
Addison, TX 75001

Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

Mark A. Weisbart
10501 N. Central Expwy., Ste. 106
Dallas, TX 75231-2203

Marc Salitore
Assistant U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

**Top 20 Largest Unsecured Creditors:**

American Express
PO Box 981535
El Paso, TX 79998-1535

Arbor Contract Carpet, Inc.
PO Box 675096
Dallas, TX 75267-5096

Home Depot Credit Services
PO Box 790340
St. Louis, MO 63179

Glass FX, LLC
1671 Riverview Dr.
Colony, TX 75056

Hernandez Multi Contracting, LLC
4801 Keller Springs Rd.
Addison, TX 75001

Trash Chomper, LLC
4801 Keller Springs Rd.
Addison, TX 75001

Morosco Supply
PO Box 841183
Dallas, TX 75248-1183

Sherwin Williams (7487-2)
909 Gross Road
Mesquite, TX 75149-2100

Creations Granite & Marble
1726 Oldfield Dr.
Dallas, TX 75214

Sherwin Williams (6288-6)
909 Gross Road
Mesquite, TX 75149-2100

Sky Roofing
Attn: Brendan O'Connor
6302 Windcrest Drive, #925
Plano, TX 75024

MFS Supply
31100 Solon Road, Suite 16
Solon, OH 44139

Jose Portillo
2901 Runnels St.
Fort Worth, TX 76106

ADR Plumbing Co.
Attn: Paul Brake
3324 Welch Lane
Sachse, TX 75048

Ferguson
PO Box 847411
Dallas, TX 75284

M S International, Inc.
12845 Valley Branch Lane
Farmers Branch, TX 75234

Fix It Right Plumbing
PO Box 1201
Burleson, TX 76097

Star Window Coverings, LLC
2030 East Arbrook Blvd., Suite 180
Arlington, TX 76014

Jesus Contreras
900 Via Balboa
Mesquite, TX 75150

**Government Entities:**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Office of the Attorney General
Main Justice Building, Room 5111
10th Street & Constitution Ave., N.W.
Washington, DC 20530

| | | |
|---|---|---|
| U.S. Small Business Administration<br>10737 Gateway West #300<br>El Paso, TX 79935 | U.S. Small Business Administration<br>409 Third Street, SW<br>Washington, DC 20416-0002 | |

**Notice of Appearance:**

| | |
|---|---|
| Michael Durrschmidt<br>Hirsch & Westheimer, P.C.<br>1415 Louisiana St., Suite 3600<br>Houston, TX 77002 | Patrick J. Schurr<br>Scheef & Stone, LLP<br>2600 Network Blvd., Suite 400<br>Frisco, TX 75034 |
| Charles Tomasello<br>c/o Jon Strain<br>Scheef & Stone, LLP<br>2600 Network Blvd., Suite 400<br>Frisco, TX 75034 | Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy., Ste. 1000<br>Dallas, TX 75207 |