**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| DEBTOR:<br><br>Service One, LLC | MAIN BANKRUPTCY CASE NO.:<br><br>Case No. 22-40503 |
|---|---|
| CAPTION & CASE NO. OF ADVERSARY:<br><br>N/A | DATE OF TRIAL/HEARING AND NATURE OF PROCEEDING:<br><br>April 28, 2022 at 10:00AM . *Debtor's (i) Emergency Motion to Release Freeze on Funds in Debtor's Bank Accounts [Dkt No. 13]; (ii) Motion for Interim and Final Orders Authorizing Cash Collateral Use and Granting Adequate Protection [Dkt. No. 15]; (iii) its Motion for Authority to Pay Pre-Petition Wages of Employees and Independent Contractors [Dkt. No. 16]; and (iv) Motion to Remove the Debtor from Possession and Authorize Subchapter V Trustee to Operate the Business of the Debtor [Dkt. No. 14]* |

## PLAINSCAPITAL BANK'S WITNESS AND EXHIBIT LIST

Now comes, PlainsCapital Bank ("***PlainsCapital***") files this Witness and Exhibit List on its *Response to Debtor's Emergency Motion to Release Freeze on Funds in Debtor's Bank Accounts* filed at Docket No. 19 set for hearing on **April 28, 2022 at 10:00AM**, as follows:

## WITNESSES

1. Mark Weisbart, Subchapter V Trustee of Debtor.
2. Charles Tomasello, member of Debtor.
3. Sandra Perry, member of Debtor.
4. Dell James, manager of Debtor.
5. Any witness called for rebuttal purposes.
6. Any witness listed or called by any other party.
7. Any witness designated by any other party.

    PlainsCapital Bank reserves the right to amend this designation as appropriate.

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| A | Email dated April 22, 2022 at 11:37AM from Kim Lewinski to Christopher Moser, Rupert Barron and Michael Durrschmidt copied. | | | |
| B | Email dated April 22, 2022 at 4:22 PM from Michael Durrschmidt to Christopher Moser and Kim Lewinski, Rupert Barron copied. | | | |
| C | Any exhibit designated by any other party. | | | |

PlainsCapital Bank reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: */s/ Michael J. Durrschmidt*
    Michael J. Durrschmidt
    Texas Bar No. 06287650
    Kim Lewinski
    Texas Bar No. 24097994
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    Telephone: 713-220-9165
    Facsimile: 713-223-9319
    E-mail: mdurrschmidt@hirschwest.com
    E-mail: klewinski@hirschwest.com
**ATTORNEYS FOR PLAINSCAPITAL BANK**

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 26th day of April, 2022, a true and correct copy of the foregoing Exhibit and Witness List was served via first class mail, postage prepaid, and/or via the Clerk of the Court through the ECF system and by electronic mail to the parties listed below:

**CHRISTOPHER MOSER**
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201-4240
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
cmoser@qslwm.com (Email)

**MARK WEISBART**
SUBCHAPTER V TRUSTEE
10501 N Central Exxpy, Suite 106
Dallas, Texas 75231
(972) 755-7103 Phone/Fax
mweisbart@haywardfirm.com (Email)

                                        */s/ Michael J Durrschmidt*
                                        Michael J. Durrschmidt