**Kim E. Lewinski**

| | |
|---|---|
| **From:** | Michael Durrschmidt |
| **Sent:** | Friday, April 22, 2022 4:22 PM |
| **To:** | Christopher Moser; Kim E. Lewinski |
| **Cc:** | Rupert F. Barron |
| **Subject:** | RE: Service One, LLC [IWOV-HIRSCHWEST.FID448075] |

Chris, I think the bank placed a freeze on the account because the two members were giving the Bank conflicting instructions and accusing each other of bad acts. The Bank placed a freeze because it was proceeding with filing an interpleader so the state court could determine the proper party to the funds. Please advise what $200K in check you believe the Bank has returned.

Also as I said this morning we need to know who is going to be authorized to use the account. I also think that there needs to be a motion to pay pre petition claims because it seems that every one of those checks will pay a pre petition claim.

The Bank's secured claim regarding attorney fees needs to be acknowledged

Michael J. Durrschmidt | in | Bio | vCard
HIRSCH & WESTHEIMER
More than 100 Years of Service
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9165 F. 713 223 9319
mdurrschmidt@hirschwest.com
hirschwest.com

**From:** Christopher Moser <cmoser@qslwm.com>
**Sent:** Friday, April 22, 2022 2:57 PM
**To:** Michael Durrschmidt <mdurrschmidt@hirschwest.com>
**Subject:** Service One, LLC

[From an External Email System]
Michael,

I spoke to Patrick Schurr, counsel for Chuck Tomasello, about the direction of the Service One, LLC case. I think that we will be working together to get the funds held by the bank unfrozen, to get a chapter 11 trustee and to get an interim cash collateral budget approved. I will know more on Monday.

If you have changes you would like to be made to the attached Motion, please make the changes and email me back the revised Motion.

Have a good weekend!

**Chris**

*Christopher J. Moser* | Chapter 7 Trustee | Attorney

1


EXHIBIT B

**Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.** | 2001 Bryan Street, Suite 1800, Dallas TX 75201
**Direct:** (214) 880-1805 | **Fax:** (214) 871-2111 | **Email:** cmoser@qslwm.com