Form ntchrgBKv2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 22–40503
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Service One, LLC

## NOTICE OF COURT PROCEEDING

A status hearing pursuant to 11 U.S.C. Sec. 1188 will be held on

*Tuesday, June 7, 2022*

at

*10:00 AM*

to consider and act upon document 1 – Chapter 11 Subchapter V Voluntary Petition. Without Schedules, Statements, or Other Required Documents. Filed by Service One, LLC, Chapter 11 Plan due by 07/20/2022. Document Due 04/28/2022. (Attachments: # 1 Debtor's Statement Regarding Balance Sheet, Statement of Operations, and Cash Flow Statement # 2 2020 Tax Return)(Moser, Christopher) filed as document number 1 .

Debtor shall file a Pre–Hearing Report pursuant to 11 U.S.C Sec. 1188(c) by Tuesday, May 24, 2022
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Wednesday, April 27, 2022

Jason K. McDonald
Clerk, U.S. Bankruptcy Court