

Business Online Services

# Activity - Deposit Accounts

| | |
|---|---|
| Report created: | 04/26/2022 03:24:15 PM (ET) |
| Account: | *3000 • Checking • Service One - OPERATING ACCOUNT • Available $244,886.57 |
| Date range: | 4/4/2022 to 4/26/2022 |
| Transaction types: | All transactions |
| Detail option: | Includes transaction detail |

*3000 • Checking • Service One - OPERATING ACCOUNT • **Available $244,886.57**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/26/2022 03:24 PM (ET) | 3277 | 3277 | PAID CHECK PROOF MEMO POSTING | $5,811.00 | | $244,886.57 |
| 04/26/2022 03:24 PM (ET) | AMHERST RESIDENT 00 | | PREAUTHORIZED ACH CREDIT AMHERST RESIDENT | | $3,624.26 | $250,697.57 |
| 04/26/2022 03:24 PM (ET) | Invitation PMD PA | | PREAUTHORIZED ACH CREDIT Invitation PMD PAYMENT | | $35,791.14 | $247,073.31 |
| 04/26/2022 12:00 AM (ET) | | | Unreported Details | | $5,811.00 | $211,282.17 |
| 04/25/2022 | AMHERST RESIDENT DO | | PREAUTHORIZED ACH CREDIT AMHERST RESIDENT | | $109,074.88 | $205,471.17 |
| 04/22/2022 | HUDSON HOMES MAN 53 | | PREAUTHORIZED ACH CREDIT HUDSON HOMES MAN | | $17,331.55 | $96,396.29 |
| 04/22/2022 | HUDSON HOMES MAN 53 | | PREAUTHORIZED ACH CREDIT HUDSON HOMES MAN | | $7,700.00 | $79,064.74 |
| 04/21/2022 | 000003911660000 | | MISCELLANEOUS CREDIT MERCHANT REFUND TERMINAL 52707152 THE HOME DEPOT #6568 MANSFIELD TX04-19-22 12:00 AMXXXXXXXXXXXX4609 | | $102.88 | $71,364.74 |
| 04/20/2022 | Invitation PMD PA | | PREAUTHORIZED ACH CREDIT Invitation PMD PAYMENT | | $15,770.36 | $71,261.86 |
| 04/20/2022 | 000001079280000 | | MISCELLANEOUS CREDIT MERCHANT REFUND TERMINAL 55432862 THE HOME DEPOT 531 ROCKWALL TX04-18-22 12:00 AMXXXXXXXXXXXX4708 | | $82.62 | $55,491.50 |
| 04/18/2022 | 00000000000 | 00000000000 | MISCELLANEOUS DEBIT 796,041822108,258,,ACCOUNT ANALYSIS SERVICE CHARGES FOR 0 3/22 | $490.65 | | $55,408.88 |
| 04/15/2022 | 000000052503833 | | DEPOSIT | | $11,770.86 | $55,899.53 |
| 04/15/2022 | AH4R LP   PA | | PREAUTHORIZED ACH CREDIT AH4R LP   PAYABLE | | $24,970.94 | $44,128.67 |
| 04/15/2022 | AMHERST RESIDENT 00 | | PREAUTHORIZED ACH CREDIT AMHERST RESIDENT | | $5,266.50 | $19,157.73 |

EXHIBIT "A"   Page 1 of 11

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/15/2022 | HUDSON HOMES MAN 53 | | PREAUTHORIZED ACH CREDIT HUDSON HOMES MAN | | $2,265.04 | $13,891.23 |
| 04/14/2022 | 175000414113755 | | MISCELLANEOUS CREDIT TRANSFER FROM 7200 | | $1,344.23 | $11,626.19 |
| 04/14/2022 | 175000414113755 | | MISCELLANEOUS CREDIT TRANSFER FROM 7200 | | $545.00 | $10,281.96 |
| 04/14/2022 | 175000414113709 | | MISCELLANEOUS CREDIT TRANSFER FROM 7200 | | $16,025.00 | $9,736.96 |
| 04/14/2022 | 175000414113709 | | MISCELLANEOUS CREDIT TRANSFER FROM 7200 | | $4,712.00 | ($6,288.04) |
| 04/14/2022 | 175000414113709 | | MISCELLANEOUS CREDIT TRANSFER FROM 7200 | | $3,595.00 | ($11,000.04) |
| 04/14/2022 | FV HOLDINGS LLC CA | | PREAUTHORIZED ACH CREDIT FV HOLDINGS LLC CASH CHARLES TOMASEL | | $1,974.96 | ($14,595.04) |
| 04/13/2022 | 00000003214 | 00000003214 | PAID CHECK | $545.00 | | ($16,570.00) |
| 04/13/2022 | State Auto - Inb VE | | PREAUTHORIZED ACH DEBIT State Auto - Inb VENDOR PMT 220413 | $1,344.23 | | ($16,025.00) |
| 04/13/2022 | 00000003242 | 00000003242 | PAID CHECK | $3,595.00 | | ($14,680.77) |
| 04/13/2022 | 00000003237 | 00000003237 | PAID CHECK | $4,712.00 | | ($11,085.77) |
| 04/13/2022 | 00000003217 | 00000003217 | PAID CHECK | $16,025.00 | | ($6,373.77) |
| 04/13/2022 | AMEX CC | | PREAUTHORIZED ACH DEBIT AMEX CCD PYMT | $20,451.58 | | $9,651.23 |
| 04/13/2022 | 00000003241 | 00000003241 | PAID CHECK | $25,189.98 | | $30,102.81 |
| 04/13/2022 | 000000000440780 | | MISCELLANEOUS DEBIT | $10,000.00 | | $55,292.79 |
| 04/13/2022 | 000000000429699 | | MISCELLANEOUS DEBIT | $10,000.00 | | $65,292.79 |
| 04/13/2022 | 175000413094614 | | MISCELLANEOUS DEBIT TRANSFER TO 7200 | $277,338.85 | | $75,292.79 |
| 04/13/2022 | AMHERST RESIDENT DO | | PREAUTHORIZED ACH CREDIT AMHERST RESIDENT | | $66,381.00 | $352,631.64 |
| 04/13/2022 | Invitation PMD PA | | PREAUTHORIZED ACH CREDIT Invitation PMD PAYMENT | | $34,073.18 | $286,250.64 |
| 04/12/2022 | 00000003218 | 00000003218 | PAID CHECK | $150.00 | | $252,177.46 |
| 04/12/2022 | 00000003230 | 00000003230 | PAID CHECK | $315.00 | | $252,327.46 |
| 04/12/2022 | MERCURY INS PA | | PREAUTHORIZED ACH DEBIT MERCURY INS PAYMENT 220411 | $554.64 | | $252,642.46 |
| 04/12/2022 | MB AUTO FINANCE LO | | PREAUTHORIZED ACH DEBIT MB AUTO FINANCE LOAN | $561.08 | | $253,197.10 |
| 04/12/2022 | Bluevine Capital ED | | PREAUTHORIZED ACH DEBIT Bluevine Capital EDI PYMNTS | $863.39 | | $253,758.18 |
| 04/12/2022 | 00000003223 | 00000003223 | PAID CHECK | $1,000.00 | | $254,621.57 |
| 04/12/2022 | 00000003226 | 00000003226 | PAID CHECK | $1,287.00 | | $255,621.57 |
| 04/12/2022 | 00000003222 | 00000003222 | PAID CHECK | $1,500.00 | | $256,908.57 |
| 04/12/2022 | 00000003213 | 00000003213 | PAID CHECK | $1,600.00 | | $258,408.57 |
| 04/12/2022 | 00000003221 | 00000003221 | PAID CHECK | $2,000.00 | | $260,008.57 |
| 04/12/2022 | 00000003210 | 00000003210 | PAID CHECK | $2,451.04 | | $262,008.57 |
| 04/12/2022 | 00000003212 | 00000003212 | PAID CHECK | $2,587.00 | | $264,459.61 |
| 04/12/2022 | 00000003228 | 00000003228 | PAID CHECK | $4,275.00 | | $267,046.61 |
| 04/12/2022 | 00000003235 | 00000003235 | PAID CHECK | $4,650.00 | | $271,321.61 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/12/2022 | 00000003238 | 00000003238 | PAID CHECK | $4,679.00 | | $275,971.61 |
| 04/12/2022 | 00000003239 | 00000003239 | PAID CHECK | $7,150.00 | | $280,650.61 |
| 04/12/2022 | SERVICE ONE LLC AC | | PREAUTHORIZED ACH DEBIT SERVICE ONE LLC ACH 220412 | $7,940.21 | | $287,800.61 |
| 04/12/2022 | 00000003234 | 00000003234 | PAID CHECK | $22,448.40 | | $295,740.82 |
| 04/12/2022 | 00000000000 | 00000000000 | DEPOSITED ITEM RETURNED 06.041222102.818, SEQ# 037000021 REFER TO MAKER CHK# 139 | $1,439.54 | | $318,189.22 |
| 04/12/2022 | LSF9 MORTGAGE HO 53 | | PREAUTHORIZED ACH CREDIT LSF9 MORTGAGE HO 33281 220412 9072385 | | $8,800.00 | $319,628.76 |
| 04/11/2022 | IPFS877-674-3076 IP | | PREAUTHORIZED ACH DEBIT IPFS877-674-3076 IPFSPMTELS 220411 131918 | $881.28 | | $310,828.76 |
| 04/11/2022 | 00000003231 | 00000003231 | PAID CHECK | $1,450.00 | | $311,710.04 |
| 04/11/2022 | 00000003215 | 00000003215 | PAID CHECK | $2,278.50 | | $313,160.04 |
| 04/11/2022 | 00000003233 | 00000003233 | PAID CHECK | $2,875.00 | | $315,438.54 |
| 04/11/2022 | 00000003211 | 00000003211 | PAID CHECK | $5,350.00 | | $318,313.54 |
| 04/11/2022 | 00000003220 | 00000003220 | PAID CHECK | $5,800.00 | | $323,663.54 |
| 04/11/2022 | 00000003225 | 00000003225 | PAID CHECK | $5,874.00 | | $329,463.54 |
| 04/11/2022 | 00000003219 | 00000003219 | PAID CHECK | $6,816.00 | | $335,337.54 |
| 04/11/2022 | 00000003209 | 00000003209 | PAID CHECK | $7,500.00 | | $342,153.54 |
| 04/11/2022 | 00000003227 | 00000003227 | PAID CHECK | $8,642.00 | | $349,653.54 |
| 04/11/2022 | SERVICE ONE LLC AC | | PREAUTHORIZED ACH DEBIT SERVICE ONE LLC ACH 220411 | $11,250.00 | | $358,295.54 |
| 04/11/2022 | 00000003236 | 00000003236 | PAID CHECK | $11,752.38 | | $369,545.54 |
| 04/11/2022 | PARO, INC. | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 82305092 PARO, INC. CHICAGO IL04-08-22 12:00 AMXXXXXXXXXXXX4708 | $800.00 | | $381,297.92 |
| 04/11/2022 | ATT*BILL PAYMENT | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55500362 ATT*BILL PAYMENT 800331050 TX04-08-22 12:00 AMXXXXXXXXXXXX4609 | $326.76 | | $382,097.92 |
| 04/11/2022 | 216000411164522 | | MISCELLANEOUS DEBIT TRANSFER TO 7200 | $300,000.00 | | $382,424.68 |
| 04/11/2022 | 997000411162626 | | BOOK TRANSFER DEBIT REF 1011626L FUNDS TRANSFER TO DEP XXXXXX3004 FROM OP TO TC AR | $5,315.75 | | $682,424.68 |
| 04/11/2022 | 997000411074558 | | BOOK TRANSFER DEBIT REF 1010745L FUNDS TRANSFER TO DEP XXXXXX8001 FROM OP TO PR 220408 | $132.00 | | $687,740.43 |
| 04/11/2022 | 020221010260600 | | INCOMING WIRE TRANSFER INCOMING WIRE 20221010260600; ORG RS XII DALLAS OWNER 1, L.P.;REF ATS O F 22/04/11 | | $300,268.70 | $687,872.43 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/11/2022 | 020221010260700 | | INCOMING WIRE TRANSFER INCOMING WIRE ORG STAR 2021-SFR2 BORROWER, L.P.; REF ATS OF 22/04/11 | | $120,516.95 | $387,603.73 |
| 04/11/2022 | 020221010260900 | | INCOMING WIRE TRANSFER INCOMING WIRE ; ORG RSTK DALLAS OWNER 1, L.P.;REF ATS OF 22/04/11 | | $50,651.19 | $267,086.78 |
| 04/11/2022 | 020221010041800 | | INCOMING WIRE TRANSFER INCOMING WIRE ORG TRIPLE ALPHA HEIGHTS LLC; REF 607 LOVE RA | | $10,000.00 | $216,435.59 |
| 04/11/2022 | 000000052520131 | | DEPOSIT | | $36,023.47 | $206,435.59 |
| 04/08/2022 | SERVICE ONE LLC  AC | | PREAUTHORIZED ACH DEBIT SERVICE ONE LLC   ACH | $1,000.00 | | $170,412.12 |
| 04/08/2022 | SERVICE ONE LLC  AC | | PREAUTHORIZED ACH DEBIT SERVICE ONE LLC   ACH | $1,200.00 | | $171,412.12 |
| 04/08/2022 | SERVICE ONE LLC  AC | | PREAUTHORIZED ACH DEBIT SERVICE ONE LLC   ACH | $3,000.00 | | $172,612.12 |
| 04/08/2022 | 00000003163 | 00000003163 | PAID CHECK | $3,463.25 | | $175,612.12 |
| 04/08/2022 | AMEX         CC | | PREAUTHORIZED ACH DEBIT AMEX         CCD PYMT 220408 072209810623058 | $13,888.83 | | $179,075.37 |
| 04/08/2022 | BILL.COM, INC. | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55421352 BILL. COM, INC.      PALO ALTO CA04-06 -22  12:00 AMXXXXXXXXXXXX4708 | $523.96 | | $192,964.20 |
| 04/08/2022 | LOWES #00515* | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55432862 LOWES #00515*       972-503-6 TX04-07 -22  12:00 AMXXXXXXXXXXXX4609 | $458.44 | | $193,488.16 |
| 04/08/2022 | LOWES #00510* | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55432862 LOWES #00510*       972-613-6 TX04-07 -22  12:00 AMXXXXXXXXXXXX4708 | $151.55 | | $193,946.60 |
| 04/08/2022 | THE HOME DEPOT #0564 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0564   DALLAS TX04-06 -22  12:00 AMXXXXXXXXXXXX4609 | $43.84 | | $194,098.15 |
| 04/08/2022 | 997000408081042 | | BOOK TRANSFER DEBIT REF 0980810L    FUNDS TRANSFER TO DEP XXXXXX8001   FROM OP TO PR 220408 | $21,889.00 | | $194,141.99 |
| 04/08/2022 | 997000408081512 | | BOOK TRANSFER DEBIT REF 0980815L    FUNDS TRANSFER TO DEP XXXXXX8701   FROM OP TO 7 SKY MADSKY | $12,410.74 | | $216,030.99 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/08/2022 | 997000408081356 | | BOOK TRANSFER DEBIT REF 0980813L FUNDS TRANSFER TO DEP XXXXXX3004 FROM OP TO TC AR | $8,720.50 | | $228,441.73 |
| 04/08/2022 | 020220980390800 | | INCOMING WIRE TRANSFER INCOMING WIRE ORG RS DALLAS OWNER LP;REF ATS OF 22/04/0 8 | | $83,946.16 | $237,162.23 |
| 04/08/2022 | 997000408123439 | | BOOK TRANSFER CREDIT REF 0981234L FUNDS TRANSFER FRMDEP XXXXXX3801 FROM HMCS TO OP SUB PR | | $2,200.00 | $153,216.07 |
| 04/08/2022 | FV HOLDINGS LLC CA | | PREAUTHORIZED ACH CREDIT FV HOLDINGS LLC CASH DISB CHARLES TOMASEL | | $12,410.74 | $151,016.07 |
| 04/08/2022 | Invitation PMD PA | | PREAUTHORIZED ACH CREDIT Invitation PMD PAYMENT | | $9,282.00 | $138,605.33 |
| 04/07/2022 | Bluevine Capital ED | | PREAUTHORIZED ACH DEBIT Bluevine Capital EDI PYMNTS | $431.70 | | $129,323.33 |
| 04/07/2022 | Bluevine Capital ED | | PREAUTHORIZED ACH DEBIT Bluevine Capital EDI PYMNTS | $863.39 | | $129,755.03 |
| 04/07/2022 | Bluevine Capital ED | | PREAUTHORIZED ACH DEBIT Bluevine Capital EDI PYMNTS | $863.39 | | $130,618.42 |
| 04/07/2022 | Bluevine Capital ED | | PREAUTHORIZED ACH DEBIT Bluevine Capital EDI PYMNTS | $863.39 | | $131,481.81 |
| 04/07/2022 | WWW. TXAPPLIANCE. COM | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 82711162 WWW. TXAPPLIANCE.COM ARLINGTON TX04-06 -22 12:00 AMXXXXXXXXXXXX4708 | $2,516.82 | | $132,345.20 |
| 04/07/2022 | LOWES #00515* | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55432862 LOWES #00515* 972-503-6 TX04-06 -22 12:00 AMXXXXXXXXXXXX4708 | $703.61 | | $134,862.02 |
| 04/07/2022 | NTTA AUTOCHARGE | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55432862 NTTA AUTOCHARGE 972-818-6 TX04-06 -22 12:00 AMXXXXXXXXXXXX4708 | $360.00 | | $135,565.63 |
| 04/07/2022 | THE HOME DEPOT #0537 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0537 EULESS TX04-05 -22 12:00 AMXXXXXXXXXXXX4609 | $352.95 | | $135,925.63 |
| 04/07/2022 | THE HOME DEPOT #6507 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #6507 BAYTOWN TX04-05 -22 12:00 AMXXXXXXXXXXXX4609 | $123.66 | | $136,278.58 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/07/2022 | THE HOME DEPOT #0530 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0530   CEDAR HIL TX04-05-22 12:00 AMXXXXXXXXXXXX4609 | $96.33 | | $136,402.24 |
| 04/07/2022 | THE HOME DEPOT #0554 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0554 ARLINGTON TX04-05-22 12:00 AMXXXXXXXXXXXX4609 | $35.33 | | $136,498.57 |
| 04/07/2022 | THE HOME DEPOT #0563 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0563   IRVING TX04-05-22 12:00 AMXXXXXXXXXXXX4609 | $19.67 | | $136,533.90 |
| 04/07/2022 | 997000407083150 | | BOOK TRANSFER DEBIT REF 0970831L    FUNDS TRANSFER TO DEP XXXXXX8001   FROM OP TO PR 220408 | $57,754.00 | | $136,553.57 |
| 04/07/2022 | 000000052552556 | | DEPOSIT | | $29,350.32 | $194,307.57 |
| 04/07/2022 | HUDSON HOMES MAN  53 | | PREAUTHORIZED ACH CREDIT HUDSON HOMES MAN | | $1,931.66 | $164,957.25 |
| 04/07/2022 | HUDSON HOMES MAN  53 | | PREAUTHORIZED ACH CREDIT HUDSON HOMES MAN | | $375.00 | $163,025.59 |
| 04/07/2022 | 000005208660000 | | MISCELLANEOUS CREDIT MERCHANT REFUND TERMINAL 52707152 THE HOME DEPOT #6507 BAYTOWN   TX04-05-22 12:00 AMXXXXXXXXXXXX4609 | | $60.97 | $162,650.59 |
| 04/06/2022 | 00000003086 | 00000003086 | PAID CHECK | $220.00 | | $162,589.62 |
| 04/06/2022 | 00000003208 | 00000003208 | PAID CHECK | $3,910.50 | | $162,809.62 |
| 04/06/2022 | AMEX         CC | | PREAUTHORIZED ACH DEBIT AMEX         CCD PYMT | $26,425.14 | | $166,720.12 |
| 04/06/2022 | THE HOME DEPOT #6510 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #6510 HOUSTON   TX04-04-22 12:00 AMXXXXXXXXXXXX4609 | $669.93 | | $193,145.26 |
| 04/06/2022 | THE HOME DEPOT #0537 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0537   EULESS TX04-04-22 12:00 AMXXXXXXXXXXXX4609 | $74.00 | | $193,815.19 |
| 04/06/2022 | PLANO TRAKIT | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55417342 PLANO TRAKIT       972-94159 TX04-05-22 12:00 AMXXXXXXXXXXXX4609 | $65.00 | | $193,889.19 |
| 04/06/2022 | 997000406084211 | | BOOK TRANSFER DEBIT REF 0960842L    FUNDS TRANSFER TO DEP XXXXXX3801   FROM OP TO HMCS AR | $20,877.28 | | $193,954.19 |
| 04/06/2022 | Orchard Tech Inc Pa | | PREAUTHORIZED ACH CREDIT Orchard Tech Inc  Payment | | $24,561.51 | $214,831.47 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/06/2022 | AH4R LP    PA | | PREAUTHORIZED ACH CREDIT AH4R LP    PAYABLE | | $19,191.07 | $190,269.96 |
| 04/05/2022 | ALLSTATE ASSURAN  CK | | PREAUTHORIZED ACH DEBIT ALLSTATE ASSURAN | $122.76 | | $171,078.89 |
| 04/05/2022 | ALLSTATE ASSURAN  CK | | PREAUTHORIZED ACH DEBIT ALLSTATE ASSURAN | $122.76 | | $171,201.65 |
| 04/05/2022 | Bluevine Capital ED | | PREAUTHORIZED ACH DEBIT Bluevine Capital  EDI PYMNTS | $863.39 | | $171,324.41 |
| 04/05/2022 | 00000003205 | 00000003205 | PAID CHECK | $2,500.00 | | $172,187.80 |
| 04/05/2022 | PAYONEER.COM*39181161 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 75418232 PAYONEER.COM*391811611 800-25125 NY04-04 -22  12:00 AMXXXXXXXXXXXX4609 | $128.75 | | $174,687.80 |
| 04/05/2022 | SHERWIN WILLIAMS 7070 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52704872 SHERWIN WILLIAMS 70701  HOUSTON TX04-04 -22  12:00 AMXXXXXXXXXXXX4609 | $110.74 | | $174,816.55 |
| 04/05/2022 | INVITATION PMD  PA | | PREAUTHORIZED ACH CREDIT INVITATION PMD    PAYMENT | | $33,937.94 | $174,927.29 |
| 04/05/2022 | Lessen Inc.    Pa | | PREAUTHORIZED ACH CREDIT Lessen Inc.    Payment | | $105.40 | $140,989.35 |
| 04/04/2022 | 00000003207 | 00000003207 | PAID CHECK | $1,000.00 | | $140,883.95 |
| 04/04/2022 | 00000003204 | 00000003204 | PAID CHECK | $2,500.00 | | $141,883.95 |
| 04/04/2022 | 00000003203 | 00000003203 | PAID CHECK | $3,500.00 | | $144,383.95 |
| 04/04/2022 | 00000003206 | 00000003206 | PAID CHECK | $10,138.72 | | $147,883.95 |
| 04/04/2022 | 00000003202 | 00000003202 | PAID CHECK | $22,134.22 | | $158,022.67 |
| 04/04/2022 | LOWES #00515* | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55432862 LOWES #00515*         972-503-6 TX04-02 -22  12:00 AMXXXXXXXXXXXX4609 | $3,711.89 | | $180,156.89 |
| 04/04/2022 | THE HOME DEPOT #0565 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0565 PASADENA  TX03-31 -22  12:00 AMXXXXXXXXXXXX4708 | $1,535.49 | | $183,868.78 |
| 04/04/2022 | THE HOME DEPOT #6507 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #6507 BAYTOWN   TX03-31 -22  12:00 AMXXXXXXXXXXXX4708 | $1,011.04 | | $185,404.27 |
| 04/04/2022 | LOWES #02440* | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55432862 LOWES #02440*         817-684-4 TX04-01 -22  12:00 AMXXXXXXXXXXXX4609 | $1,004.39 | | $186,415.31 |
| 04/04/2022 | GOOGLE * GSUITE_srvcon | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55432862 GOOGLE *GSUITE_srvcone  cc@google CA04-01 -22  12:00 AMXXXXXXXXXXXX4609 | $906.96 | | $187,419.70 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/04/2022 | THE HOME DEPOT #0577 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0577 HOUSTON TX04-01-22 12:00 AMXXXXXXXXXXXX4609 | $653.49 | | $188,326.66 |
| 04/04/2022 | RINGCENTRAL INC. | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55432862 RINGCENTRAL INC. 888-898-4 CA04-01-22 12:00 AMXXXXXXXXXXXX4708 | $506.29 | | $188,980.15 |
| 04/04/2022 | THE HOME DEPOT #0507 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0507 GRAND PRA TX04-01-22 12:00 AMXXXXXXXXXXXX4609 | $406.59 | | $189,486.44 |
| 04/04/2022 | THE HOME DEPOT #0530 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0530 CEDAR HIL TX03-31-22 12:00 AMXXXXXXXXXXXX4708 | $311.06 | | $189,893.03 |
| 04/04/2022 | SECTION STACK | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 25247702 SECTION STACK PLANO TX04-01-22 12:00 AMXXXXXXXXXXXX4708 | $255.47 | | $190,204.09 |
| 04/04/2022 | THE HOME DEPOT #0529 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0529 FORT WORT TX03-31-22 12:00 AMXXXXXXXXXXXX4609 | $253.14 | | $190,459.56 |
| 04/04/2022 | SLACK TRAAK9AF9 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 55429502 SLACK TRAAK9AF9 415579915 CA04-01-22 12:00 AMXXXXXXXXXXXX4609 | $244.85 | | $190,712.70 |
| 04/04/2022 | THE HOME DEPOT #8438 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #8438 BURLESON TX03-31-22 12:00 AMXXXXXXXXXXXX4708 | $241.06 | | $190,957.55 |
| 04/04/2022 | THE HOME DEPOT #0531 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0531 ROCKWALL TX03-31-22 12:00 AMXXXXXXXXXXXX4708 | $230.19 | | $191,198.61 |
| 04/04/2022 | SECTION STACK | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 25247702 SECTION STACK PLANO TX04-01-22 12:00 AMXXXXXXXXXXXX4708 | $225.16 | | $191,428.80 |
| 04/04/2022 | THE HOME DEPOT #0563 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0563 IRVING TX03-31-22 12:00 AMXXXXXXXXXXXX4708 | $210.24 | | $191,653.96 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/04/2022 | THE HOME DEPOT #6840 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #6840 DENTON TX03-31-22 12:00 AMXXXXXXXXXXXX4609 | $165.79 | | $191,864.20 |
| 04/04/2022 | THE HOME DEPOT #0541 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0541 ARLINGTON TX03-31-22 12:00 AMXXXXXXXXXXXX4609 | $144.66 | | $192,029.99 |
| 04/04/2022 | THE HOME DEPOT #0524 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0524 LEWISVILL TX03-31-22 12:00 AMXXXXXXXXXXXX4708 | $124.98 | | $192,174.65 |
| 04/04/2022 | THE HOME DEPOT #0537 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0537 EULESS TX03-31-22 12:00 AMXXXXXXXXXXXX4609 | $76.01 | | $192,299.63 |
| 04/04/2022 | THE HOME DEPOT #0531 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0531 ROCKWALL TX04-01-22 12:00 AMXXXXXXXXXXXX4609 | $71.70 | | $192,375.64 |
| 04/04/2022 | THE HOME DEPOT #0554 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0554 ARLINGTON TX04-01-22 12:00 AMXXXXXXXXXXXX4609 | $67.72 | | $192,447.34 |
| 04/04/2022 | THE HOME DEPOT #8951 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #8951 ROWLETT TX03-31-22 12:00 AMXXXXXXXXXXXX4609 | $63.12 | | $192,515.06 |
| 04/04/2022 | THE HOME DEPOT #0531 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0531 ROCKWALL TX03-31-22 12:00 AMXXXXXXXXXXXX4708 | $57.74 | | $192,578.18 |
| 04/04/2022 | THE HOME DEPOT #6840 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #6840 DENTON TX03-31-22 12:00 AMXXXXXXXXXXXX4609 | $57.63 | | $192,635.92 |
| 04/04/2022 | THE HOME DEPOT #0537 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0537 EULESS TX03-31-22 12:00 AMXXXXXXXXXXXX4708 | $52.78 | | $192,693.55 |
| 04/04/2022 | AMAZON. COM*1H4ZT7AV0 | | ATM/POS DEBIT POS PURCHASE TERMINAL 00000101 AMAZON. COM*1H4ZT7AV0 SEATTLE WA04-04-22 9:53 AMXXXXXXXXXXXX4609 | $48.70 | | $192,746.33 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/04/2022 | THE HOME DEPOT #8521 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #8521   WHITE SET TX03-31 -22  12:00 AMXXXXXXXXXXXX4609 | $47.78 | | $192,795.03 |
| 04/04/2022 | THE HOME DEPOT #8438 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #8438  BURLESON  TX03-31 -22  12:00 AMXXXXXXXXXXXX4609 | $25.09 | | $192,842.81 |
| 04/04/2022 | THE HOME DEPOT #0556 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0556  GARLAND   TX04-01 -22  12:00 AMXXXXXXXXXXXX4609 | $19.80 | | $192,867.90 |
| 04/04/2022 | AMAZON. COM*1H6I64SR1 | | ATM/POS DEBIT POS PURCHASE    TERMINAL 00000101 AMAZON. COM*1H6I64SR1   SEATTLE WA04-04 -22  11:24 AMXXXXXXXXXXXX4609 | $17.79 | | $192,887.70 |
| 04/04/2022 | ADOBE ACROPRO SUBS | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52704872 ADOBE ACROPRO SUBS    408536600 CA04-02 -22  12:00 AMXXXXXXXXXXXX4708 | $16.23 | | $192,905.49 |
| 04/04/2022 | THE HOME DEPOT #0530 | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 52707152 THE HOME DEPOT #0530   CEDAR HIL TX04-01 -22  12:00 AMXXXXXXXXXXXX4609 | $12.86 | | $192,921.72 |
| 04/04/2022 | SECTION STACK | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 25247702 SECTION STACK       PLANO TX04-01 -22  12:00 AMXXXXXXXXXXXX4708 | $8.12 | | $192,934.58 |
| 04/04/2022 | SECTION STACK | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 25247702 SECTION STACK       PLANO TX04-01 -22  12:00 AMXXXXXXXXXXXX4708 | $8.12 | | $192,942.70 |
| 04/04/2022 | SECTION STACK | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 25247702 SECTION STACK       PLANO TX04-01 -22  12:00 AMXXXXXXXXXXXX4708 | $8.12 | | $192,950.82 |
| 04/04/2022 | SECTION STACK | | ATM/POS DEBIT MERCHANT PURCHASE TERMINAL 25247702 SECTION STACK       PLANO TX04-01 -22  12:00 AMXXXXXXXXXXXX4708 | $8.12 | | $192,958.94 |
| 04/04/2022 | 997000404113433 | | BOOK TRANSFER DEBIT REF 0941134L    FUNDS TRANSFER TO DEP XXXXXX8701   FROM OP TO 7 SKY AR | $3,180.00 | | $192,967.06 |

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/04/2022 | 997000404134143 | | BOOK TRANSFER DEBIT REF 0941341L    FUNDS TRANSFER TO DEP XXXXXX8701   FROM OP TO 7 SKY AR | $1,950.00 | | $196,147.06 |
| 04/04/2022 | 020220940000100 | | INCOMING WIRE TRANSFER INCOMING WIRE 20220940000100;  ORG RSTK DALLAS OWNER 1, L.P.;REF ATS OF | | $97,218.64 | $198,097.06 |
| 04/04/2022 | 000000052575954 | | DEPOSIT | | $775.00 | $100,878.42 |
| 04/04/2022 | 000001137390000 | | MISCELLANEOUS CREDIT MERCHANT REFUND TERMINAL 55432862 THE HOME DEPOT 507    GRAND PRA TX04-02 -22  12:00 AMXXXXXXXXXXXX4609 | | $406.59 | $100,103.42 |
| 04/04/2022 | Redfin Corporati ED | | PREAUTHORIZED ACH CREDIT Redfin Corporati  EDI PYMNTS NTE*OBI*Coupa Pay ▓▓▓▓▓ Redfin Corpo ration Tmate\ | | $3,750.00 | $99,696.83 |
| 04/04/2022 | 000004152330000 | | MISCELLANEOUS CREDIT MERCHANT REFUND TERMINAL 52707152 THE HOME DEPOT #0507    GRAND PRA TX04-01 -22  12:00 AMXXXXXXXXXXXX4708 | | $3,016.35 | $95,946.83 |