**PlainsCapitalBank**

Bank Home | Disclosures | Help | Sign Off

Business Online Services

Welcome ▼   Reports ▼   Transfers and Payments ▼   Account Services ▼   Administration ▼

## Welcome Charles. Today is April 26, 2022

Your last login was April 25, 2022 at 10:12 PM ET.   Add Info Panels

### Recent Alerts & Messages

You have received no alerts or bank messages within the last seven days.

Manage Alerts | Received Mail and Alerts

### Transfers & Payments Approval

There are no requests waiting for approval.

View by My approvals | All approvals

### Important Account Balances

As of 04/26/2022

**Checking**

$13,010.61 Available balance

$2,242.76 Available balance

$11,145.41 Available balance

$0.00 Available balance

Service One - OPERATING ACCOUNT *3000
$244,885.57 Available balance

Service One - Secondary Oper Acct *1888
$7,116.52 Available balance

$7,436.09 Available balance

Edit accounts displayed

### Recent Transactions

### Calendar

### Shortcuts

### Favorites

You have no favorites.

Edit Favorites

**EXHIBIT "B"  Page 1 of 1**