IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SERVICE ONE, LLC, | § | CASE NO. 22-40503 |
| | § | (Chapter 11) |
| DEBTOR | § | |

**ORDER REMOVING THE DEBTOR FROM POSSESSION AND AUTHORIZING SUBCHAPTER V TRUSTEE TO OPERATE THE BUSINESS OF THE DEBTOR**

On this day came on for hearing the *Motion to Remove the Debtor from Possession and Authorize Subchapter V Trustee to Operate the Business of the Debtor* ("**Motion**") filed by Service One, LLC ("**Debtor**"). For cause shown, the Court grants the Motion. **IT IS THEREFORE,**

**ORDERED** that the Motion is granted. **IT IS FURTHER,**

**ORDERED** that the Debtor, including but not limited to Dell James, Sandra Perry and Chuck Tomasello, in whatever capacity they may claim to be in possession or control of the Debtor, be and the same are removed from possession or control of the Debtor, and the Debtor shall not be Debtor in possession, pursuant to 11 U.S.C. §1185(a). **IT IS FURTHER,**

**ORDERED** that the Debtor waives its right to seek reinstatement under 11 U.S.C. §1185(b). **IT IS FURTHER,**

**ORDERED** that the Subchapter V Trustee, Mark Weisbart, shall operate the business of the Debtor and manage the assets of the Debtor pursuant to 11 U.S.C. §1183(b)(5).

Signed on 4/28/2022

*Brenda T. Rhoades*   YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE