IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SERVICE ONE, LLC., | § | CASE NO. 22-40503 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### INTERIM ORDER AUTHORIZING
### CASH COLLATERAL USE AND GRANTING ADEQUATE PROTECTION

On this day came on for consideration the *Motion for Interim and Final Orders Authorizing Cash Collateral Use and Granting Adequate Protection* (the "*Cash Collateral Motion*")[1] filed on April 21, 2022 by Service One, LLC, debtor and debtor-in possession (the "*Debtor*"), seeking authority to use the Cash Collateral of BlueVine Capital Inc. ("*BlueVine*") and the U.S. Small Business Association (the "*SBA*"), pursuant to 11 U.S.C. § 363, in accordance with the terms and conditions set forth herein and the budget attached (the "*Budget*") to hereto as Exhibit "A". Based upon the pleadings and evidence before the Court, the representations from Debtor's counsel that James Gillingham, Esq., counsel to the SBA, approved the form of this order, the Court hereby grants the relief herein, on an interim basis, pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure. The Court concludes that entry of this interim order is in the best interest of the Trustee, the bankruptcy estate, and the creditors of the bankruptcy estate, as its implementation will, inter alia, allow for the continued operation and preservation of the going concern value of the Debtor's business **IT IS THEREFORE,**

**ORDERED** that Mark A. Weisbart, Trustee ("Trustee") is hereby authorized to use, on a interim basis, the Cash Collateral and proceeds thereof in which BlueVine and the SBA assert a

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Cash Collateral Motion.

lien position in accordance with the terms and conditions provided in this Order and the attached Budget. **IT IS FURTHER,**

**ORDERED** that BlueVine is hereby granted replacement liens as adequate protection pursuant to 11 U.S.C. §§ 361(2) and 552 to the extent of any diminution in value of BlueVine's interest in such Cash Collateral as a result of the Trustee's use thereof, in accordance with existing priority (the "*BlueVine Replacement Liens*"). **IT IS FURTHER**

**ORDERED** that the SBA is hereby granted replacement liens as adequate protection pursuant to 11 U.S.C. §§ 361(2) and 552 to the extent of any diminution in value of the SBA's interest in such Cash Collateral as a result of the Trustee's use thereof, in accordance with existing priority (the "*SBA Replacement Liens*"). **IT IS FURTHER,**

**ORDERED** that the BlueVine Replacement Liens and the SBA Replacement Liens under this Order are in the same amount, extend, validity and priority as those liens existing pre-petition and that no filing, recording, or other acts in accordance with any applicable local, state, or federal law, rule, or regulation are necessary to perfect the BlueVine Replacement Liens and the SBA Replacement Liens. **IT IS FURTHER,**

**ORDERED** that the Trustee shall not, without prior authorization of this Court, use any Cash Collateral to pay, discharge, provide security for, or reduce any prepetition debt or obligation owed by the Debtor to any creditor or other person, except for payments made to employees and others as permitted by separate order of the Court and except for those payments made accordance with the attached Budget approved herein. **IT IS FURTHER,**

**ORDERED** by this Order the Court is specifically not ruling on the validity, extent or priority of any lien asserted by BlueVine and/or the SBA. **IT IS FURTHER,**

**ORDERED** that the Court will schedule a final hearing on the use of cash collateral upon the request of any party.

Signed on 4/28/2022

_Brenda T. Rhoades_  YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

|  | 14 Day Budget | 30 Day Budget |
|---|---|---|
| **Gross Revenue** | $474,671.93 | $809,188.08 |
| **EXPENSES** | | |
| Bank Fees (overdraft chi | $1,500.00 | $1,500.00 |
| Legal Fees Bankruptcy C | $10,000.00 | $10,000.00 |
| Janitorial for Office | $100.00 | $100.00 |
| Rent | $3,910.50 | $3,910.50 |
| Electric | | $600.86 |
| Internet | $839.97 | $839.97 |
| Marketing | $1,000.00 | $1,000.00 |
| Bookkeeping | $5,000.00 | $5,000.00 |
| Phone | $506.29 | $506.29 |
| Cell Phone | | $1,725.06 |
| Office Supplies | $400.00 | $400.00 |
| **Office Software** | | |
| Microsoft | $151.55 | $151.55 |
| Service Fusion | | $431.93 |
| Smart Sheet | $1,000.00 | $1,000.00 |
| Google*Gsuite | | $906.96 |
| Adobe | $212.05 | $212.05 |
| Docusign | | $230.00 |
| Intuit | $138.70 | $138.70 |
| Bill.com | $500.00 | $500.00 |
| Zoom | $58.62 | $58.62 |
| Wix | $31.39 | $31.39 |
| CompanyCam | $38.00 | $38.00 |
| Slack | | $245.00 |
| Auto Insurance | $1,344.23 | $1,344.23 |
| GL Insurance | | $881.28 |
| Health Insurance | $7,006.40 | $9,485.45 |
| Workmans Comp | $30,000.00 | $30,000.00 |
| IT Service | $229.65 | $229.65 |
| Fuel Card - WEX | $8,060.62 | $8,060.62 |
| NTTA | $320.00 | $320.00 |
| Payroll Fees | $246.11 | $246.11 |
| 1099-Payroll | $12,365.00 | $12,365.00 |
| W2-Payroll w/ Taxes | $47,462.32 | $47,462.32 |
| Subs | $210,000.00 | $210,000.00 |
| Materials / Supplies | $300,000.00 | $300,000.00 |
| **Net Proceeds:** | -$167,749.47 | $159,266.54 |

*The Chapter 11 Trustee shall not pay Sandra Perry or Charles Tomasello without further order of Court.



EXHIBIT A