IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SERVICE ONE, LLC | § | CASE NO. 22-40503 |
| | § | (Chapter 11) |
| DEBTOR | § | |

## AMENDED DISCLOSURE OF ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. § 329 and FED. R. BANKR. P. 2016(b), the undersigned, a shareholder of the law firm of Quilling, Selander, Lownds, Winslett, & Moser, P.C. ("**QSLWM**"), proposed bankruptcy counsel for Service One, LLC (the "**Debtor**"), certifies the following under penalty of perjury:

1. On April 21, 2022, the Debtor filed a voluntary petition in this Court under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), thereby commencing the above-captioned bankruptcy case.

2. On April 20, 2022, QSLWM was paid a retainer of $12,000.00 from Sandra Perry. Ms. Perry is a member of the Debtor.

3. The original disclosure of compensation filed by QSLWM stated that the $12,000.00 retainer was paid one-half by Ms. Perry and one-half by Dell James. QSLWM recently learned that the entire retainer was paid by Ms. Perry.

4. On April 21, 2022, prior to the filing of this case, QSLWM applied $9,721.50 of the retainer to unpaid pre-petition attorneys' fees and expenses associated with preparing and filing this case. Additionally, QSLWM used $1,738.00 of the retainer for the Chapter 11 filing fee. Thus, QSLWM filed this Chapter 11 case with a $540.50 retainer, which is being held in trust.

Total Pre-Petition Retainer:    $12,000.00

| | |
|---|---:|
| Unpaid Pre-Petition Attorney's Fees and Expenses: | ($9,721.50) |
| Chapter 11 Filing Fee: | ($1,738.00) |
| **Remaining Retainer (held in trust):** | **$540.50** |

5. Due to the de minimis retainer being held by QSLWM for the Debtor's Chapter 11 case, QSLWM will seek authority from the Court to be funded a post-petition retainer from the Debtor in monthly installments of not more than $5,000.00 per month.

6. No promises have been received by QSLWM or any member, counsel, or associate thereof as to the compensation in connection with the instant bankruptcy case other than in accordance with the provisions of the Bankruptcy Code. QSLWM has no agreement with any other entity to share with such entity any compensation received by QSLWM in connection with the above-captioned Chapter 11 case.

7. The compensation paid to QSLWM will not be shared with anyone except among the shareholders of QSLWM.

Signed on April 28, 2022 .

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1805 (Telephone)
cmoser@qslwm.com  (Email)

By: */s/ Christopher J. Moser*
Christopher J. Moser
State Bar No. 14572500

PROPOSED ATTORNEYS FOR DEBTOR