IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SERVICE ONE, LLC, | § | CASE NO. 22-40503 |
| | § | (Chapter 11) |
| DEBTOR | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned law firm of Albin Oldner Law, PLLC, counsel for Sandra Perry, enters its appearance pursuant to Bankruptcy Rule 9010(b) and requests notice of all documents filed or served in this cause.

Respectfully submitted,

**ALBIN OLDNER LAW, PLLC**

By: /s/ John J. Mongogna
**JOHN J. MONGOGNA**
Texas Bar No. 24002627
jmongogna@albinoldnerlaw.com
**BALEIGH W. CHERRY**
Texas Bar No. 24098566
bcherry@albinoldnerlaw.com
5665 Dallas Parkway, Suite 200
Frisco, Texas 75034
Tel: (214) 423-5100
Fax: (214) 423-5111
**ATTORNEYS FOR SANDRA K. PERRY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2022, a true and correct copy of the foregoing instrument was served through the Court's CM/ECF system upon all parties.

/s/ John J. Mongogna
**JOHN J. MONGOGNA**