Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR CHARLES TOMASELLO

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SERVICE ONE LLC, | § | CASE NO. 22-40503-BTR-11 |
| | § | |
| | § | **HEARING DATE AND TIME:** |
| Debtor. | § | **MAY 9, 2022 @ 10:00 A.M.** |

**CHARLES TOMASELLO'S EXHIBIT AND WITNESS LIST IN
CONNECTION WITH HEARING ON TRUSTEE'S EMERGENCY
MOTION FOR AUTHORITY TO PAY PRE-PETITION CLAIMS
OF CERTAIN CRITICAL VENDORS [ECF NO. 52]**

COMES NOW Charles Tomasello ("Tomasello") and would show the Court as follows:

I.

At the hearing, Tomasello may call one, or more or none of the following as witnesses in the above matter:

(1) Sandra Perry;
(2) Dell James;
(3) Charles Tomasello;
(4) Patrick Schultz;
(5) Ronnie Ramos;
(6) Any person(s) designated by the Trustee, Mark Weisbart; and
(7) any person designated any other party-in-interest.

CHARLES TOMASELLO'S EXHIBIT AND WITNESS LIST - PAGE 1

II.

Tomasello may present one or more of the following exhibits:

| Exhibit | Description | Offered | Admitted | Excluded |
|---|---|---|---|---|
| A | Color Coded Critical Vendors [ECF No. 57-1] | | | |
| B | Dell Edward James v. Commission for Lawyer Discipline, in the Court of Appeals, Fifth Judicial District, Cause No. 05-08-01553-CV [ECF No. 57-2] | | | |
| C | Accurate Critical Vendor List [ECF No. 57-3] | | | |
| D | Contractor's Final Release and Waiver of Lien dated April 27, 2022 purportedly signed by Charles Tomasello as president of Service One LLC as Contractor to Progress Residential for the property located at 3624 Kodiak Court, Fort Worth, Texas 76137 in the amount of $10,766.01 | | | |
| E | Contractor's Final Release and Waiver of Lien dated April 11, 2022 purportedly signed by Charles Tomasello as president of Service One LLC as Contractor to Progress Residential for the property located at 4617 Seneca Drive, Fort Worth, Texas 76137 in the amount of $4,692.00 | | | |

| | | | | |
|---|---|---|---|---|
| F | Contractor's Final Release and Waiver of Lien dated April 24, 2022 purportedly singed by Charles Tomasello as president of Service One LLC as Contractor to Progress Residential for the property located at 1603 Wolf Creek Drive, Arlington, Texas 76018 in the amount of $23,053.78 | | | |
| G | Unconditional Final Waiver and Release dated April 18, 2022 purportedly signed by Charles Tomasello as president of Service One LLC as Contractor to Signpost Homes, Inc. for the property located at 6307 Handsome Lake Drive, San Antonio, Texas 78238 in the amount of $19,754.36 | | | |
| H | Contractor's Final Release and Waiver of Lien dated April 10, 2022 purportedly signed by Charles Tomasello as president of Service One LLC as Contractor to Progress Residential for the property located at 2233 Heaton Street, Forney, Texas 75126 in the amount of $3,201.71 | | | |
| | Any exhibits designated by the Trustee | | | |
| | Any exhibits designated by any other party-in-interest | | | |

III.

Tomasello reserves the right to supplement this Exhibit and Witness List as circumstances warrant. Tomasello further reserves the right to introduce additional documents as exhibits in rebuttal and reserves the right to call additional witnesses in rebuttal, if necessary.

Respectfully submitted this the 8th day of May, 2022.

                    SCHEEF & STONE, L.L.P.
                    2600 Network Boulevard, Suite 400
                    Frisco, Texas 75034
                    Telephone: 214.472.2100
                    Telecopier: 214.472.2150


                    By: /s/ Patrick J. Schurr
                        Patrick J. Schurr
                        State Bar No. 17853530
                        Email: patrick.schurr@solidcounsel.com

                    ATTORNEYS FOR CHARLES TOMASELLO

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document was served on counsel for the Debtor, the Trustee and his counsel, and any parties requesting notice herein, via electronic means, on this the 8th day of May, 2022.


                    /s/ Patrick J. Schurr