# CRITICAL VENDORS
## Service One LLC 22-40503

| VENDOR | AMOUNT |
|---|---:|
| A.C.E Companies | $ 1,505.00 |
| Alfredo Gallardo | $ 6,887.00 |
| AME | $ 13,963.23 |
| Angel Carrillo | $ 9,450.00 |
| Annie Olachia | $ 2,444.50 |
| AR Multiple Services | $ 1,220.00 |
| Bezaleel Hernandez | $ 1,260.00 |
| Bryan N Vega | $ 1,139.00 |
| Complete Paint | $ 250.00 |
| Creations Granite & Marble | $ 20,430.68 |
| Daniel Grigsby | $ 6,275.00 |
| Elvis Alfaro - RF Painting and Remodeling | $ 2,000.00 |
| Eric Castellon | $ 200.00 |
| Fix It Right Plumbing | $ 16,650.00 |
| Garcia's Cleaning- Angela A. Baca Garcia | $ 1,670.00 |
| Gerardo Marquez Calahorra | $ 2,162.00 |
| Glass FX | $ 110,433.28 |
| Guadalupe Buendia-Bocanegra | $ 4,913.00 |
| Jacobo Garza | $ 2,000.00 |
| Janson Saravia | $ 7,251.00 |
| Jennifer Melissa Rivera | $ 275.00 |
| Jesus Contreras | $ 10,000.00 |
| Jorge Artunduaga | $ 5,162.00 |
| Jose Manuel Muñoz | $ 6,750.00 |
| Jose Portillo | $ 13,500.00 |
| Juan A Chavez | $ 2,500.00 |
| Juan Carlos Flores | $ 600.00 |
| Juan Guevara | $ 12,927.00 |
| Lagniappe Exterminating | $ 1,407.24 |
| Landers Carpet Care | $ 413.56 |
| Lucia Villalta | $ 1,262.00 |
| Luis Nolasco | $ 4,510.20 |



① *employee company or ② insider company in which Chuck and Sandra own interest and funds interplead* — (yellow highlight)

noncritical vendors — (blue highlight)

Exhibit "A"

| Vendor | Amount |
|---|---|
| M S International | $ 24,642.05 |
| Maria G Chaidez-M&M Remodeling | $ 2,879.00 |
| Maria Martinez | $ 1,100.00 |
| Maria Torres | $ 2,360.00 |
| Metro's Best Residential and Commercial Cleaning Services, LLC | $ 450.00 |
| MFS Supply | $ 42,197.88 |
| Milan Predikant | $ 8,017.00 |
| Nathan Sanders | $ 450.00 |
| Nortier Engineering Consultants LLC | $ 1,350.00 |
| NxTGen | $ 525.00 |
| Paychex | $ 1,598.57 |
| River Dean Shade Co LLC | $ 147.61 |
| Rosa Jimenez | $ 2,375.00 |
| Sherwin Williams (Acc't 6288-6) | $ 55,600.06 |
| Sherwin Williams (Acc't 7487-2) | $ 50,071.33 |
| Star Window Covering | $ 13,018.47 |
| Surface Professionals | $ 2,925.00 |
| TaskEasy, Inc. | $ 1,405.34 |
| Texas Appliances | $ 19,421.13 |
| Texas Solution Heating & Cooling | $ 9,000.00 |
| Trash Chomper | $ 92,663.45 |
| Two Js Tree and Maintenance-Juan Arreozola | $ 20,806.60 |
| TXU Energy | $ 482.41 |
| Whitworth Engineering | $ 5,811.00 |
| William Adams | $ 4,400.00 |



[blue highlight] non-critical vendors

[yellow highlight] ① employee-owned company or ② insider company in which Chuck and Sandra own interest and whose bank accounts frozen by PlainsCapital Bank and interplead into state proceeding.