| ID | Project Name | ZIP | Market | Approved Budget | Start Date | End Date | Adjusted ECD | Progress Invoicing Change (% Complete) |
|---|---|---|---|---|---|---|---|---|
| 00865 | 8707 Woodfell Ct, Dallas | | Dallas | $3,711.88 | 03/15/22 | 04/15/22 | | 0% |
| 00863 | 4920 Meadowood Cir, Baytown | | Houston | $22,580.03 | 03/28/22 | 04/21/22 | | 0 |
| 00845 | 5407 Cross Valley Dr, Houston | | Houston | $36,769.43 | 03/17/22 | 04/22/22 | | 0 |
| 00877 | 204 Lake Estates Dr., Montgomery | | Houston | $6,600.00 | 04/15/22 | 04/22/22 | | 0 |
| 00844 | 4801 Meadowood Dr, Baytown | | Houston | $34,150.51 | 03/23/22 | 04/27/22 | | 0 |
| 00919 | 521 Roundrock Ln, Fort Worth | | Dallas | $1,195.20 | 04/22/22 | 04/27/22 | | 0 |
| 00917 | 347 Tioga Drive, Arlington | | Dallas | $2,025.54 | 04/22/22 | 04/29/22 | | 0 |
| 00914 | 630 Brittany Dr, Mesquite | | Dallas | $2,014.80 | 04/21/22 | 04/30/22 | | 0 |
| 00913 | 217 Lost Angeles Dr, Glenn Heights | | Dallas | $450.00 | 04/21/22 | 04/30/22 | | 0 |
| 00915 | 6936 Bentley Ave, Fort Worth | | Dallas | $892.90 | 04/21/22 | 04/30/22 | | 0 |
| 00918 | 7714 Water Fowl Trail, Arlington | | Dallas | $4,282.77 | 04/22/22 | 05/03/22 | | 0 |
| 00916 | 322 Creekside Way, Waxahachie | | Dallas | $4,493.86 | 04/25/22 | 05/03/22 | | 0 |
| 00923 | 1120 Greenview Lane, Kennedale | | Dallas | $2,794.04 | 04/26/22 | 05/03/22 | | 0 |
| 00924 | 7505 Fossil Lake Drive, Arlington | | Dallas | $3,243.14 | 04/26/22 | 05/03/22 | | 0 |
| 00922 | 463 Silverstone Drive, Waxahachie | | Dallas | $5,280.29 | 04/26/22 | 05/06/22 | | 0 |
| 00891 | 15419 Pleasant Valley, Houston | | Houston | $20,538.87 | 04/16/22 | 05/07/22 | | 0 |
| 00920 | 106 Boardwalk St, Midlothian | | Dallas | $12,222.73 | 04/25/22 | 05/09/22 | | 0 |
| 00867 | 16514 Quail Run Dr, Missouri City | | Houston | $35,582.60 | 04/05/22 | 05/11/22 | | 0 |
| 00921 | 5604 Stone Meadow Ln, Forth Worth | | Dallas | $17,006.00 | 04/25/22 | 05/16/22 | | 0 |
| 00894 | 7822 Huron Ct, Baytown | | Houston | $44,495.71 | 04/11/22 | 05/27/22 | | 0 |
| 00908 | 10533 Turning Leaf Trail, Fort Worth | | Dallas | $34,819.47 | 04/14/22 | 05/31/22 | | 0 |
| 00901 | 1008 Pierce Arrow Dr, Arlington | | Dallas | $42,174.93 | 04/15/22 | 06/10/22 | | 0 |
| 00912 | 3905 Sunday Hill Dr, Arlington | | Dallas | $33,942.66 | 04/22/22 | 06/24/22 | | 0 |
| 00888 | 14002 Cedar Point Drive, Houston | | | | | | | |
| 00892 | 6802 Gettysburg Dr., Richmond | | | | | | | |
| 00902 | 5513 RAMSEY DR, THE COLONY | | | | | | | |
| 00903 | 819 Carmen, Sanger | | | | | | | |
| 00906 | 102 Colony Way, Royse City | | | | | | | |
| 00907 | 2033 Chisolm Trl. Forney | | | | | | | |
| 00910 | 106 Boardwalk Street, Midlothian | | | | | | | |
| 00911 | 818 Silverbell St, Princeton | | Dallas | $7,531.95 | 04/21/22 | 05/02/22 | 05/02/22 | 5% |
| 00909 | 2010 Chisolm Trl., Forney | | Dallas | $28,200.84 | 04/21/22 | 05/31/22 | 05/31/22 | 5% |
| 00777 | 4605 INDIAN OAKS TRL, ARLINGTON | | Dallas | $31,433.67 | 04/08/22 | 05/13/22 | | 25% |
| 00900 | 8249 Mark Lane, Watauga | | Dallas | $53,590.42 | 04/06/22 | 06/03/22 | 06/03/22 | 25% |
| 00885 | 516 Picketts Drive, Mesquite | | Dallas | $48,278.12 | 04/04/22 | 06/13/22 | 06/13/22 | 25% |
| 00899 | 5217 Medallion Court Midlothian | | Dallas | $17,677.12 | 04/05/22 | 04/26/22 | | 30% |
| 00904 | 105 Broken Arrow Street, Waxahachie | | Dallas | $23,565.93 | 04/05/22 | 05/02/22 | | 30% |
| 00887 | 1316 Laredo Lane, Mesquite | | Dallas | $20,315.89 | 04/04/22 | 05/04/22 | 05/04/22 | 45% |
| 00145 | 110 Meadow brook Dr, Hutchins | | Dallas | $57,018.00 | 08/23/21 | 10/31/21 | 05/31/22 | 50% |
| 00501 | 2502 Normont Circle, Fort Worth, TX 76103 | | Dallas | $38,000.00 | 11/10/21 | 12/30/21 | 05/31/22 | 50% |
| 00833 | 741 Bahama Dr Lancaster | | Dallas | $14,759.81 | 03/03/22 | 03/23/22 | 04/26/22 | 50% |
| 00897 | 605 Stell Avenue Mansfield | | Dallas | $12,881.59 | 04/06/22 | 04/25/22 | | 50% |

| ID | Address | City | Amount | Date 1 | Date 2 | Date 3 | Extra | % |
|---|---|---|---|---|---|---|---|---|
| 00864 | 4827 Hollow Ridge Rd, Dallas | Dallas | $31,500.00 | 03/17/22 | 04/29/22 | 04/29/22 | | 50% |
| 00886 | 925 Old Barn Lane, Mesquite | Dallas | $32,380.05 | 04/04/22 | 05/06/22 | 05/06/22 | | 50% |
| 00878 | 117 Windward Way Euless | Dallas | $40,198.69 | 03/25/22 | 05/13/22 | 05/13/22 | | 50% |
| 00757 | 1921 Clark Trl, Grand Prairie | Dallas | $62,587.87 | 03/02/22 | 05/18/22 | | | 50% |
| 00880 | 820 PATRICIA ST, IRVING | Dallas | $61,184.43 | 04/12/22 | 06/30/22 | 06/30/22 | | 50% |
| 00896 | 2601 Pebblestone Lane, Bedford | Dallas | $44,167.24 | 04/04/22 | 05/20/22 | 05/20/22 | | 65% |
| 00199 | 1401 Franklin, Weatherford | Dallas | $35,146.00 | 09/22/21 | 11/12/21 | 05/13/22 | | 75% |
| 00814 | 209 Armstrong Dr, Cedar Hill | Dallas | $13,833.68 | 02/25/22 | 03/29/22 | 04/21/22 | | 75% |
| 00841 | 2730 Buffalo Run Burleson | Dallas | $7,078.81 | 03/07/22 | 04/01/22 | 04/15/22 | | 75% |
| 00883 | 1304 Evergreen St, Royse City | Dallas | $19,048.11 | 03/31/22 | 05/02/22 | 05/02/22 | | 75% |
| 00805 | 2702 Antique Rose, San Antonio | San Antoni | $29,623.84 | 02/23/22 | 03/23/22 | 04/14/22 | | 80% |
| 00825 | 1046 Essex Dr Cedar Hill | Dallas | $33,888.69 | 03/03/22 | 04/06/22 | 04/25/22 | | 80% |
| 00838 | 9311 Terrydale Ct, Houston | Houston | $72,125.14 | 03/07/22 | 04/14/22 | 04/18/22 | 25910 | 80% |
| 00879 | 5603 Espanola Drive Arlington | Dallas | $31,584.35 | 03/25/22 | 05/06/22 | 05/06/22 | | 80% |
| 00847 | 1206 Jeanie Ln, Baytown | Houston | $36,017.99 | 03/28/22 | 05/06/22 | | | 80% |
| 00874 | 2110 Loretta Ln Rowlett | Dallas | $3,648.49 | 03/23/22 | 03/28/22 | 04/28/22 | | 85% |
| 00882 | 3506 Boxwood Dr, Garland | Dallas | $14,606.39 | 03/30/22 | 04/18/22 | 04/27/22 | | 85% |
| 00388 | Sagestone Village Clubhouse Remodel | Dallas | $43,147.55 | 10/22/21 | 11/06/21 | 02/25/22 | | 90% |
| 00219 | Monterra Village Clubhouse Interior Remodel | Dallas | $378,299.50 | 08/23/21 | 11/30/21 | 04/12/22 | | 90% |
| 00708 | 708 Saint Johns Dr, mansfield | Dallas | $13,255.36 | 01/12/22 | 02/07/22 | 04/22/22 | | 90% |
| 00732 | 2609 Chatham Ct Grand Prairie | Dallas | $21,105.06 | 01/18/22 | 02/11/22 | 04/29/22 | | 90% |
| 00806 | 410 Heritage St, RockWall | Dallas | $28,241.64 | 02/25/22 | 04/19/22 | 04/29/22 | | 90% |
| 00760 | 6308 Basswood Dr, Fort Worth | Dallas | $53,896.00 | 02/21/22 | 04/26/22 | 04/28/22 | | 90% |
| 00872 | 10413 Woodruff Court, Fort Worth | Dallas | $28,940.57 | 03/23/22 | 05/09/22 | | | 90% |
| 00143 | 401 Pecan St, Wilmer | Dallas | $43,921.00 | 08/23/21 | 03/01/22 | 04/30/22 | | 95% |
| 00871 | 509 Maplewood Dr Fate | Dallas | $7,958.17 | 03/22/22 | 04/01/22 | 04/29/22 | | 95% |
| 00591 | 10318 Evergreen Dr, Rowlett | Dallas | $39,960.60 | 03/17/22 | 04/30/22 | 04/30/22 | | 95% |
| 00857 | 807 Chateau Place, Richmond | Houston | $14,055.22 | 03/14/22 | 04/04/22 | 04/18/22 | | 98% |
| 00796 | 725 Mackenzie Dr Royse City | Dallas | $19,822.98 | 02/18/22 | 03/24/22 | 04/28/22 | | 99% |
| 00823 | 204 Independence Trl Forney | Dallas | $11,549.30 | 03/02/22 | 03/25/22 | 04/28/22 | | 99% |
| 00905 | 4216 Hathaway, Grand Prairie | Dallas | $3,643.82 | 04/09/22 | 04/13/22 | 04/26/22 | | 99% |
| 00884 | 3624 Kodiak Ct, Fort Worth | Dallas | $11,250.01 | 03/30/22 | 04/19/22 | 04/27/22 | | 99% |
| 00748 | 1047 Waterview Dr, Little Elm | Dallas | $34,162.40 | 03/21/22 | 04/26/22 | 04/28/22 | | 99% |