Print Form

# CONTRACTOR'S FINAL RELEASE AND WAIVER OF LIEN

**Project/ Owner**

Project: R0924610

Address: 4617 Seneca Drive
Fort Worth        TX        76137
City              State     Zip Code

Owner: Progress Residential

**Contractor**

Name: Service One LLC

Address: 4801 Keller Springs Road
Addison           TX        75001
City              State     Zip Code

Contractor Licence: N/A in TX

Contract Date: __/__/__

### TO ALL WHOM IT MAY CONCERN:

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned Contractor hereby waives, discharges, and releases any and all liens, claims, and rights to liens against the above-mentioned project, and any and all other property owned by or the title to which is in the name of the above-referenced Owner and against any and all funds of the Owner appropriated or available for the construction of said project, and any and all warrants drawn upon or issued against any such funds or monies, which the undersigned Contractor may have or may hereafter acquire or possess as a result of the furnishing of labor, materials, and/or equipment, and the performance of Work by the Contractor on or in connection with said project, whether under and pursuant to the above-mentioned contract between the Contractor and the Owner pertaining to said project or otherwise, and which said liens, claims or rights of lien may arise and exist.

The undersigned further hereby acknowledges that the sum
Four Thousand Six Hundred Ninety Two and no/100 Dollars
Dollars ($ 4692.00) constitutes the entire **unpaid** balance due the undersigned in connection with said project whether under said contract or otherwise and that the payment of said sum to the Contractor will constitute payment in full and will fully satisfy any and all liens, claims, and demands which the Contractor may have or assert against the Owner in connection with said contract or project.

Dated this 11th day of April 20 22

Witness to Signature:

Service One LLC
Contractor
By: *Charles Tomasello*

Title: President

Page 1 of 1

**EXHIBIT "E"  Page 1 of 1**