## CONTRACTOR'S FINAL RELEASE AND WAIVER OF LIEN

**Project/ Owner**

Project: R0902312

Address: 1603 Wolf Creek Dr
City: Arlington   State: TX   Zip Code: 76018

Owner: Progress Residential

**Contractor**

Name: Service One LLC

Address: 4801 Keller Springs Road
City: Addison   State: TX   Zip Code: 75001

Contractor Licence: N/A in TX

Contract Date:    /    /

**TO ALL WHOM IT MAY CONCERN:**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned Contractor hereby waives, discharges, and releases any and all liens, claims, and rights to liens against the above-mentioned project, and any and all other property owned by or the title to which is in the name of the above-referenced Owner and against any and all funds of the Owner appropriated or available for the construction of said project, and any and all warrants drawn upon or issued against any such funds or monies, which the undersigned Contractor may have or may hereafter acquire or possess as a result of the furnishing of labor, materials, and/or equipment, and the performance of Work by the Contractor on or in connection with said project, whether under and pursuant to the above-mentioned contract between the Contractor and the Owner pertaining to said project or otherwise, and which said liens, claims or rights of lien may arise and exist.

The undersigned further hereby acknowledges that the sum Twenty Three Thousand Fifty Three and 78/100 Dollars

Dollars ($ 23,053.78 ) constitutes the entire *unpaid* balance due the undersigned in connection with said project whether under said contract or otherwise and that the payment of said sum to the Contractor will constitute payment in full and will fully satisfy any and all liens, claims, and demands which the Contractor may have or assert against the Owner in connection with said contract or project.

Dated this 24th day of April  20 22

Service One LLC
Contractor

By: *Charles Tomasello*

Title: President

Witness to Signature:

Page 1 of 1

**EXHIBIT "F"  Page 1 of 1**