UNCONDITIONAL FINAL WAIVER AND RELEASE

Property Name: 6307 Handsome Lake Dr - PO# PO-00085661-4
Property Location: 6307 Handsome Lake Drive, San Antonio 78238
Undersigned's Customer: Signpost Homes, Inc.
Invoice/Payment Application Number: 37412
Payment Amount: $19,754.36

The undersigned certifies that it has been paid all final amounts due and owing to it for all labor, professional services, and equipment or materials furnished or otherwise supplied by the undersigned to the owner of the Property or Customer for the work on and improvement of the Property. The undersigned hereby unconditionally waives, discharges and releases any and all interests, liens, claims of liens, stop notices, debts, demands, claims, causes of action, suits, damages, losses, costs, expenses (including attorneys' fees) and liabilities of any nature (whether under statute, common law, contract, tort or equity) against or with respect to the Property, the owner of the Property (including its agents and affiliates), the Customer and improvements to the Property.

The undersigned expressly acknowledges, represents and warrants that all financial obligations and/or liabilities relating to its work on the Property have been paid and/or satisfied in full. The undersigned additionally represents and warrants that all parties who have furnished labor, professional services, materials or equipment to the undersigned or to its suppliers or subcontractors in connection with the Property have been paid all amounts due and owing to them. As such, the undersigned agrees to indemnify, defend and hold owner of the Property (including its agents and affiliates) and the Customer harmless from any and all liens, claims of liens, stop notices, debts, demands, claims, causes of action, suits, damages, losses, costs, expenses and liabilities of any nature arising out of or in connection with the undersigned's work on the Property, including the work of its suppliers or subcontractors. In the event such lien is filed against the Property, the undersigned agrees to promptly remove or discharge the same.

I CERTIFY UNDER PENALTY OF PERJURY UNDER APPLICABLE LAW THAT THE ABOVE IS A TRUE AND CORRECT STATEMENT.

Dated: 04/18/22

KAYLIN SALAZAR
Notary Public, State of Texas
Comm. Expires 03-16-2024
Notary ID 132405832

SERVICE ONE LLC
(Company Name)
By: _____
Its: PRESIDENT