**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:

SERVICE ONE LLC

Debtor

Case No. No. 22-40503
Chapter 11
(Subchapter V)

**TRUSTEE'S WITNESS AND EXHIBIT LIST IN CONNECTION WITH HEARING ON**
**(1) TRUSTEE'S EMERGENCY MOTION FOR AUTHORITY TO PAY**
**PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS, AND (2) MOTION**
**FOR INTERIM AND FINAL ORDER AUTHORIZING CASH COLLATERAL**
**USE AND GRANTING ADEQUATE PROTECTION**
**May 9, 2022, at 10:0 a.m., C.D.T.**

Mark A. Weisbart, the Subchapter V trustee of Service One, LL (the "Trustee"), files this *Witness and Exhibit List* in connection with the hearing on the (1) *Trustee's Motion to Approve Purchase Contract and Authorizing the Sale ff Real and Personal Property Free and Clear of all Liens, Claims and Encumbrances* [Doc 52] and (2) *Motion for Interim and Final Orders Authorizing Cash Collateral Use and Granting Adequate Protection* [Doc 15] scheduled for May 9, 2022, at 10:00 a.m., C.D.T. (the "Hearing").

**WITNESSES:**

For purposes of the Hearing the Trustee may call one or more of the following individuals to provide testimony:

1. Mark A. Weisbart
2. Sandra Perry
3. Justin Braden
4. Kelly McCullough
5. Charles Tomasello
6. Any individual identified by any other party as a potential witness at the Hearing.
7. Trustee reserves the right to call other individuals as witnesses for purposes of impeachment and/or rebuttal.

Trustee further reserves the right to amend or supplement the foregoing list.

**EXHIBITS:**

In connection with the Hearing the Trustee may seek to introduce into evidence one or more of the following documents:

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---------|-------------|--------|---------|--------|-------|
| Trustee – 1 | Budget | | | | |
| Trustee – 2 | Critical Vendor List | | | | |
| Trustee – 3 | Job Report | | | | |
| Trustee – 4 | All pleadings of record in the case | | | | |
| Trustee – 5 | Exhibits designated by other parties | | | | |
| Trustee – 6 | Exhibits for impeachment or rebuttal | | | | |

Trustee reserves the right to use any document identified by any other party as an exhibit.

Trustee also reserves the right (i) to use documents not listed here for rebuttal or impeachment purposes at the Hearing, and (ii) to supplement or amend this exhibit list.

Respectfully Submitted,

/s/ James S. Brouner
James S. Brouner
Texas Bar No. 03087285
Mark A. Weisbart
Texas Bar No. 21102650
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, TX 75251
(972) 755-7103 Phone
jbrouner@haywardfirm.com
mweisbart@haywardfirm.com

PROPOSED COUNSEL FOR SUBV
CHAPTER 11 TRUSTEE

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 8, 2022, a true and correct copy of the foregoing document was served through the Court's CM/ECF system on all parties consenting to service through same and via email to the following persons.

/s/James S. Brouner
James S. Brouner

Patrick J. Schurr
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Patrick.schurr@solidcounsel.com

Elizabeth Bierut (Counsel to BlueVine)
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036-6516
ebierut@fklaw.com

James Gillingham (Counsel to SBA)
James.gillingham@usdoj.gov