**Service One, LLC**
**13 Week Cash Collateral Budget**

| # | | Week # Month Week Ending Type | 1 May 5/6/2022 Actual | 2 May 5/13/2022 Forecast | 3 May 5/20/2022 Forecast | 4 May 5/27/2022 Forecast | 5 June 6/3/2022 Forecast | 6 June 6/10/2022 Forecast | 7 June 6/17/2022 Forecast | 8 June 6/24/2022 Forecast | 9 July 7/1/2022 Forecast | 10 July 7/8/2022 Forecast | 11 July 7/15/2022 Forecast | 12 July 7/22/2022 Forecast | 13 July 7/29/2022 Forecast | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | Beginning Cash | | $ 580,567 | $ 841,562 | $ 577,979 | $ 569,219 | $ 500,404 | $ 554,238 | $ 571,348 | $ 625,818 | $ 617,528 | $ 630,182 | $ 648,972 | $ 703,442 | $ 693,472 | $ 580,567 |
| 5 | Plus Receipts: | | | | | | | | | | | | | | | |
| 6 | A/R collections | | $ 433,917 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 3,233,917 |
| 7 | Other | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 10 | Total Receipts | | $ 433,917 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 3,233,917 |
| 11 | Less: Refunds | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 12 | Net Receipts | | $ 433,917 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 3,233,917 |
| 13 | Minus: Operating Disbursements: | | | | | | | | | | | | | | | |
| 14 | COGS | | $ - | $ (100,000) | $ (100,000) | $ (90,000) | $ (90,000) | $ (90,000) | $ (90,000) | $ (90,000) | $ (90,000) | $ (90,000) | $ (90,000) | $ (90,000) | $ (90,000) | $ (1,100,000) |
| 15 | Other Job Cost | | $ - | $ (1,650) | $ (300) | $ (300) | $ (300) | $ (300) | $ (300) | $ (300) | $ (300) | $ (300) | $ (300) | $ (300) | $ (300) | $ (4,950) |
| 16 | Wages | | $ (157,631) | $ (129,000) | $ (45,000) | $ (75,000) | $ (54,000) | $ (75,000) | $ (45,000) | $ (75,000) | $ (54,000) | $ (75,000) | $ (45,000) | $ (75,000) | $ (54,000) | $ (958,631) |
| 17 | Accountant | | $ - | $ - | $ - | $ - | $ (10,000) | $ - | $ - | $ - | $ (5,000) | $ - | $ - | $ - | $ (5,000) | $ (20,000) |
| 18 | Consultants | | $ - | $ - | $ - | $ - | $ (15,000) | $ - | $ - | $ - | $ (10,000) | $ - | $ - | $ - | $ (10,000) | $ (35,000) |
| 19 | Insurance | | $ (12,666) | $ (12,181) | $ - | $ - | $ (9,400) | $ (2,781) | $ - | $ - | $ (9,400) | $ (2,781) | $ - | $ - | $ (13,200) | $ (62,409) |
| 20 | Auto Expense | | $ - | $ (4,000) | $ (5,100) | $ (3,000) | $ (2,500) | $ (4,100) | $ (2,500) | $ (2,500) | $ (4,100) | $ (2,500) | $ (2,500) | $ (4,100) | $ (2,500) | $ (39,400) |
| 21 | Rent | | $ (2,625) | $ - | $ - | $ - | $ (2,625) | $ - | $ - | $ - | $ (2,625) | $ - | $ - | $ - | $ - | $ (7,875) |
| 22 | Other | | $ - | $ (4,200) | $ (800) | $ (2,000) | $ (3,000) | $ (2,000) | $ (800) | $ (2,000) | $ (3,000) | $ (2,000) | $ (800) | $ (2,000) | $ (3,000) | $ (25,600) |
| 23 | 5% Contingency for Unknowns | | $ - | $ (12,552) | $ (7,560) | $ (8,515) | $ (9,341) | $ (8,709) | $ (6,930) | $ (8,490) | $ (8,921) | $ (8,629) | $ (6,930) | $ (8,570) | $ (8,900) | $ (104,047) |
| 24 | Total Operating Disbursements | | $ (172,922) | $ (263,583) | $ (158,760) | $ (178,815) | $ (196,166) | $ (182,890) | $ (145,530) | $ (178,290) | $ (187,346) | $ (181,210) | $ (145,530) | $ (179,970) | $ (186,900) | $ (2,357,912) |
| 25 | Equals: Net Operating Cash Flow | | $ 260,995 | $ 36,417 | $ 141,240 | $ 121,185 | $ 103,834 | $ 17,110 | $ 54,470 | $ 21,710 | $ 12,654 | $ 18,790 | $ 54,470 | $ 20,030 | $ 13,100 | $ 876,005 |
| 26 | Minus: Other B/K Admin | | | | | | | | | | | | | | | |
| 27 | Critical Vendors | | $ - | $ (300,000) | $ (150,000) | $ (100,000) | $ (50,000) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (600,000) |
| 28 | Legal & Trustee | | $ - | $ - | $ - | $ (60,000) | $ - | $ - | $ - | $ (30,000) | $ - | $ - | $ - | $ (30,000) | $ - | $ (120,000) |
| 29 | Accounting | | $ - | $ - | $ - | $ (30,000) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (30,000) |
| 30 | Other | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 31 | Total Other B/K Admin | | $ - | $ (300,000) | $ (150,000) | $ (190,000) | $ (50,000) | $ - | $ - | $ (30,000) | $ - | $ - | $ - | $ (30,000) | $ - | $ (750,000) |
| 32 | Less: Debt Service | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 33 | Equals: Net Cash Flow | | $ 260,995 | $ (263,583) | $ (8,760) | $ (68,815) | $ 53,834 | $ 17,110 | $ 54,470 | $ (8,290) | $ 12,654 | $ 18,790 | $ 54,470 | $ (9,970) | $ 13,100 | $ 126,005 |
| 34 | Ending Balance | | $ 841,562 | $ 577,979 | $ 569,219 | $ 500,404 | $ 554,238 | $ 571,348 | $ 625,818 | $ 617,528 | $ 630,182 | $ 648,972 | $ 703,442 | $ 693,472 | $ 706,572 | $ 706,572 |

TRUSTEE EX 1

C:\Users\jbrouner\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\WKZZ81N0\
13 Week Cash Collateral Budget Template; Working Copy

Page 1 of 1