| Company | Owed |
|---|---|
| A.C.E Companies | $1,505.00 |
| Alfredo Gallardo | $6,887.00 |
| AME G.C. , LLC | $13,963.23 |
| Angel Carillo | $9,450.00 |
| Annie Olachia | $2,444.50 |
| AR MULTIPLE SERVICES | $1,220.00 |
| ATD Concrete | $7,493.00 |
| Brandon Vega | $1,139.00 |
| City of Grand Prairie | $50.00 |
| Creations Granite & Marble | $20,430.68 |
| Elvis Alfaro - RF Painting and Remodeling | $2,000.00 |
| Eric Castellon | $200.00 |
| Fix It Right Plumbing | $16,650.00 |
| Franklin Orellana - complete paint | $250.00 |
| Garcia's Cleaning- Angela A. Baca Garcia | $1,670.00 |
| Gerado Marquez Calahorra | $2,162.00 |
| Guadalupe Buendia-Bocanegra | $4,913.00 |
| Jacob Garza | $2,000.00 |
| Janson Saravia | $7,251.00 |
| Jorge Artunduaga | $5,162.00 |
| Jose Manual Munoz (Manny) | $6,750.00 |
| Jose Portillo | $13,500.00 |
| Jose Rodriguez | $2,125.00 |
| Juan A Chavez | $2,500.00 |
| Juan Carlos Flores | $600.00 |
| Juan Guevara | $12,972.00 |
| Koetke Consulting LLC | $1,000.00 |
| Lagniappe Exterminating | $1,407.24 |
| Landers Carpet Care | $414.00 |
| Lucia Vallalta (Jose Vallalta) | $1,262.00 |
| Luis Nolasco | $4,510.20 |
| Maria G Chaidez-M&M Remodeling | $2,879.00 |
| Maria Martinez | $1,100.00 |
| Maria Torres | $2,360.00 |
| Metro's Best Residential and Commercial Clean | $450.00 |
| MFS Supply | $42,197.88 |
| Milan Predikant | $8,017.00 |
| MS international | $24,642.05 |
| Nathan Sanders | $450.00 |
| Nelson Hernandez HMCS | $25,187.65 |
| Nortier Engineering Consultants LLC | $1,350.00 |
| Rosa Jimenez | $2,375.00 |
| Sherwin Williams -2 accounts not duplicate | $55,600.06 |

| | |
|---|---|
| Sherwin Williams -2 accounts not duplicate | $50,071.33 |
| Slack | $179.09 |
| Star Window Coverings LLC | $13,018.47 |
| Surface Professionals | $2,925.00 |
| Texas Appliance & Builder Supply | $19,421.13 |
| Texas Solution Heating & Cooling (luis alba) | $9,000.00 |
| Trash Chomper LLC | $92,663.45 |
| Two Js Tree and Maintenance-Juan Arreozola | $20,806.60 |
| U Fix It Appliance Parts | $113.14 |
| Waterfall Bath Enclosures | $1,377.00 |
| Whitworth Engineering | $5,811.00 |
| William Adam | $4,400.00 |
| TXU energy | $482.41 |
| Morsco (hvac materials) | $62,600.00 |
| Glass FX | $95,171.06 |
| | |
| MISSING FROM LIST - VENDORS / SUPPLIERS | |
| ADR Plumbing Co-Paul Brake | $ 56,640.00 |
| Jesus Contreras (Chuy) | $ 10,275.00 |
| chimney | $7,423.48 |
| | |

TRUSTEE EX 2