| Address - | Job payables | award date | original due date | extended due date | |
|---|---|---|---|---|---|
| Sagestone Village Clubhouse Remodel | $43,147.55 | 10/22/2021 | 11/6/2021 | 2/25/2022 | Partial paid |
| 4216 Hathaway, Grand Prairie | $3,643.82 | 4/9/2022 | 4/13/2022 | 4/26/2022 | |
| 521 Roundrock Ln, Fort Worth | $1,195.20 | 4/22/2022 | 4/27/2022 | 4/27/2022 | |
| 6936 Bentley Ave, Fort Worth | $892.90 | 4/21/2022 | 4/30/2022 | 4/30/2022 | |
| 7714 Water Fowl Trail, Arlington | $4,282.77 | 4/22/2022 | 5/3/2022 | 5/3/2022 | |
| 322 Creekside Way, Waxahachie | $4,493.86 | 4/25/2022 | 5/3/2022 | 5/3/2022 | |
| 1120 Greenview Lane, Kennedale | $2,794.04 | 4/26/2022 | 5/3/2022 | 5/3/2022 | |
| 347 Tioga Drive, Arlington | $2,025.54 | 4/22/2022 | 4/29/2022 | 5/4/2022 | |
| 917 Brock Drive, Aubrey | $2,230.77 | 4/27/2022 | 5/4/2022 | 5/4/2022 | |
| 15419 Pleasant Valley, Houston | $20,538.87 | 4/16/2022 | 5/7/2022 | 5/7/2022 | |
| 3506 Boxwood Dr, Garland | $14,606.39 | 3/30/2022 | 4/18/2022 | 5/9/2022 | |
| 5407 Cross Valley Dr, Houston | $36,769.43 | 3/17/2022 | 4/22/2022 | 5/9/2022 | |
| 7505 Fossil Lake Drive, Arlington | $3,243.14 | 4/26/2022 | 5/3/2022 | 5/9/2022 | |
| 8321 Brigalow Street, Arlington | $5,121.83 | 4/27/2022 | 5/6/2022 | 5/9/2022 | |
| 312 Butternut Drive, Fate | $4,670.16 | 4/30/2022 | 5/9/2022 | 5/9/2022 | |
| 2110 Loretta Ln Rowlett | $3,648.49 | 3/23/2022 | 3/28/2022 | 5/10/2022 | |
| 630 Brittany Dr, Mesquite | $2,014.80 | 4/21/2022 | 4/30/2022 | 5/10/2022 | |
| 2912 Mockingbird Street, Royse City | $3,073.57 | 5/30/2022 | 5/10/2022 | 5/10/2022 | |
| 1316 Laredo Lane ,Mesquite | $20,315.89 | 4/4/2022 | 4/30/2022 | 5/11/2022 | |
| 251 Callaghan Drive, Royse City | $2,631.47 | 4/30/2022 | 5/9/2022 | 5/11/2022 | |
| 16514 Quail Run Dr, Missouri City | $35,582.60 | 4/5/2022 | 5/11/2022 | 5/11/2022 | |
| 925 Old Barn Lane, Mesquite | $32,380.05 | 4/4/2022 | 4/27/2022 | 5/12/2022 | |
| 2520 Caden Ct, Forney | $6,323.93 | 4/29/2022 | 5/12/2022 | 5/12/2022 | |
| 405 Stoneybrook Dr, Wylie | $6,114.00 | 4/28/2022 | 5/26/2022 | 5/12/2022 | |
| 1401 Franklin, Weatherford | $35,146.00 | 9/22/2021 | 11/12/2021 | 5/13/2022 | |
| 708 Saint Johns Dr, mansfield | $13,255.36 | 1/12/2022 | 2/7/2022 | 5/13/2022 | |
| 741 Bahama Dr Lancaster | $14,759.81 | 3/3/2022 | 3/23/2022 | 5/13/2022 | |
| 209 Armstrong Dr, Cedar Hill | $13,833.68 | 2/25/2022 | 3/29/2022 | 5/13/2022 | |
| 8707 Woodfell Ct, Dallas | $3,711.88 | 3/15/2022 | 4/15/2022 | 5/13/2022 | |
| 410 Heritage St, RockWall | $28,241.64 | 2/25/2022 | 4/19/2022 | 5/13/2022 | |
| 1304 Evergreen St, Royse City | $19,048.11 | 3/31/2022 | 5/2/2022 | 5/13/2022 | |
| 463 Silverstone Drive, Waxahachie | $5,280.29 | 4/26/2022 | 5/6/2022 | 5/13/2022 | |
| 4605 INDIAN OAKS TRL, ARLINGTON | $31,433.67 | 4/8/2022 | 5/13/2022 | 5/13/2022 | |
| 252 Palomino Drive, Saginaw | $4,200.00 | 5/5/2022 | 5/13/2022 | 5/13/2022 | |
| 4920 Meadowood Cir, Baytown | $22,580.03 | 3/28/2022 | 4/21/2022 | 5/16/2022 | |
| 4801 Meadowood Dr, Baytown | $34,150.51 | 3/23/2022 | 4/27/2022 | 5/16/2022 | |
| 1206 Jeanie Ln, Baytown | $36,017.99 | 3/28/2022 | 5/6/2022 | 5/16/2022 | |
| 5604 Stone Meadow Ln, Forth Worth | $17,006.00 | 4/25/2022 | 5/16/2022 | 5/16/2022 | |
| 818 Silverbell St, Princeton | $7,531.95 | 4/21/2022 | 5/2/2022 | 5/17/2022 | |
| 1921 Clark Trl, Grand Prairie | $62,587.87 | 3/2/2022 | 5/18/2022 | 5/18/2022 | |
| 5217 Medallion Court Midlothian | $17,677.12 | 4/5/2022 | 4/26/2022 | 5/20/2022 | |
| 105 Broken Arrow Street, Waxahachie | $23,565.93 | 4/5/2022 | 5/2/2022 | 5/20/2022 | |
| 106 Boardwalk St, Midlothian | $12,222.73 | 4/25/2022 | 5/9/2022 | 5/20/2022 | |
| 117 Windward Way Euless | $40,198.69 | 3/25/2022 | 5/13/2022 | 5/20/2022 | |
| 2601 Pebblestone Lane, Bedford | $44,167.24 | 4/4/2022 | 5/20/2022 | 5/20/2022 | |
| 605 Stell Avenue Mansfield | $12,881.59 | 4/6/2022 | 4/25/2022 | 5/25/2022 | |
| 516 Picketts Drive, Mesquite | $48,278.12 | 4/4/2022 | 5/26/2022 | 5/26/2022 | |
| 2317 Homestead DR, Mesquite | $20,653.37 | 4/27/2022 | 5/26/2022 | 5/26/2022 | |
| 7822 Huron Ct, Baytown | $44,495.71 | 4/11/2022 | 5/27/2022 | 5/27/2022 | |
| 2502 Normont Circle, Fort Worth, TX 76103 | $38,000.00 | 11/10/2021 | 12/30/2021 | 5/31/2022 | |
| Monterra Village Clubhouse Interior Remodel | $378,299.50 | 8/23/2021 | 3/31/2022 | 5/31/2022 | partial paid |
| 4827 Hollow Ridge Rd. Dallas | $31,500.00 | 3/17/2022 | 4/29/2022 | 5/31/2022 | |
| 10533 Turning Leaf Trail, Fort Worth | $34,819.47 | 4/14/2022 | 5/31/2022 | 5/31/2022 | |
| 2010 Chisolm Trl., Forney | $28,200.84 | 4/21/2022 | 5/31/2022 | 5/31/2022 | |
| 8249 Mark Lane, Watauga | $53,590.42 | 4/6/2022 | 6/1/2022 | 6/1/2022 | |
| 1008 Pierce Arrow Dr, Arlington | $42,174.93 | 4/15/2022 | 6/10/2022 | 6/10/2022 | |
| 3905 Sunday Hill Dr, Arlington | $33,942.66 | 4/22/2022 | 6/24/2022 | 6/24/2022 | |
| 820 PATRICIA ST, IRVING | $61,184.43 | 4/12/2022 | 6/30/2022 | 6/30/2022 | |

# TRUSTEE EX 3