**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE, LLC<br><br>Debtor | Case No. 22-40503<br>Chapter 11<br>(Subchapter V) |

## TRUSTEE'S APPLICATION TO APPROVE
## EMPLOYMENT OF ELIZABETH HASTINGS

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW Mark A. Weisbart, Subchapter V Trustee ("Trustee") in the above-referenced bankruptcy case, and files this his Application to Approve Employment of Elizabeth Hastings (the "Application") pursuant to 11 U.S.C. § 327 (the "Bankruptcy Code") and respectfully shows the Court the following:

1.      On April 21, 2022 (the "Petition Date"), Service One, LLC (the "Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code. Per its designation on its Petition, the Debtor is proceeding under Subchapter V of Chapter 11 in accordance with section 1182 of the Bankruptcy Code (the "SubV Designation").

2.      Thereafter, Mark A. Weisbart was appointed the Subchapter V Trustee for this case pursuant to section 1183 of the Bankruptcy Code.

3.      The Debtor operates a construction business primarily involved in the remodel and

renovation of single-family homes for customers operating in the "single family rental space." Currently, the Debtor has seventeen (17) employees and utilizes eight (8) independent contractors in its day-to-day management and operations. In addition to these individuals, the Debtor engages, as of the Petition Date, the services of approximately forty-six (46) subcontractors (the "Subcontractors") to provide the labor and skills required to perform the necessary tasks to undertake and complete its construction projects (the "Projects"). Currently, the Debtor is involved in about sixty to seventy (60-70) Projects at various stage of completion.

4.      By its *Order Removing the Debtor from Possession and Authorizing Subchapter V Trustee to Operate the Business of the Debtor* [Doc 35] entered on April 29, 2022 (the "Trustee Order") the Court removed the Debtor as debtor in possession and vested the Trustee with authority to operate the Debtor's business and manage its assets in accordance with 11 U.S.C. § 1183(b)(5).

5.      Trustee desires to employ Elizabeth Hastings ("Hastings") effective as of April 21, 2022, to perform services until May 31, 2022 for the Trustee for the following purposes:

        a.   Customer relations;

        b.   Communications with vendors and suppliers; and

        c.   Office oversight

(the "Services".)

6.      Subject to Court approval, Hastings has agreed to provide services at a flat rate of $2,500.00 per week.

7.      To the best of Trustee's knowledge, Hastings has no relationship or connection with creditors of the Debtor's estate or other parties in interest which would raise a possible disqualification or conflict of interest herein in matters upon which she is to be employed for the Trustee as evidenced by the Affidavit of Elizabeth Hastings attached hereto as Exhibit "A".  As set forth therein, the Trustee believes Hastings represents no adverse interest to the Trustee or to

the bankruptcy estate in the matters for which she is to be engaged and is a disinterested person.

*See Talsma*, 2010 Bankr. LEXIS 3285 (Bankr.N.D.Tex. 2010)(interpreting Sections 327(a) and 1107(b).

     8.     Trustee proposes to pay Hastings without further order of the Court since her engagement is limited in time and at the amount specified herein.

     9.     In support of this Application, Trustee would show that Hastings has performed and continues to perform valuable services for the estate.  While Hastings' background is in financial consulting, Hastings has assisted the company since January 2022.  She has dealt with customers and suppliers, subcontractors and employees with regard to the status of contracts, payments of claims, the progress of jobs, and reductions in critical vendor claims.  Trustee believes these on-going services have been and are necessary during the initial stages of this case.

     10.     Hastings has not been paid for prepetition services but agrees to waive such claims in connection with this Application.

     11.     The Trustee believes employment of Hastings is in the best interest of this bankruptcy estate.

     WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court enter an Order approving the employment of Elizabeth Hastings under the terms specified above, and for such other and further relief to which he may show himself to be justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7103 Phone/Fax
mweisbart@haywardfirm.com

SUBCHAPTER V TRUSTEE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing list in accordance with LBR 9013(f) either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 10th day of May 2022.

/s/ Mark A. Weisbart
Mark A. Weisbart

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE, LLC<br><br>Debtor | Case No. 22-40503<br>Chapter 11<br>(Subchapter V) |

**AFFIDAVIT OF ELIZABETH HASTINGS IN SUPPORT OF TRUSTEE'S**
**APPLICATION TO APPROVE EMPLOYMENT OF ELIZABETH HASTINGS**

STATE OF TEXAS        §
                      §
COUNTY OF DALLAS      §

BEFORE ME, the undersigned authority, on this day personally appeared Elizabeth Hastings who, after being duly sworn, upon her oath deposed and stated as follows:

1.      "My name is Elizabeth Hastings.  I am more than twenty-one (21) years of age and am competent and authorized to make this Affidavit.  I have personal knowledge of the facts set forth herein.

2.      My address is 5136 West Grove Drive, Dallas, Texas 75248, and Mark A. Weisbart, Subchapter V Trustee, is seeking to employ me as an operational consultant through the Application to which this Affidavit is attached.

3.      To the best of my knowledge, I do not hold or represent any interest adverse to the Debtor or the estate in the matters upon which I am to be engaged.  To the best of my knowledge, I do not have any connection with the Debtor, its creditors, any parties in interest, its respective attorneys and accountants, or the U.S. Trustee, or any person employed in the Office of the U.S. Trustee, other than as set forth herein.  I have agreed to waive any claims for prepetition services.

4.      I am a business consultant with over twenty-five (25) years of experience. A copy of my resume is attached hereto.  I have provided services to the company since January 2022. I was initially consulted by the company to provide consulting services, but have since assisted in

Affidavit                                                                    Page 1

day-to-day operational issues involving customer relations, interfacing with suppliers and contractors, and addressing on-going issues as they arise.

5.     This Affidavit is prepared in connection with the Trustee's Application to Approve Employment of Elizabeth Hastings pursuant to 11 U.S.C. §328, in which the Trustee seeks authority to employ Hastings as a consultant in this bankruptcy case.

6.     Hastings does not have any relationships with any entity, attorneys, accountants, involved in this case, or any person employed in the office of the United States Trustee, or any other professionals which would be adverse to the Debtor of this estate.

7.     Based on the foregoing, I believe that I am a "disinterested person" as that term is defined in § 101(14) and 327 of the Bankruptcy Code.

8.     No promises have been received by me in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

9.     I have no agreement, and will make no agreement, for the sharing of any compensation in connection with this case, with any other person.

10.     The foregoing constitutes my statement pursuant to §§ 328(c) and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

11.     To the best of my knowledge, the information contained herein is true and accurate."

ELIZABETH HASTINGS

Exhibit "A"

STATE OF TEXAS §
§
COUNTY OF DALLAS §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Elizabeth Hastings, known to me to be the duly authorized agent for the person whose name is subscribed to the foregoing Affidavit, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SUBSCRIBED TO AND SWORN TO BEFORE ME this _10_ day of May 2022.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

My Commission Expires: 7/19/2025    

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

OMAR MIRANDA
Notary Public, State of Texas
Comm. Expires 07-19-2025
Notary ID 133219195

Exhibit "A"

# Elizabeth L. Hastings

5136 West Grove Drive, Dallas, Texas 75248
(214) 789-5339, E-CapitalAdvisors@outlook.com

## Summary

Accomplished executive financial and business management consulting with over 25 years' experience. Focusing on identifying Asset based lending solutions, working capital for small and midsized businesses. National sales achiever with honed 'soft' skills working within all levels of a client company or with a referral partner, taking a 360-degree approach, resulting in successful new business opportunities. Deepened ability to build trusted key relationships within the financial arena.

Proven ability to identify and create new markets to establish an organized and productive sales organization from the top down. Solid experience creating and executing strategies and procedures to enhance the customer experience ultimately improving sales responsiveness and profitability. Demonstrated success directing development of the organization during periods of tremendous growth, restructuring, turnarounds and start-ups.  Sell side advisory analytics as well as Mergers and Acquisition transactions. Project management oversight and execution.

(214) 789-5339 - E-CapitalAdvisors@outlook.com

## Key Highlights

New Business Development
Client Services
Foreign Market Specialization
Networking
Training and Mentoring
Financial Sales
Real Estate Lending
Relationship Management
Asset Based Lending
Organizational Development
Relationship Development
Team Leadership
Conflict Resolution
Specialty Lending
Private Equity Account Management
Project Management
Investment Strategy
Process Improvement
Sales and Marketing
Risk Management Healthcare Lending
Mergers & Acquisitions
Oil and Gas Specialization
Health Care Specialization
Fix and Flip
Hard Money Lending

## Experience

**E-Capital Advisors, LLC**                                                                      Present

**Managing Member**

- Contract brokerage work for Director Oracle Partners
- Outsourced business development
- National Director of Corporate Lending
- Bridge Lending on Real Estate
- Contract brokerage work for acquisition lending
- International PO/Trade Supply
- Contract brokerage work for Specialty Lending
- Contract work Blitz Energy Services
- Contract work Fix and Flip project oversight
- Contract work EBB Investment Banking Vice President
- Contract work Start up organization
- Partner with Financial Foothold (Booking, Interim CFO, Interim CPA)

**Veritas Financial Partners**                                                                  2014-2016

Exhibit "A"

**VP Business Development**

- Manage and direct Texas and throughout East Coast
- Platform loan origination for Asset Based Lending
- Build and maintain Bank Relationships
- Build and maintain Investment Banking Relationships
- Build and maintain Private Equity & Hedge Fund Relationships
- Manage Sales Force and Marketing for territory
- Manage Closing Transaction process with parties involved
- Oversee Underwriting Process

**BOFI Federal Bank**

**VP Regional Director**                                    2013-2014
- Manage and direct the Southwest Division of the US
- Platform loan origination for Healthcare
- Platform loan origination for Specialty Lending
- Platform loan origination for Real Estate Lending
- Platform loan origination for Asset Based Lending
- Platform loan origination for Equipment Lending
- Initiate and execute marketing plan for loan originations
- Oversee Analyst performance and execution
- Built and maintain existing and new bank relationships
- Attend all industry specific local and national conferences
- Negotiate term sheet pricing and structure
- Balance budget and allocate resources
- Provide support to C&I Director with emphasis on marketing

(214) 789-5339 · E-CapitalAdvisors@outlook.com

2011 – 2013

**Republic Business Credit, New Orleans, LA**

**Senior Vice President, Sales Manager/Director**
- Managed and trained Southwest sales team
- Originated transactions up to $15 million
- Developed new business development strategies for new entity to grow in marketplace
- Integrated portfolio acquisition clients through transition
- Built and maintained bank and third party referral source relationships
- Fostered existing relationships with referral partnerships to continue to grow relationship and brand for new entity

2008 – 2011

**FGI Finance, New York, NY**

**Senior Vice President, Regional Director**
- Led the Southern U.S. and Latin America regions for deal sourcing.
- Built and managed relationships with private equity, commercial banking, factoring, asset-based lending, investment banking, CPAs and attorneys.
- Set team standard as strong collaborator across divisions to ensure all aspects of deal closings proceeded seamlessly, maintaining strong relationships with pre- and post- deal teams.
- Established new relationships with key executives and identified new growth market opportunities.

2005 - 2008

**Presidential Finance, Atlanta, GA**

**Vice President, Regional Director**
- Developed new sales territories in the Southwestern region.
- Implemented strategies for new deal originations and closings.
- Supported and led new sales team for healthcare lending division.
- Executed sale process effectively and provided risk and pricing recommendations.

2003 – 2005

**Medical Capital Corporation, Anaheim, CA**

Exhibit "A"

(214) 789-5339 - E_CapitalAdvisors@outlook.com

**Assistant Vice President, Regional Manager**
- Business development and marketing support in the Southern part of the U.S.
- Cold calling on public and private hospitals and conducting bank presentations.

Previous Work History
Bank One, Senior Officer/Investment Representative
Prudential Securities, Investment Representative

## United States Air Force

### Education
Louisiana Tech University, University of Pittsburgh, University of Texas at Dallas

### Leadership
Commercial Finance Association, Board Member
Certifications, Series 6, 63, Group 1
Association of Corporate Growth, Member
The Finance Forum, Member
Turnaround Management Association, Member
Alliance of Merger & Acquisitions Advisors
Real Estate National & State License

---

Exhibit "A"

Label Matrix for local noticing
0540-4
Case 22-40503
Eastern District of Texas
Sherman
Tue May 10 16:45:19 CDT 2022

7 Sky Roofing
Attn: Brendan O'Connor
6302 Windcrest Drive, #925
Plano, TX 75024-3013

ADR Plumbing Co.
Attn: Paul Brake
3324 Welch Lane
Sachse, TX 75048-3187

William Todd Albin
5665 Dallas Parkway, Suite 200
Frisco, TX 75034-7373

American Express
PO Box 981535
El Paso, TX 79998-1535

Arbor Contract Carpet, Inc.
PO Box 675096
Dallas, TX 75267-5096

James S. Brouner
Hayward PLLC
10501 N Central Expy, Suite 106
Dallas, TX 75231-2203

Creations Granite & Marble
1726 Oldfield Dr.
Dallas, TX 75217-1433

Michael Durrschmidt
1415 Louisiana, 36th Floor
Houston, TX 77002-7360

Ferguson
PO Box 847411
Dallas, TX 75284-7411

Fix It Right Plumbing
PO Box 1201
Burleson, TX 76097-1201

Glass FX, LLC
1671 Riverview Dr.
Colony, TX 75056-4813

Hernandez Multi Contracting LLC
4801 Keller Springs Rd.
Addison, TX 75001-5912

Home Depot Credit Services
PO Box 790340
St. Louis, MO 63179-0340

Jesus Contreras
900 Via Balboa
Mesquite, TX 75150-3014

Jose Portillo
2901 Runnels St.
Fort Worth, TX 76106-7459

M S International, Inc.
12845 Valley Branch Lane
Farmers Branch, TX 75234-5813

MFS Supply
31100 Solon Road, Suite 16
Solon, OH 44139-3463

Brandi J. McKay
Brown Fox PLLC
6303 Cowboys Way
Suite 450
Friso, TX 75034-1956

Morosco Supply
PO Box 841183
Dallas, TX 75284-1183

Christopher J. Moser
Quilling Selander Lownds Winslett Moser
2001 Bryan Street
Suite 1800
Dallas, TX 75201-3070

Faizan (Frank) S. Patel
Quilling Selander Lownds Winslett Moser
2001 Bryan Street
Ste 1800
Dallas, TX 75201-3070

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231

Patrick J. Schurr
Scheef & Stone, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, TX 75034-6010

Service One, LLC
4801 Keller Springs Road
Addison, TX 75001-5912

Sherwin Williams (6288-6)
909 Gross Road
Mesquite, TX 75149-2100

Sherwin Williams (7487-2)
909 Gross Road
Mesquite, TX 75149-2100

Laurie A. Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Star Window Coverings LLC
2030 East Arbrook Blvd., Ste. 180
Arlington, TX 76014-3798

Trash Chomper LLC
4801 Keller Springs Road
Addison, TX 75001-5912

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Mark A. WEISBART (SBRA V)
Subchapter V Trustee
10501 N Central Expy Suite 106
Dallas, TX 75231-2203

(p)MARK A  WEISBART
ATTN THE LAW OFFICE OF MARK A WEISBART
10501 N CENTRAL EXPY SUITE 106
DALLAS TX 75231-2203


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Mark A. Weisbart
Chapter 7 Bankruptcy Trustee
10501 N Central Expy Suite 106
Dallas, TX 75231-2203

(d)Mark A. Weisbart
Hayward PLLC
10501 N Central Expy Suite 106
Dallas, TX 75231-2203

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32