**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE, LLC<br><br>Debtor | Case No. 22-40503<br>Chapter 11<br>(Subchapter V) |

### ORDER GRANTING TRUSTEE'S APPLICATION TO APPROVE EMPLOYMENT OF ELIZABETH HASTINGS

ON THIS DAY, CAME ON FOR CONSIDERATION the Trustee's Application to Approve Employment of Elizabeth Hastings pursuant to 11 U.S.C. § 327 filed by Mark A. Weisbart, Subchapter V Trustee in this bankruptcy case. After consideration of the Application and the arguments presented therein, and finding that notice of the Application was proper and no timely objections to the Application were filed, it is the opinion of this Court that the Trustee's Application to Approve Employment of Accountant should be granted, it is therefore

ORDERED that the Trustee's Application to Approve Employment of Elizabeth Hastings is hereby GRANTED; it is further

ORDERED that Elizabeth Hastings is hereby approved as an independent consultant to perform those services described in the Trustee's Application to Approve Employment of Elizabeth Hastings effective as of April 21, 2022 until May 31, 2022; it is further

ORDERED that Trustee is authorized to pay Hastings $2,500.00 per week.

IT IS SO ORDERED.