**Fill in this information to identify the case**

Debtor name __**Service One, LLC**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number __**22-40503**__
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
    |---|---|---|---|---|
    | 3.1. | **Plains Capital Bank** | **Checking account** | 3 0 0 0 | $96,396.29 |
    | 3.2. | **Plains Capital Bank** | **Checking account** | 8 0 0 1 | $0.68 |
    | 3.3. | **Plains Capital Bank** | **Checking account** | 7 2 0 0 | $552,085.26 |
    | 3.4. | **Plains Capital Bank** | **Checking account** | 1 8 8 8 | $7,116.62 |

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$655,598.85**

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|
| | Name | | |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**Current value of debtor's interest**

$0.00

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

11. **Accounts receivable**

**Current value of debtor's interest**

| 11a. 90 days old or less: | **$1,180,000.00** | − | **$0.00** | = ............➔ | **$1,180,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **$253,000.00** | − | **$0.00** | = ............➔ | **$253,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,433,000.00

## Part 4:    Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| **118 Renovation jobs are in progress** | | | | **$1,204,000.00** |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$1,204,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor   **Service One, LLC**                                        Case number (if known)   **22-40503**
_____Name_____

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Office furniture** | | | **$1,000.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Desktop computers, laptop computers, and monitors** | | | **$300.00** |
| **3 Cell phones** | | | **$750.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.                    | **$2,050.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Chevrolet Silverado 2500** | | | **$26,609.00** |
| 47.2. **2013 Chevrolet Silverado** | | | **$17,118.00** |
| 47.3. **7x16 Tandem axle trailer** | | | **$4,395.00** |
| 47.4. **2018 Dodge Ram Promaster** | | | **$25,520.00** |
| 47.5. **2016 Chevrolet Silverado 1500** | | | **$34,566.00** |
| 47.6. **2015 Chevrolet Silverado 1500** | | | **$33,185.00** |
| 47.7. **2018 Dodge Ram Promaster** | | | **$23,264.00** |

Debtor   **Service One, LLC**                                              Case number (if known)   **22-40503**
_____Name_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                              | $164,657.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **4801 Keller Springs Road Addison, TX 75001** **Lease** | Lease Interest | | | $0.00 |
| 55.2. **4839a Keller Springs Road Addison, TX 75001** **Lease** | Lease Interest | | | $0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| Debtor | **Service One, LLC** | | Case number (if known) | **22-40503** |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **www.srvcone.com** | | | **$0.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | Current value of debtor's interest |
|---|---|
| | **$0.00** |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- [x] No
- [ ] Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- [x] No
- [ ] Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- [ ] No. Go to Part 12.
- [x] Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **General liability insurance policy** | **$0.00** |
| **Workers comp insurance policy** | **$0.00** |
| **Keyman term life insurance policy with Allstate (insuring Sandra Perry's life; policy may have lapsed)** | **$0.00** |
| **Keyman term life insurance policy with Allstate (insuring Charles Tomasello's life; policy may have lapsed)** | **$0.00** |
| **Vehicle insurance policy** | **$0.00** |

Debtor    **Service One, LLC**                                    Case number (if known)  **22-40503**
_____Name_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

**Possible claims against Charles Tomasello for conversion and breach of covenant not to
compete**                                                                          **Unknown**

   Nature of claim     _____

   Amount requested    _____

75. **Other contingent and unliquidated claims or causes of action of every nature,
   including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples: Season tickets, country club membership*

78. **Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.                              **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $655,598.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,433,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,204,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,050.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $164,657.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column.    91a. | $3,459,305.85 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92...................................    **$3,459,305.85**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Service One, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-40503** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| **Creditor's name** BlueVine Capital Inc. | **Describe debtor's property that is subject to a lien** All Assets | **$80,000.00** | **$822,305.85** |
|---|---|---|---|
| **Creditor's mailing address** 401 Warren Street | **Describe the lien** Line of Credit | | |
| | **Is the creditor an insider or related party?** | | |
| Redwood City     CA    94063 | ☑ No | | |
| **Creditor's email address, if known** | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred**    10/2019 | ☐ No | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| ☐ No | ☐ Contingent | | |
| ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | |
| | ☑ Disputed | | |

For 2013 Chevrolet Silverado: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For 2015 Chevrolet Silverado 1500: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For Office furniture: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For Desktop computers, laptop computers, and monitors : 1) Dell Financial; 2) BlueVine Capital Inc.; 3) U.S. Small Business Administration. For 3 Cell phones: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For Plains Capital Bank: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For 2016 Chevrolet Silverado 2500: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For 2018 Dodge Ram Promaster: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For 2018 Dodge Ram Promaster: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For 7x16 Tandem axle trailer: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For 2016 Chevrolet Silverado 1500: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For Plains Capital Bank: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For Plains Capital Bank: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration. For Plains Capital Bank: 1) BlueVine Capital Inc.; 2) U.S. Small Business Administration.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $236,866.82

| Debtor | **Service One, LLC** | Case number (if known) **22-40503** |
|---|---|---|

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

**Creditor's name**
**Dell Financial**

**Creditor's mailing address**
**One Dell Way**

**Round Rock        TX    78682**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
**Desktops, Laptops, and Monitors**

**Describe the lien**
**Goods and/or Services**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$6,866.82**   Value of collateral: **$300.00**

---

**2.3**

**Creditor's name**
**U.S. Small Business Administration**

**Creditor's mailing address**
**10737 Gateway West, #300**

**El Paso        TX    79935**

**Creditor's email address, if known**

**Date debt was incurred**   **06/2020**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**EIDL / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$150,000.00**   Value of collateral: **$822,305.85**

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |

---

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **First Corporate Solutions** | | | Line __2.1__ | ___ ___ ___ ___ |
| **914 S. Street** | | | | |
| **Sacramento** | **CA** | **95811** | | |
| **U.S. Small Business Administration** | | | Line __2.3__ | ___ ___ ___ ___ |
| **409 Third St., SW** | | | | |
| **Washington** | **DC** | **20416** | | |

| **Fill in this information to identify the case:** |
| --- |

| Debtor | **Service One, LLC** |
| --- | --- |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

| Case number (if known) | **22-40503** |
| --- | --- |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address

**Aaron Atwell**

**PO Box 151**

**6637 W. Hwy 199**

**Springtown**          **TX**      **76082**

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,052.75**   Priority amount: **$2,052.75**

**2.2**   Priority creditor's name and mailing address

**Action Plumbing**

**121 Touchstone Road**

**Wylie**          **TX**      **75098**

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$142.24**   Priority amount: **$0.00**

| Debtor | **Service One, LLC** | | Case number (if known) | **22-40503** |
|---|---|---|---|---|

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.3**   Priority creditor's name and mailing address

ADR Plumbing Co.

Attn: Paul Brake

3324 Welch Lane

Sachse                          TX        75048

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**      ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contract Labor

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$32,485.00**    Priority amount: **$0.00**

---

**2.4**   Priority creditor's name and mailing address

Alfredo Gallardo

2608 Squire Place

Dallas                          TX        75234

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**      ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contract Labor

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$4,018.00**    Priority amount: **$0.00**

---

**2.5**   Priority creditor's name and mailing address

AME G.C., LLC

1671 River View Dr., #B207

Lewisville                      TX        75056

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**      ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contract Labor

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$13,963.23**    Priority amount: **$0.00**

---

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|--------|----------------------|------------------------|--------------|

| **Part 1:** | **Additional Page** |
|-------------|---------------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|--|-----------------|---------------------|

| **2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,090.00** | **$0.00** |

**Angel Carrillo**

**1205 Hillcrest St., 1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite                    TX      75149**

Basis for the claim:
**Contract Labor**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

| **2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,933.50** | **$0.00** |

**Annie Olachia**

**1027 Grandview Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                       TX      75223**

Basis for the claim:
**Contract Labor**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

| **2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,140.00** | **$0.00** |

**Bezaleel Hernandez**

**1306 W Lavander Ln.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Arlington                   TX      76013**

Basis for the claim:
**Contract Labor**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

**2.9**   Priority creditor's name and mailing address

**Brandon Vega**

**510 Lydia Ct.**

**Irving**                    **TX**      **75061**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

**$230.00**      **$0.00**

---

**2.10**   Priority creditor's name and mailing address

**Bryan N. Vega**

**510 Lydia Ct.**

**Irving**                    **TX**      **75061**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,139.50**      **$0.00**

---

**2.11**   Priority creditor's name and mailing address

**Bryan Ramirez**

**3210 Konet St.**

**Irving**                    **TX**      **75060**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,988.50**      **$1,988.50**

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
| --- | --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.12**    Priority creditor's name and mailing address

**Charles Tomasello**

**7936 Bishop Rd.**

**Plano**                    **TX    75024**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$511.49**    Priority amount: **$511.49**

---

**2.13**    Priority creditor's name and mailing address

**Charles Tomasello**

**7936 Bishop Rd.**

**Plano**                    **TX    75024**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,484.98**    Priority amount: **$1,484.98**

---

**2.14**    Priority creditor's name and mailing address

**Christopher Johnson**

**701 Skelly St.**

**Crowley**                    **TX    76036**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,835.05**    Priority amount: **$1,835.05**

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.15**   Priority creditor's name and mailing address

**Cristian Alexander Aparicio**

**1035 Bigwood St.**

**Dallas**     **TX**     **75211**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $2,000.00     **Priority amount** $0.00

---

**2.16**   Priority creditor's name and mailing address

**Damaris Prock**

**2116 Navada Way**

**Justin**     **TX**     **76247**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $1,458.34     **Priority amount** $1,458.34

---

**2.17**   Priority creditor's name and mailing address

**Daniel Grigsby**

**927 Willow Circle N**

**Burleson**     **TX**     **76028**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $14,029.87     **Priority amount** $14,029.87

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.18**  Priority creditor's name and mailing address

**Danny Tipton**

**604 Blevins**

**Fort Worth**          **TX**     **76111**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $1,955.03   **Priority amount** $1,955.03

---

**2.19**  Priority creditor's name and mailing address

**Dustin Barnes**

**1708 Usa Drive**

**Plano**          **TX**     **75025**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $1,856.06   **Priority amount** $1,856.06

---

**2.20**  Priority creditor's name and mailing address

**Epifanio Gonzalez**

**13354 Emily Rd.**

**Dallas**          **TX**     **75240**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $5,950.00   **Priority amount** $5,950.00

---

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |

---

| **Part 1:** | **Additional Page** | | |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |

**2.21**   Priority creditor's name and mailing address

**Gerardo Marquez Calahorra**

**1116 Rice Street**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,162.00**   Priority amount: **$2,162.00**

**Grand Prairie**   **TX**   **75050**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22**   Priority creditor's name and mailing address

**Guadalupe Buendia-Bocanegra**

**2236 Meadowlark**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,131.00**   Priority amount: **$0.00**

**Irving**   **TX**   **75060**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.23**   Priority creditor's name and mailing address

**Hazel Fernando Miranda**

**602 Ashby Court**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$4,570.00**   Priority amount: **$4,570.00**

**Allen**   **TX**   **75002**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Service One, LLC**                                    Case number (if known)  **22-40503**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.24**  Priority creditor's name and mailing address

Jacobo Garza

8814 Cardella Ave.

Dallas                    TX      75217

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contract Labor

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $4,122.73   **Priority amount:** $0.00

---

**2.25**  Priority creditor's name and mailing address

Jesus Contreras

900 Via Balboa

Mesquite                  TX      75150

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contract Labor

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $17,275.00   **Priority amount:** $0.00

---

**2.26**  Priority creditor's name and mailing address

Jill Woodruff

500 Energy Way, Apt. #2121

Fort Worth                TX      76102

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $2,375.53   **Priority amount:** $2,375.53

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,340.00** | **$0.00** |
|---|---|---|---|---|

Jorge Artunduaga

5711 Preston Oaks Rd.

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                           TX        75254

**Basis for the claim:**
Contract Labor

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| **2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,126.00** | **$0.00** |
|---|---|---|---|---|

Jose Manuel Muñoz

900 Via Balboa

☐ Contingent
☐ Unliquidated
☐ Disputed

Mesquite                       TX        75150

**Basis for the claim:**
Contract Labor

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| **2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,731.00** | **$0.00** |
|---|---|---|---|---|

Jose Portillo

2901 Runnels St.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fort Worth                    TX        76106

**Basis for the claim:**
Contract Labor

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.30**    **Priority creditor's name and mailing address**

**Jose Rodriguez**

**119 Virginia St.**

_____

**Irving**      **TX**    **75061**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**   11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract Labor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**    **$2,125.00**      **Priority amount**    **$0.00**

---

**2.31**    **Priority creditor's name and mailing address**

**Juan A. Chavez**

**9600 Wickersham Road, Apt. 1143**

_____

**Dallas**      **TX**    **75238**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**   11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract Labor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**    **$6,275.00**      **Priority amount**    **$0.00**

---

**2.32**    **Priority creditor's name and mailing address**

**Juan Carlos Flores**

**9622 Rolling Rock Lane, 270E**

_____

**Dallas**      **TX**    **75238**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**   11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract Labor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**    **$7,000.00**      **Priority amount**    **$0.00**

| Debtor | Service One, LLC | Case number (if known) | 22-40503 |
|---|---|---|---|

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.33**    Priority creditor's name and mailing address

Juan Guevara

2420 Cambridge Dr.

Irving                        TX        75061

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contract Labor

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$4,421.66**    Priority amount: **$0.00**

---

**2.34**    Priority creditor's name and mailing address

Julio Jimenez

4605 Carr St.

The Colony                    TX        75056

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contract Labor

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$2,850.00**    Priority amount: **$2,850.00**

---

**2.35**    Priority creditor's name and mailing address

Justin Braden

123 Sandlewood Ln.

Burleson                      TX        76028

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$3,283.92**    Priority amount: **$3,283.92**

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| **2.36** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,170.00** | **$6,170.00** |

**Larry Wendt**

**3232 E. Adams, Apt. 27**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Arlington          TX     76010**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

| **2.37** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,501.80** | **$0.00** |

**Luis Nolasco**

**2641 W. Northgate Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Irving          TX     75062**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

| **2.38** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,705.57** | **$1,705.57** |

**Lupita Chavez**

**109 Centennial Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lewisville          TX     75067**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
| --- | --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

| **2.39** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,534.00** | **$0.00** |

**Maria G. Chaidez/M&M Remodeling**

**3304 Rolling Hills Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Prairie**          **TX**      **75052**

Basis for the claim:
**Contract Labor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| **2.40** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** | **$0.00** |

**Maria Martinez**

**2206 San Pablo Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**      **75227**

Basis for the claim:
**Contract Labor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| **2.41** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$245.00** | **$0.00** |

**Mario Guapo**

**930 Town Square**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Princeton**          **TX**      **75407**

Basis for the claim:
**Contract Labor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |

---

**Part 1:    Additional Page**

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.42**    Priority creditor's name and mailing address

**Mitchell Holder**

**3762 Ashley Ct.**

**Fort Worth**                **TX**    **76123**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim: $2,239.83     Priority amount: $2,239.83**

---

**2.43**    Priority creditor's name and mailing address

**Nathan Sanders**

**124 Woolard Drive**

**Alvarado**                **TX**    **76009**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim: $550.00     Priority amount: $0.00**

---

**2.44**    Priority creditor's name and mailing address

**Oliverio Lima**

**506 Alto Drive**

**Garland**                **TX**    **75040**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim: $1,190.00     Priority amount: $0.00**

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |

---

**Part 1:**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.45**   Priority creditor's name and mailing address

**Omar Miranda**

**10905 Damon Lane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,659.22**    **$1,659.22**

**Dallas**     **TX**    **75229**

Basis for the claim:
**Wages**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

---

**2.46**   Priority creditor's name and mailing address

**Patrick Schultz**

**4321 Belvedere Drive**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,651.66**    **$1,651.66**

**Plano**     **TX**    **75093**

Basis for the claim:
**Wages**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

---

**2.47**   Priority creditor's name and mailing address

**Riley O'Connor**

**6302 Windcrest Drive, Apt. #925**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$94.89**    **$0.00**

**Plano**     **TX**    **75024**

Basis for the claim:
**Contract Labor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.48** Priority creditor's name and mailing address

**Ronnie Ramos**

**18210 Village Drive**

**Saucier        MS    39574**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$2,038.83**  Priority amount: **$2,038.83**

**2.49** Priority creditor's name and mailing address

**Rosa Jimenez**

**300 North Booth Calloway Road, #208**

**Hurst         TX    76053**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$1,450.00**  Priority amount: **$0.00**

**2.50** Priority creditor's name and mailing address

**Ryan Haggard**

**324 Jasmine Ct.**

**Burleson        TX    76028**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$2,226.31**  Priority amount: **$2,226.31**

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim    Priority amount

**2.51** Priority creditor's name and mailing address

**Salvador Garcia (Fernando)**

**4807 North Colony**

**The Colony            TX      75056**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,150.00**        **$6,150.00**

**2.52** Priority creditor's name and mailing address

**Sandra Perry**

**9201 Warren Parkway, Suite 200**

**Frisco            TX      75035**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

**$34,769.21**        **$34,769.21**

**2.53** Priority creditor's name and mailing address

**Sandra Perry**

**9201 Warren Parkway, Suite 200**

**Frisco            TX      75035**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,160.37**        **$1,160.37**

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.54**   Priority creditor's name and mailing address

**Stephen Rios**

**6322 Meadowcrest Lane**

**Sachse**                     **TX**       **75048**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract Labor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** **$20.00**     **Priority amount** **$0.00**

---

**2.55**   Priority creditor's name and mailing address

**Tina Lewandowski**

**1544 Hickory Trail**

**Allen**                      **TX**       **75002**

Date or dates debt was incurred

Last 4 digits of account
number  ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,682.81**     **$1,682.81**

---

**2.56**   Priority creditor's name and mailing address

**Toni Glowinski**

**10429 W. Palmer Ave.**

**Melrose Park**               **IL**       **60164**

Date or dates debt was incurred

Last 4 digits of account
number  ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract Labor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,333.34**     **$18,333.34**

---

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.57** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** | **$0.00** |

**William Adams**

**1002 East Business 380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Decatur                    TX        76234**

**Basis for the claim:**
**Contract Labor**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,676.00** |
|---|---|---|---|

*Check all that apply.*

**22 Rose Street LLC**

**4901 Keller Springs Road, #105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Addison | **TX** | **75001** | **Goods and/or Services** |
|---|---|---|---|

Date or dates debt was incurred     **Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42,328.71** |
|---|---|---|---|

*Check all that apply.*

**7 Sky Roofing**

**Attn: Brendan O'Connor**

**6302 Windcrest Drive, #925**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Plano | **TX** | **75024** | **Goods and/or Services** |
|---|---|---|---|

Date or dates debt was incurred     **Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,505.00** |
|---|---|---|---|

*Check all that apply.*

**A.C.E Companies**

**541 County Road 4106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Crandall | **TX** | **75114** | **Goods and/or Services** |
|---|---|---|---|

Date or dates debt was incurred     **Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,615.38** |
|---|---|---|---|

*Check all that apply.*

**AMDG Consultants, LLC**

**8711 S. FM 148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Scurry | **TX** | **75158** | **Goods and/or Services** |
|---|---|---|---|

Date or dates debt was incurred     **Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257,461.31** |

**American Express**

**PO Box 981535**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **El Paso** | **TX** | **79998-1535** |

Basis for the claim:
**Line of Credit**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$263,764.40** |

**American Express**

**PO Box 981535**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **El Paso** | **TX** | **79998-1535** |

Basis for the claim:
**Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,868.50** |

**AR Multiple Services**

**6519 Linden Lane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Dallas** | **TX** | **75230** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$246,989.11** |

**Arbor Contract Carpet, Inc.**

**PO Box 675096**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Dallas** | **TX** | **75267-5096** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | Service One, LLC | Case number (if known) | 22-40503 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

ATD Concrete Coatings

616 E Ave. J

Grand Prairie            TX        75050

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$7,492.31

**3.10** Nonpriority creditor's name and mailing address

Atwell Heat & Air

PO Box 151

Springtown            TX        76082

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

**3.11** Nonpriority creditor's name and mailing address

Beauty Lounge Inc.

9201 Warren Parkway, Suite 200

Frisco            TX        75035

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$600.00

**3.12** Nonpriority creditor's name and mailing address

Blue Cross Blue Shield of TX

PO Box 650615

Dallas            TX        75265-0615

Date or dates debt was incurred

Last 4 digits of account number    **2   7   4   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$7,006.40

| | |
|---|---|
| Debtor __Service One, LLC__ | Case number (if known) __22-40503__ |

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.55** |
|---|---|---|---|

__City of Dallas__

__City Hall 2D, South__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods and/or Services__

| __Dallas__ | __TX__ | __75277__ |
|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

__City of Grand Prairie__

__300 W. Main Street__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods and/or Services__

| __Grand Prairie__ | __TX__ | __75050__ |
|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

__Complete Paint__

__518 NE 42nd Terrace__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods and/or Services__

| __Kansas City__ | __MO__ | __64116__ |
|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,495.30** |
|---|---|---|---|

__Creations Granite & Marble__

__1726 Oldfield Dr.__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Goods and/or Services__

| __Dallas__ | __TX__ | __75214__ |
|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Service One, LLC** | | Case number (if known) | **22-40503** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$125.00** |
|---|---|---|---|

Check all that apply.

**Don's Carpet Cleaning**

**1805 Scout Vista Dr. 332**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Arlington** | **TX** | **76006** |
|---|---|---|

**Goods and/or Services**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __   ☑ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30,000.00** |
|---|---|---|---|

Check all that apply.

**E-Capital Advisors, LLC**

**7900 Xerxes Ave. S, #1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Bloomington** | **MN** | **55431** |
|---|---|---|

**Goods and/or Services**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __   ☑ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.00** |
|---|---|---|---|

Check all that apply.

**Elvis Alfaro-RF Painting and Remodeling**

**1509 Drexel Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Irving** | **TX** | **75061** |
|---|---|---|

**Goods and/or Services**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __   ☑ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26,194.26** |
|---|---|---|---|

Check all that apply.

**Ferguson**

**PO Box 847411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75284** |
|---|---|---|

**Goods and/or Services**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __   ☑ No   ☐ Yes

---

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   Nonpriority creditor's name and mailing address

**Fix It Right Plumbing**

**PO Box 1201**

**Burleson**                    **TX        76097**

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,040.00**

---

**3.22**   Nonpriority creditor's name and mailing address

**Garcia's Cleaning-Angela A. Baca Garcia**

**1329 East Anthony Street**

**Fort Worth**                    **TX        76115**

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,670.00**

---

**3.23**   Nonpriority creditor's name and mailing address

**GE Appliances**

**PO Box 840136**

**Dallas**                    **TX        75284-0136**

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,875.68**

---

**3.24**   Nonpriority creditor's name and mailing address

**Glass FX, LLC**

**1671 Riverview Dr.**

**Colony**                    **TX        75056**

Date or dates debt was incurred

Last 4 digits of account number        __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$99,889.96**

---

| Debtor | Service One, LLC | | Case number (if known) | **22-40503** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** **Nonpriority creditor's name and mailing address**

Goodman Distribution

4800 Keller Springs Road

Addison          TX      75001

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
☑ No
☐ Yes

$13,531.71

**3.26** **Nonpriority creditor's name and mailing address**

Hernandez Multi Contracting LLC

4801 Keller Springs Rd.

Addison          TX      75001

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
☑ No
☐ Yes

$92,510.00

**3.27** **Nonpriority creditor's name and mailing address**

Home Depot Credit Services

PO Box 790340

St. Louis          MO      63179

Date or dates debt was incurred

Last 4 digits of account number      5  7  6  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
☑ No
☐ Yes

$100,824.36

**3.28** **Nonpriority creditor's name and mailing address**

Hunter Jones

5324 Wagon Wheel Circle

Log Cabin          TX      75148

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Potential Claim

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

| Debtor | Service One, LLC | | Case number (if known) | 22-40503 |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29** Nonpriority creditor's name and mailing address

Insco Distributing, Inc

12501 Network Blvd.

San Antonio          TX      78249

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$478.71

---

**3.30** Nonpriority creditor's name and mailing address

Janson Saravia

2721 Sagebrush

Irving          TX      75061

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$7,251.00

---

**3.31** Nonpriority creditor's name and mailing address

Jennifer Melissa Rivera

3222 Norwalk Ave.

Dallas          TX      75220

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$5,162.00

---

**3.32** Nonpriority creditor's name and mailing address

Koetke Consulting LLC

120 N South Rd., Unit C

PMB 162

North Conway          NH      03860

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$1,000.00

| Debtor | Service One, LLC | Case number (if known) | 22-40503 |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33** Nonpriority creditor's name and mailing address

**Lagniappe Exterminating**

**1362 Sandhurst Drive**

**Roanoke**　　　　　　**TX**　　**76262-1379**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,407.24

---

**3.34** Nonpriority creditor's name and mailing address

**Landers Carpet Care**

**946 Fairlawn Dr.**

**Duncanville**　　　　　**TX**　　**75116**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,670.00

---

**3.35** Nonpriority creditor's name and mailing address

**Lucia Villalta**

**1521 Grantbrook Lane**

**Dallas**　　　　　　　**TX**　　**75228**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,262.00

---

**3.36** Nonpriority creditor's name and mailing address

**M S International, Inc.**

**12845 Valley Branch Lane**

**Farmers Branch**　　　　**TX**　　**75234**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$23,282.76

| Debtor | Service One, LLC | Case number (if known) | 22-40503 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37**   Nonpriority creditor's name and mailing address

M Team LLC

Team Logic IT of Plano, TX

400 Chisholm Place, Ste. 214

Plano              TX      75075

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$229.65**

---

**3.38**   Nonpriority creditor's name and mailing address

M&C Multiservices LLC

6224 Kentwood Place

Fort Worth          TX      76112

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$700.00**

---

**3.39**   Nonpriority creditor's name and mailing address

Maria Torres

2875 Bois D Arc Road

Combine            TX      75159

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,350.00**

---

**3.40**   Nonpriority creditor's name and mailing address

Merit Professional Services

PO Box 271712

Flower Mound        TX      75027

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,127.22**

---

| Debtor | Service One, LLC | Case number (if known) | **22-40503** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41**   Nonpriority creditor's name and mailing address

**Metro's Best Residential and**

**Commercial Cleaning Services, LLC**

**1408 Laguna Vista Way**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$450.00**

| **Grapevine** | **TX** | **76051** |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.42**   Nonpriority creditor's name and mailing address

**MFS Supply**

**31100 Solon Road, Suite 16**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,720.60**

| **Solon** | **OH** | **44139** |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43**   Nonpriority creditor's name and mailing address

**Milan Predikant**

**2031 Peters Cove**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,017.00**

| **Carrollton** | **TX** | **75007** |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44**   Nonpriority creditor's name and mailing address

**Morosco Supply**

**PO Box 841183**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$60,753.22**

| **Dallas** | **TX** | **75284-1183** |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number     **0   4   4   6**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Service One, LLC | Case number (if known) | 22-40503 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,411.07 |
|---|---|---|---|

National Contract Flooring

PO Box 21437

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Little Rock | AR | 72221 |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 |
|---|---|---|---|

Nortier Engineering Consultants LLC

1902 Forest Glen Lane

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Weatherford | TX | 76087 |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,165.00 |
|---|---|---|---|

NxTGen

PO Box 271152

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Dallas | TX | 75227 |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,032.78 |
|---|---|---|---|

Octavio's Cabinets

1503 E. Mitchell

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Arlington | TX | 76010 |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.29 |
|---|---|---|---|

Check all that apply.

**Personnel Concepts**

☐ Contingent

**3200 E. Guasti Rd., Ste. 300**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Ontario            CA      91761**    **Goods and/or Services**

Date or dates debt was incurred         Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __    ☒ No
☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,493.50 |
|---|---|---|---|

Check all that apply.

**PLS Check Cashers Of Texas, Inc.**

☐ Contingent

**800 Jorie Blvd., Ste. 200**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Oak Brook            IL      60523**    **Returned Checks**

Date or dates debt was incurred         Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __    ☒ No
☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,989.40 |
|---|---|---|---|

Check all that apply.

**Procraft Cabinetry**

☐ Contingent

**2330 Alberta Dr., Ste. 100**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas            TX      75229**    **Goods and/or Services**

Date or dates debt was incurred         Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __    ☒ No
☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.61 |
|---|---|---|---|

Check all that apply.

**River Dean Shade Co LLC**

☐ Contingent

**5020 Sharp Street**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas            TX      75247**    **Goods and/or Services**

Date or dates debt was incurred         Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __    ☒ No
☐ Yes

| Debtor | Service One, LLC | Case number (if known) | 22-40503 |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,523.80** |
|---|---|---|---|

**RM Interiors TX LLC**

**2925 N. Norwalk**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

**Mesa**    **AZ**    **85215**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$150.00** |
|---|---|---|---|

**S&A Backhoe & Septic Service LLC**

**106 Mesa Street**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

**Weatherford**    **TX**    **76086**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$412,961.31** |
|---|---|---|---|

**Sandra Perry**

**9201 Warren Parkway, Suite 200**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Note**

**Frisco**    **TX**    **75035**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$482,000.00** |
|---|---|---|---|

**Sandra Perry**

**9201 Warren Parkway, Suite 200**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Note**

**Frisco**    **TX**    **75035**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Section Stack**

**2920 Telecom Parkway, #125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Richardson                    TX        75082**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Sherwin Williams (6288-6)**

**909 Gross Road**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$50,907.59**

**Mesquite                    TX        75149-2100**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Sherwin Williams (7487-2)**

**909 Gross Road**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$54,662.95**

**Mesquite                    TX        75149-2100**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Star Window Coverings LLC**

**2030 East Arbrook Blvd., Ste. 180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19,105.04**

**Arlington                    TX        76014**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | Service One, LLC | Case number (if known) | 22-40503 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61** Nonpriority creditor's name and mailing address

Surface Professionals

2133 Spur Trail

Grapevine          TX     76051

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,925.00

---

**3.62** Nonpriority creditor's name and mailing address

TaskEasy, Inc.

669 S. West Temple, Suite 300

Salt Lake City          UT     84101

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$442.38

---

**3.63** Nonpriority creditor's name and mailing address

Texas Appliance & Builder Supply

1500 East Interstate 20

Arlington          TX     76018

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,984.52

---

**3.64** Nonpriority creditor's name and mailing address

Thompson & Horton LLP

3200 Southwest Freeway, Ste. 2000

Houston          TX     77027

Date or dates debt was incurred    02/2022

Last 4 digits of account number    5  6  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Legal Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,064.50

---

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.87 |
|---|---|---|---|

_Check all that apply._

**Torio Construction LLC**

**3239 Torio**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Grand Prairie** | **TX** | **75054** |
|---|---|---|

**Goods and/or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83,510.55 |
|---|---|---|---|

_Check all that apply._

**Trash Chomper LLC**

**4801 Keller Springs Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Addison** | **TX** | **75001** |
|---|---|---|

**Goods and/or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,059.00 |
|---|---|---|---|

_Check all that apply._

**Two Js Tree and Maintenance**

**Attn: Juan Arreozola**

**2625 Riviera Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Garland** | **TX** | **75040** |
|---|---|---|

**Goods and/or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.41 |
|---|---|---|---|

_Check all that apply._

**TXU Energy**

**PO Box 650638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75265** |
|---|---|---|

**Goods and/or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | Service One, LLC | Case number (if known) | 22-40503 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.69** Nonpriority creditor's name and mailing address

U Fix It Appliance Parts

4621 South Cooper Street, #127

Arlington         TX      76017

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$113.14

**3.70** Nonpriority creditor's name and mailing address

Waterfall Bath Enclosures

1312 W. Crosby Rd.

Carrollton         TX      75006

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,376.91

**3.71** Nonpriority creditor's name and mailing address

WEX Fleet Universal

PO Box 4337

Carol Stream        IL      60197-4337

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$8,060.62

**3.72** Nonpriority creditor's name and mailing address

White's & Sons

DBA All Pro Pest Control Services

2533 Franklin Drive, Suite 2B

Mesquite         TX      75150

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$189.44

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,400.00** |
|---|---|---|---|

**Whitworth Engineering**

**5700 Lionfish Way**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**          **TX**      **76131**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$452.00** |
|---|---|---|---|

**Wolters Kluwer**

**PO Box 4349**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**          **IL**      **60197-4349**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6**  **2**  **9**  **1**

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |
|---|---|---|---|

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. **Examples of entities that may be** listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

  **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Addison-Keller Springs, Ltd.** <br> **c/o Dryden Company** <br> **Attn: Erik Jensen** <br> **4849 Keller Springs** <br> **Addison      TX      75001** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.2 **CT Corporation** <br> **PO Box 4349** <br> <br> **Carol Stream      IL      60197-4349** | Line  **3.74** <br> ☐ Not listed. Explain: | **7   5   0   0** |
| 4.3 **John Mongogna** <br> **Albin & Oldner** <br> **5665 Dallas Parkway, Suite 200** <br> **Frisco      TX      75034** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.4 **Nace & Motley, LLP** <br> **Attn: Kristi Motley** <br> **100 Crescent Court, 7th Floor** <br> **Dallas      TX      75201** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.5 **Plains Capital Bank** <br> **1 Cowboys Way, Unit 250** <br> <br> **Frisco      TX      75034** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.6 **Scheef & Stone, LLP** <br> **Attn: T. Chase Garrett** <br> **2600 Network Blvd., Suite 400** <br> **Frisco      TX      75034** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

| Debtor | **Service One, LLC** | Case number (if known) | **22-40503** |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**4.7**

**Spielberger Law Group**

**Attn: Gary Martoccio**

**4890 W. Kennedy Blvd., Ste. 950**

**Tampa**            **FL**      **33609**

Line    **3.28**

☐ Not listed.  Explain:

___ ___ ___ ___

Debtor    **Service One, LLC**                                    Case number (if known)   **22-40503**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    **$293,775.22** |
| 5b. | **Total claims from Part 2** | 5b. **+**    **$2,651,735.02** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.    **$2,945,510.24** |

**Fill in this information to identify the case:**

Debtor name **Service One, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **22-40503**          Chapter **11**
(if known)

☐ Check if this is an
    amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Contract to be ASSUMED | Addison-Keller Springs, Ltd. |
|---|---|---|---|
| | | | c/o Dryden Company |
| | | | Attn: Erik Jensen |
| | State the term remaining | | 4849 Keller Springs |
| | List the contract number of any government contract | | Addison          TX     75001 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease of 4839a Keller Springs Road, Addison, TX 75001 Contract to be REJECTED | Addison-Keller Springs, Ltd. |
| | | | c/o Dryden Company |
| | | | Attn: Erik Jensen |
| | State the term remaining | | 4849 Keller Springs |
| | List the contract number of any government contract | | Addison          TX     75001 |

**Fill in this information to identify the case:**

Debtor name    **Service One, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **22-40503**
(if known)

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Charles Tomasello** | **7936 Bishop Rd.**<br>Number   Street<br><br>**Plano        TX   75024**<br>City                State ZIP Code | **BlueVine Capital Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2  Sandra Perry** | **9201 Warren Parkway, Suite 200**<br>Number   Street<br><br>**Frisco        TX   75035**<br>City                State ZIP Code | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3  Sandra Perry** | **9201 Warren Parkway, Suite 200**<br>Number   Street<br><br>**Frisco        TX   75035**<br>City                State ZIP Code | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| **2.4  Sandra Perry** | **9201 Warren Parkway, Suite 200**<br>Number   Street<br><br>**Frisco        TX   75035**<br>City                State ZIP Code | **Dell Financial** | ☑ D<br>☐ E/F<br>☐ G |
| **2.5  Sandra Perry** | **9201 Warren Parkway, Suite 200**<br>Number   Street<br><br>**Frisco        TX   75035**<br>City                State ZIP Code | **Home Depot Credit Services** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Service One, LLC**                                    Case number (if known)   **22-40503**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |

| | Name | Mailing address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| **2.6** | **Sandra Perry** | **9201 Warren Parkway, Suite 200** <br> Number      Street <br><br> **Frisco**          **TX**   **75035** <br> City          State   ZIP Code | **U.S. Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Service One, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TEXAS**

Case number (if known):  **22-40503**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:      Summary of Assets**

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

  1a.  **Real property:**
    Copy line 88 from Schedule A/B........................................................................... | **$0.00** |

  1b.  **Total personal property:**
    Copy line 91A from Schedule A/B......................................................................... | **$3,459,305.85** |

  1c.  **Total of all property**
    Copy line 92 from Schedule A/B........................................................................... | **$3,459,305.85** |

**Part 2:      Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$236,866.82** |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F..................................... | **$293,775.22** |

  3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................... | **+ $2,651,735.02** |

4.  **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................... | **$3,182,377.06** |

**Fill in this information to identify the case and this filing:**

Debtor Name **Service One, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **22-40503**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/18/2022**          X **/s/ Sandra Perry**
      MM / DD / YYYY          Signature of individual signing on behalf of debtor

                        **Sandra Perry**
                        Printed name

                        **Managing Member**
                        Position or relationship to debtor

## SEE DISCLAIMER ON SIGNATURE PAGE OF STATEMENT OF FINANCIAL AFFAIRS.