

EOD
05/19/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE LLC<br><br>　　　　　　　　　Debtor | Case No. 22-40503<br>Chapter 11 |

## ORDER GRANTING APPLICATION TO
## APPROVE EMPLOYMENT OF ATTORNEYS

ON THIS DAY CAME ON FOR CONSIDERATION the Application To Approve Employment of Attorneys (the "Application") filed by Mark A. Weisbart, Subchapter V Trustee, to employ Hayward PLLC (the "Firm") as attorneys for the Trustee. After consideration of the Application, the arguments presented by counsel, finding that notice was proper and that the Office of the United States Trustee has no objections to the employment of the Firm as attorneys for the Trustee, it is the opinion of this Court that the Application should be granted.

IT IS, THEREFORE, ORDERED that:

1.   The Application to approve the employment of attorneys is hereby granted; and

2.   The Firm is hereby employed as attorneys for the Trustee effective as of April 25, 2022.

Signed on 05/19/2022

*Brenda T. Rhoades*   SD
_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE