IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| SERVICE ONE, LLC § | CASE NO. 22-40503 |
| § | (Chapter 11) |
| DEBTOR § | |

**ORDER APPROVING EMPLOYMENT OF QUILLING, SELANDER, LOWNDS WINSLETT & MOSER, P.C. AS GENERAL COUNSEL TO THE DEBTOR**

On this date, came on for consideration the Application to Employ Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM"), as General Counsel (the "Application") and the Limited Objection to the Application ("Objection") filed by Charles Tomasello ("Mr. Tomasello"). Counsel for QSLWM and counsel for Mr. Tomasello advised the Court that an agreement had been reached regarding the Application. The Court, having considered the Application and statements of counsel for the parties finds that the Application should be granted on the terms herein. **IT IS THEREFORE,**

**ORDERED** that the Application is granted in part and overruled in part. **IT IS FURTHER,**

**ORDERED** that the employment of QSLWM as general bankruptcy counsel for Debtor is hereby approved for the time period of April 21, 2022 through April 28, 2022, the date Mark A. Weisbsart was appointed as the Subchapter V trustee to operate the business of the debtor. **IT IS FURTHER,**

**ORDERED** that QSLWM's request to fund a post-petition retainer is denied.

Signed on 05/27/2022

*Brenda T. Rhoades* SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

1

AGREED:

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1805 (Telephone)
cmoser@qslwm.com (Email)

By: */s/ Christopher J. Moser*
    Christopher J. Moser

ATTORNEYS FOR DEBTOR

SCHEEF & STONE, L.L.P.
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
(214) 472-2100 (Telephone)
Patrick.schurr@solidcounsel.com (Email)

By: */s/ Patrick Schurr*
    Patrick Schurr

ATTORNEYS FOR CHARLES TOMASELLO