

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE, LLC<br><br>　　　　　　　　　　　Debtor | Case No. 22-40503<br>Chapter 11<br>(Subchapter V) |

**AGREED ORDER REGARDING TRUSTEE'S APPLICATION TO
APPROVE EMPLOYMENT OF ELIZABETH HASTINGS**

ON THIS DAY, CAME ON FOR CONSIDERATION the Trustee's Application to Approve Employment of Elizabeth Hastings pursuant to 11 U.S.C. § 327 filed by Mark A. Weisbart, Subchapter V Trustee in this bankruptcy case. After consideration of the Application and finding an agreement to limit the Application has been reached with Charles Tomasello, the terms which are contained herein, it is hereby

ORDERED that the Trustee's Application to Approve Employment of Elizabeth Hastings is hereby GRANTED under the terms contained herein; it is further

ORDERED that Elizabeth Hasting's ("Hastings") employment is approved for the period of April 21, 2022, through May 20, 2022; it is further

ORDERED that Trustee is authorized to pay Hastings $10,000.00 for services performed during this period; it is further

ORDERED that such payment shall constitute a waiver of any pre-bankruptcy claims of Hastings in this case.

IT IS SO ORDERED.

Signed on 05/27/2022

*Brenda T. Rhoades*　　SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM
AND SUBSTANCE:

/s/ Mark A. Weisbart                     /s/ Patrick J. Schurr
Mark A. Weisbart                         Patrick J. Schurr
Texas Bar No. 21102650                   Texas Bar No. 17853530
HAYWARD PLLC                             SCHEEF & STONE, LLP
10501 N Central Expy, Suite 106          2600 Network Boulevard, Suite 400
Dallas, Texas 75231-2203                 Frisco, Texas 75034
(972) 755-7103 Phone/Fax                 (214) 472-2100 Phone
MWeisbart@haywardfirm.com                Patrick.schurr@solidcounsel.com

COUNSEL FOR SUBCHAPTER V TRUSTEE         COUNSEL FOR CHARLES TOMASELLO