**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SERVICE ONE, LLC<br><br>                              Debtor | Case No. 22-40503<br>Chapter 11<br>(Subchapter V) |

**ORDER GRANTING TRUSTEE'S APPLICATION TO APPROVE**
**EMPLOYMENT OF WELLBORN, INC. AS CONSULTANT**

ON THIS DAY, CAME ON FOR CONSIDERATION the *Trustee's Application to Approve Employment of Wellborn, Inc. as Consultant* (the "Application") filed by Mark A. Weisbart, Sub V chapter 11 trustee (the "Trustee") seeking authority to engage Wellborn, Inc. as a consultant in this bankruptcy case pursuant to 11 U.S.C. § 328. After consideration of the Application and the arguments presented therein, and finding that notice of the Application was proper and no timely objections to the Application were filed, it is the opinion of this Court that the Application should be granted.

IT IS THEREFORE ORDERED, that:

1.     The Application is hereby GRANTED.

2.     Trustee is hereby authorized pursuant to 11 U.S.C. § 328 to employ Wellborn, Inc. as the Trustee's construction consultant effective as of May 10, 2022 to perform those services described, and based on the terms set forth, in Application.

3.     All compensation and reimbursement of expenses requested by Wellborn, Inc. shall be subject to further order of this Court, upon appropriate notice and opportunity for hearing.

IT IS SO ORDERED.