

06/06/2022

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SERVICE ONE, LLC, | § | Case No. 22-40503 |
| | § | (Chapter 11) |
| Debtor. | § | |

## ORDER GRANTING TRUSTEE'S APPLICATION TO APPROVE EMPLOYMENT OF ACCOUNTANT

ON THIS DAY CAME ON FOR CONSIDERATION the Application of Mark A. Weisbart, the Subchapter V Trustee of the above-named Debtor's estate, praying for authority to employ the accounting firm of Lain, Faulkner & Co., P.C. as accountants. The Application has been served upon the U.S. Trustee as required by Local Rules of Bankruptcy Procedure and no objection to the Application has been timely filed by the U.S. Trustee. Upon review of the Application, it appears to the Court that the proposed professional is "disinterested" as that term is defined in 11 U.S.C. §101(14) and the proposed professional represents or holds no interest adverse to the bankruptcy estate. It is hereby

ORDERED that the Application is GRANTED and that the employment of the accounting firm of Lain, Faulkner & Co., P.C. as accountants for the bankruptcy estate is hereby APPROVED as of April 28, 2022, with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed. R. Bankr. P. 2016(a) and Local Rule of Bankruptcy Procedure 2016.

IT IS SO ORDERED.

Signed on 06/06/2022

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE