Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 22–40503
Chapter: 11
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Service One, LLC
4801 Keller Springs Road
Addison, TX 75001

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
38–4097396

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 6/21/22 at 01:30 PM

to consider and act upon the following:

Hearing Set (RE: related document(s)96 Motion to Pay Pre–Petition Claims Trustee's Emergency Motion for Authority to Pay Arbor Contract Carpet, Inc. in Satisfaction of Mechanic Liens Filed by Mark A WEISBART (SBRA V) (Attachments: # 1 Proposed Order) filed by Trustee Mark A WEISBART (SBRA V)). Hearing scheduled for 6/21/2022 at 01:30 PM at Plano Bankruptcy Courtroom. (ym)

Dated: 6/7/22

Jason K. McDonald
Clerk, U.S. Bankruptcy Court