**EOD**

06/21/2022

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:

Service One, LLC
4801 Keller Springs Road
Addison , TX 75001
EIN: 38-4097396
Debtor

Case No. 22-40503 btr

Chapter: 11

## ORDER STRIKING DEFICIENT PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON June 2, 2022**, this Court issued a Notice of Intent to Strike Deficient Proof of Claim From Claims Registry in which the Court directed that, in the absence of the filing of an amended proof of claim by Section Stack within a period of fourteen (14) days from the Notice, that cures fundamental deficiencies in Claim No. 3 and that substantially complies with the requirements of 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a), and Official Form B410, the above-referenced proof of claim filed on June 1, 2022 would be stricken without further notice or hearing. The Court finds that no amended proof of claim has been filed in compliance with the Court's order. Accordingly, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Claim No. 3 filed by Section Stack on June 1, 2022 is hereby declared **NULL** and **VOID** and is hereby **STRICKEN** from the claims registry of the above-referenced case for its failure to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a) and/or Official Form B410.  **The bar date for claims in this case is June 30, 2022**

Signed on 06/21/2022

*Brenda T. Rhoades*                SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE