Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 22–40503
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Service One, LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, July 26, 2022*

at

*09:30 AM*

to consider and act upon document 91 – Application to Employ Wellborn, Inc. as Home Construction Consultant Filed by Mark A WEISBART (SBRA V) (Attachments: # 1 Proposed Order) (Weisbart, Mark) filed as document number 91 by Mark A WEISBART (SBRA V) .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, June 23, 2022

Jason K. McDonald
Clerk, U.S. Bankruptcy Court