Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**RECEIVER FOR TRASH CHOMPER, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Service One, LLC** | § | **CASE NO. 22-40503** |
| | § | |
| **Debtor** | § | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY 2002(a) AND (b), AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

Howard Marc Spector as Receiver for Trash Chomper, LLC hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

> Howard Marc Spector
> Spector & Cox, PLLC
> 12770 Coit Road, Suite 850
> Dallas, Texas 75251
> (214) 365-5377
> FAX: (214) 237-3380
> hspector@spectorcox.com

This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans, disclosure statements and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

Submitted on November 3, 2022.

-2-

   /s/  *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

RECEIVER FOR TRASH CHOMPER, LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served electronically to those parties receiving ECF notification in this case on November 3, 2022.

   /s/  *Howard Marc Spector*
Howard Marc Spector