Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 22–40503
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Service One, LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, January 10, 2023*

at

*09:30 AM*

to consider and act upon document 172 – Trustee's Motion for Authority to Pay Claims of Secure Creditors (Secured Creditors) Filed by Mark A WEISBART (SBRA V) (Attachments: # 1 Proposed Order) (Weisbart, Mark) Modified on 12/6/2022 (dc). filed as document number 172 by Mark A WEISBART (SBRA V) .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, January 5, 2023

Jason K. McDonald
Clerk, U.S. Bankruptcy Court