**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❏ Check if this is an amended filing

# Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: _____  Date report filed: _____
                                         MM / DD / YYYY

Line of business: _____  NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party _/s/_____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

Debtor Name  _____   Case number_____

17. Have you paid any bills you owed before you filed bankruptcy? ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

Debtor Name  _____     Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                         $ _____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                                     _____
27. What is the number of employees as of the date of this monthly report?                                        _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                       $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?         $ _____
30. How much have you paid this month in other professional fees?                                                 $ _____
31. How much have you paid in total other professional fees since filing the case?                                $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                              $ _____
36. Total projected cash disbursements for the next month:                                                       − $ _____
37. Total projected net cash flow for the next month:                                                            = $ _____

Debtor Name  _____   Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Service One, LLC**
**Case No: 22-40503**

# EXHIBIT A

1. Questionnaire

    NONE

# EXHIBIT B

1. Questionnaire

    NONE

# EXHIBIT C

## Service One, LLC
## Case No. 22-40503
## Cash Receipts
### October 2023

| Date | Num | Name | Amount |
|------|-----|------|--------|
|      |     | NONE |        |
|      |     | **TOTAL** | 0.00 |

# EXHIBIT D

## Service One, LLC
## Case No. 22-40503
## Cash Disbursements
### October 2023

| Date | Num | Name | Amount |
|---|---|---|---|
| 9/1/2023 | 1215 | Toni Glowinski | (312.50) |
| 9/22/2023 | 1217 | Quilling, Selander, Lownds, Winslett & Moser, P.C. | (18,847.30) |
| | | **GRAND TOTAL** | **(19,159.80)** |

# EXHIBIT E

## Service One, LLC
### Case No: 22-40503
### A/P Aging Detail
**As of October 31, 2023**

| Date | Transaction Type | Num | Vendor | Division | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **91 or more days past due** | | | | | | |
| 04/22/2022 | Bill | 5846-5 | Sherwin Williams (6288-6) | 200.Reno | 4,569.59 | 4,569.59 |
| 04/22/2022 | Bill | 5844-0 | Sherwin Williams (6288-6) | 300.HVAC | 1,607.50 | 1,607.50 |
| 04/22/2022 | Bill | 5845-7 | Sherwin Williams (6288-6) | 200.Reno | 313.04 | 313.04 |
| 04/22/2022 | Bill | PB-7609 | ADR Plumbing Co-Paul Brake | 100.Maint | 250.00 | 250.00 |
| 04/23/2022 | Bill | 1428 | Hernandez Multi Contracting LLC | 200.Reno | 1,200.04 | 1,200.04 |
| 04/24/2022 | Bill | 820 Patricia St | Juan Guevara | 200.Reno | 11,759.00 | 2,306.80 |
| 04/24/2022 | Bill | 1429 | Hernandez Multi Contracting LLC | 200.Reno | 4,815.25 | 4,815.25 |
| 04/24/2022 | Bill | 1430 | Hernandez Multi Contracting LLC | 500-TURNS | 4,164.45 | 513.60 |
| 04/26/2022 | Bill | 1441 | Hernandez Multi Contracting LLC | 200.Reno | 22,172.72 | 22,172.72 |
| 04/26/2022 | Bill | 1442 | Hernandez Multi Contracting LLC | 200.Reno | 18,326.60 | 1,049.32 |
| 04/26/2022 | Bill | 1434 | Hernandez Multi Contracting LLC | 200.Reno | 13,077.05 | 13,077.05 |
| 04/26/2022 | Bill | 1433 | Hernandez Multi Contracting LLC | 200.Reno | 5,578.00 | 5,578.00 |
| 04/26/2022 | Bill | 1437 | Hernandez Multi Contracting LLC | 200.Reno | 4,853.15 | 4,853.15 |
| 04/26/2022 | Bill | 1438 | Hernandez Multi Contracting LLC | 200.Reno | 3,697.50 | 3,697.50 |
| 04/26/2022 | Bill | 1439 | Hernandez Multi Contracting LLC | 200.Reno | 3,223.63 | 3,223.63 |
| 04/26/2022 | Bill | 1436 | Hernandez Multi Contracting LLC | 200.Reno | 3,094.00 | 3,094.00 |
| 04/26/2022 | Bill | 1440 | Hernandez Multi Contracting LLC | 200.Reno | 3,079.13 | 3,079.13 |
| 04/26/2022 | Bill | 1435 | Hernandez Multi Contracting LLC | 200.Reno | 2,082.50 | 2,082.50 |
| 04/26/2022 | Bill | 1431 | Hernandez Multi Contracting LLC | 200.Reno | 1,170.29 | 1,170.29 |
| 04/26/2022 | Bill | 1432 | Hernandez Multi Contracting LLC | 200.Reno | 1,168.77 | 1,168.77 |
| 04/27/2022 | Bill | 1443 | Hernandez Multi Contracting LLC | 200.Reno | 7,911.60 | 7,911.60 |
| 04/27/2022 | Bill | 1444 | Hernandez Multi Contracting LLC | 200.Reno | 1,183.04 | 1,183.04 |
| 04/27/2022 | Vendor Credit | | Texas Appliance & Builder Supply | 200.Reno | -217.06 | -217.06 |
| 04/28/2022 | Bill | 82021 | E-Capital Advisors, LLC | | 5,000.00 | 5,000.00 |
| 04/29/2022 | Bill | 8-956024 | Arbor Contract Carpet, Inc | 200.Reno | 840.49 | 840.49 |
| 04/29/2022 | Vendor Credit | 1408-CM | Hernandez Multi Contracting LLC | 200.Reno | -2,805.00 | -2,805.00 |
| 04/29/2022 | Vendor Credit | 1409-CM | Hernandez Multi Contracting LLC | 200.Reno | -2,856.00 | -2,856.00 |
| 04/29/2022 | Vendor Credit | 1374-CM | Hernandez Multi Contracting LLC | 200.Reno | -3,425.50 | -3,425.50 |
| 04/29/2022 | Vendor Credit | 1380-CM | Hernandez Multi Contracting LLC | 200.Reno | -4,608.70 | -4,608.70 |
| 04/29/2022 | Vendor Credit | 1395-CM | Hernandez Multi Contracting LLC | 200.Reno | -6,604.50 | -6,604.50 |
| 04/29/2022 | Vendor Credit | 1375-CM | Hernandez Multi Contracting LLC | 200.Reno | -7,293.00 | -7,293.00 |
| 04/30/2022 | Bill | 1100 | Toni Glowinski | 200.Reno | 3,333.34 | 3,333.34 |
| 04/30/2022 | Bill | 1100 | 22 Rose Street LLC | 200.Reno | 1,000.00 | 1,000.00 |
| 04/30/2022 | Bill | SC255134 | Ferguson | | 361.35 | 361.35 |
| 05/01/2022 | Bill | 05.01.22 - 4839A | Addison-Keller Springs, Ltd PO Box | | 1,286.00 | 1,286.00 |
| 05/01/2022 | Bill | 2022-05-01 | Sandra Perry | | 1,082.69 | 1,082.69 |
| 05/01/2022 | Bill | 2022-05-01 (1) | Sandra Perry | | 935.04 | 935.04 |
| 05/06/2022 | Bill | VC-Progress 2022 | RMIS | | 99.95 | 99.95 |
| 05/06/2022 | Bill Payment (Check) | 1057 | Addison-Keller Springs, Ltd PO Box | | -2,625.00 | -0.50 |
| 05/09/2022 | Bill | 1445 | Hernandez Multi Contracting LLC | 200.Reno | 25,180.26 | 25,180.26 |
| 05/10/2022 | Bill | 2110 Loretta Ln ADD2 | Juan Carlos Flores | 500-TURNS | 750.00 | 750.00 |
| 05/10/2022 | Bill Payment (Check) | 1117-CV | Maria G Chaidez-M&M Remodeling | 200.Reno | -2,879.00 | -1,483.00 |
| 05/10/2022 | Bill Payment (Check) | 1086-CV | AR MULTIPLE SERVICES | 200.Reno | -4,418.00 | -40.00 |
| 05/10/2022 | Bill Payment (Check) | 1087-CV | ATD Concrete Coatings | 200.Reno | -7,493.00 | -0.69 |
| 05/10/2022 | Bill | 8249 Mark Ln | AMJ Construction Services LLC DBA Texas Tough Roofing | 200.Reno | 8,370.00 | 5,022.00 |
| 05/10/2022 | Bill | 2520 Caden Ct | Jose Manuel Muñoz | 200.Reno | 2,508.00 | 250.80 |
| 05/12/2022 | Bill | 054902924303 | TXU Energy | 200.Reno | 25.00 | 25.00 |

# EXHIBIT E

## Service One, LLC
## Case No: 22-40503
## A/P Aging Detail
### As of October 31, 2023

| Date | Transaction Type | Num | Vendor | Division | Amount | Open Balance |
|---|---|---|---|---|---|---|
| 05/12/2022 | Bill | 054902924303 | TXU Energy | 200.Reno | 271.56 | 271.56 |
| 05/13/2022 | Bill | 45144-4473PrairieLn | Fix It Right Plumbing | 200.Reno | 1,295.00 | 1,295.00 |
| 05/15/2022 | Bill | 2022-05-15 (1) | Sandra Perry | | 5,846.22 | 5,846.22 |
| 05/15/2022 | Bill | 2022-05-15 | Sandra Perry | | 3,886.41 | 3,886.41 |
| 05/16/2022 | Bill | 45146-708 Saint Johns | Fix It Right Plumbing | 200.Reno | 145.00 | 145.00 |
| 05/18/2022 | Bill | 45155-5604 Stone | Fix It Right Plumbing | 200.Reno | 185.00 | 185.00 |
| 05/20/2022 | Bill | 1446 | Hernandez Multi Contracting LLC | 200.Reno | 12,118.79 | 7,192.27 |
| 05/20/2022 | Bill | 853184 | DFW SHREDDING INC | | 80.00 | 80.00 |
| 05/25/2022 | Bill | 117 Windward Way Xtra | Juan Guevara | 200.Reno | 3,720.32 | 720.32 |
| 05/25/2022 | Bill | 6492 | Trash Chomper LLC | 200.Reno | 379.40 | 379.40 |
| 05/26/2022 | Bill Payment (Check) | 1225 | Jose Diaz | 200.Reno | -450.00 | -50.00 |
| 05/26/2022 | Bill Payment (Check) | 1232 | Maria G Chaidez-M&M Remodeling | 200.Reno | -3,422.25 | -619.25 |
| 05/26/2022 | Bill Payment (Check) | 1230 | Juan Guevara | 200.Reno | -3,538.30 | -2,813.00 |
| 05/27/2022 | Bill | 1309-1 | Sherwin Williams (7487-2) | 200.Reno | 233.26 | 233.26 |
| 05/27/2022 | Vendor Credit | H0524-269951 | Home Depot | 100.Maint | -255.24 | -255.24 |
| 05/27/2022 | Vendor Credit | 516 Picketts Dr - CM | Jesus Contreras | 200.Reno | -7,460.00 | -7,460.00 |
| 05/29/2022 | Vendor Credit | H8517-159374 | Home Depot | 200.Reno | -492.47 | -492.47 |
| 05/31/2022 | Bill | 6021-3 | Sherwin Williams (6288-6) | 200.Reno | 4,454.16 | 4,454.16 |
| 05/31/2022 | Bill | 6526 | Trash Chomper LLC | 200.Reno | 914.20 | 914.20 |
| 05/31/2022 | Bill | 6522 | Trash Chomper LLC | 200.Reno | 550.10 | 550.10 |
| 05/31/2022 | Bill | 6534 | Trash Chomper LLC | 200.Reno | 442.70 | 442.70 |
| 05/31/2022 | Bill | 6519 | Trash Chomper LLC | 200.Reno | 440.00 | 440.00 |
| 05/31/2022 | Bill | 6525 | Trash Chomper LLC | 200.Reno | 440.00 | 440.00 |
| 05/31/2022 | Bill | 6530 | Trash Chomper LLC | 200.Reno | 424.30 | 424.30 |
| 05/31/2022 | Bill | 6533 | Trash Chomper LLC | 200.Reno | 416.20 | 416.20 |
| 05/31/2022 | Bill | 6511 | Trash Chomper LLC | 200.Reno | 409.70 | 409.70 |
| 05/31/2022 | Bill | 6532 | Trash Chomper LLC | 200.Reno | 408.20 | 408.20 |
| 05/31/2022 | Bill | 6528 | Trash Chomper LLC | 200.Reno | 404.20 | 404.20 |
| 05/31/2022 | Bill | 6518 | Trash Chomper LLC | 200.Reno | 393.50 | 393.50 |
| 05/31/2022 | Bill | 6531 | Trash Chomper LLC | 200.Reno | 388.60 | 388.60 |
| 05/31/2022 | Bill | 6589 | Trash Chomper LLC | 200.Reno | 387.40 | 387.40 |
| 05/31/2022 | Bill | 6536 | Trash Chomper LLC | 200.Reno | 381.50 | 381.50 |
| 05/31/2022 | Bill | 6521 | Trash Chomper LLC | 200.Reno | 379.40 | 379.40 |
| 05/31/2022 | Bill | 6537 | Trash Chomper LLC | 200.Reno | 359.60 | 359.60 |
| 05/31/2022 | Bill | 6529 | Trash Chomper LLC | 200.Reno | 337.70 | 337.70 |
| 05/31/2022 | Bill | 6513 | Trash Chomper LLC | 200.Reno | 336.20 | 336.20 |
| 05/31/2022 | Bill | 6545 | Trash Chomper LLC | 200.Reno | 324.70 | 324.70 |
| 05/31/2022 | Bill | 6520 | Trash Chomper LLC | 200.Reno | 299.00 | 299.00 |
| 05/31/2022 | Bill | 6524 | Trash Chomper LLC | 200.Reno | 299.00 | 299.00 |
| 05/31/2022 | Bill | 6523 | Trash Chomper LLC | 500-TURNS | 299.00 | 299.00 |
| 05/31/2022 | Bill | 6527 | Trash Chomper LLC | 200.Reno | 299.00 | 299.00 |
| 06/01/2022 | Bill | 1888 | Glass FX, LLC | 200.Reno | 12,117.52 | 12,117.52 |
| 06/01/2022 | Bill | 2022-06-01 | Sandra Perry | | 1,082.69 | 1,082.69 |
| 06/01/2022 | Bill | 2022-06-01 (1) | Sandra Perry | | 935.04 | 935.04 |
| 06/01/2022 | Bill | 06.01.22 4839A | Addison-Keller Springs, Ltd PO Box | | 1,286.00 | 1,286.00 |
| 06/02/2022 | Bill | 1015433 | U-Fix-IT Appliance | 100.Maint | 25.50 | 25.50 |
| 06/02/2022 | Bill | 45202 | Fix It Right Plumbing | 200.Reno | 2,570.00 | 2,570.00 |
| 06/08/2022 | Bill | 6617 | Trash Chomper LLC | 200.Reno | 502.70 | 502.70 |

# EXHIBIT E

**Service One, LLC**
**Case No: 22-40503**
**A/P Aging Detail**
As of October 31, 2023

| Date | Transaction Type | Num | Vendor | Division | Amount | Open Balance |
|---|---|---|---|---|---|---|
| 06/08/2022 | Bill | 6618 | Trash Chomper LLC | 200.Reno | 471.20 | 471.20 |
| 06/08/2022 | Bill | 6622 | Trash Chomper LLC | 200.Reno | 440.00 | 440.00 |
| 06/08/2022 | Bill | 6623 | Trash Chomper LLC | 200.Reno | 412.00 | 412.00 |
| 06/08/2022 | Bill | 6624 | Trash Chomper LLC | 200.Reno | 387.40 | 387.40 |
| 06/08/2022 | Bill | 6619 | Trash Chomper LLC | 200.Reno | 376.40 | 376.40 |
| 06/08/2022 | Bill | 6621 | Trash Chomper LLC | 200.Reno | 353.30 | 353.30 |
| 06/08/2022 | Bill | 6620 | Trash Chomper LLC | 200.Reno | 299.00 | 299.00 |
| 06/09/2022 | Bill | 1447 | Hernandez Multi Contracting LLC | 200.Reno | 30,615.29 | 24,602.85 |
| 06/09/2022 | Bill | 1449 | Hernandez Multi Contracting LLC | 200.Reno | 30,245.21 | 25,055.69 |
| 06/09/2022 | Bill | 1448 | Hernandez Multi Contracting LLC | 200.Reno | 976.78 | 976.78 |
| 06/10/2022 | Bill Payment (Check) | 1049 | Juan Carlos Flores | 200.Reno | -2,200.00 | -1,800.00 |
| 06/11/2022 | Bill | 1905 | Glass FX, LLC | 200.Reno | 2,750.00 | 2,750.00 |
| 06/14/2022 | Bill | 1456 | Hernandez Multi Contracting LLC | 200.Reno | 37,821.35 | 34,808.32 |
| 06/14/2022 | Bill | 1452 | Hernandez Multi Contracting LLC | 200.Reno | 31,254.02 | 31,254.02 |
| 06/14/2022 | Bill | 1454 | Hernandez Multi Contracting LLC | 200.Reno | 29,027.93 | 15,437.31 |
| 06/14/2022 | Bill | 1450 | Hernandez Multi Contracting LLC | 200.Reno | 19,193.03 | 19,193.03 |
| 06/14/2022 | Bill | 1453 | Hernandez Multi Contracting LLC | 200.Reno | 271.15 | 271.15 |
| 06/14/2022 | Bill | 1451 | Hernandez Multi Contracting LLC | 200.Reno | 152.92 | 152.92 |
| 06/15/2022 | Bill | 2022-06-15 (1) | Sandra Perry | | 5,846.22 | 5,846.22 |
| 06/15/2022 | Bill | 2022-06-15 | Sandra Perry | | 3,886.41 | 3,886.41 |
| 06/18/2022 | Bill | 7688195 | Payoneer | | 100.00 | 100.00 |
| 06/27/2022 | Bill | 6661 | Trash Chomper LLC | 200.Reno | 597.80 | 597.80 |
| 06/27/2022 | Bill | 6656 | Trash Chomper LLC | 200.Reno | 477.20 | 477.20 |
| 06/27/2022 | Bill | 6666 | Trash Chomper LLC | 200.Reno | 468.10 | 468.10 |
| 06/27/2022 | Bill | 6664 | Trash Chomper LLC | 500-TURNS | 458.30 | 458.30 |
| 06/27/2022 | Bill | 6653 | Trash Chomper LLC | 200.Reno | 447.70 | 447.70 |
| 06/27/2022 | Bill | 6663 | Trash Chomper LLC | 200.Reno | 440.00 | 440.00 |
| 06/27/2022 | Bill | 6665 | Trash Chomper LLC | 200.Reno | 420.50 | 420.50 |
| 06/27/2022 | Bill | 6655 | Trash Chomper LLC | 200.Reno | 416.20 | 416.20 |
| 06/27/2022 | Bill | 6658 | Trash Chomper LLC | 200.Reno | 412.00 | 412.00 |
| 06/27/2022 | Bill | 6659 | Trash Chomper LLC | 200.Reno | 412.00 | 412.00 |
| 06/27/2022 | Bill | 6660 | Trash Chomper LLC | 500-TURNS | 339.10 | 339.10 |
| 06/27/2022 | Bill | 6654 | Trash Chomper LLC | 200.Reno | 336.20 | 336.20 |
| 06/27/2022 | Bill | 6657 | Trash Chomper LLC | 200.Reno | 324.70 | 324.70 |
| 06/27/2022 | Bill | 6662 | Trash Chomper LLC | 200.Reno | 299.00 | 299.00 |
| 06/27/2022 | Bill | 6667 | Trash Chomper LLC | 200.Reno | 299.00 | 299.00 |
| 06/29/2022 | Bill | 1458 | Hernandez Multi Contracting LLC | 200.Reno | 1,348.11 | 1,348.11 |
| 06/30/2022 | Bill | 6707 | Trash Chomper LLC | 200.Reno | 373.00 | 373.00 |
| 06/30/2022 | Bill | 6706 | Trash Chomper LLC | 500-TURNS | 328.40 | 328.40 |
| 06/30/2022 | Bill | 6703 | Trash Chomper LLC | 500-TURNS | 314.60 | 314.60 |
| 07/01/2022 | Bill | 2022-07-01 | Sandra Perry | | 1,082.69 | 1,082.69 |
| 07/01/2022 | Bill | 2022-07-01 (1) | Sandra Perry | | 935.04 | 935.04 |
| 07/01/2022 | Bill | Rent - 07/01/22 | Addison-Keller Springs, Ltd PO Box | | 1,286.00 | 1,286.00 |
| 07/08/2022 | Bill Payment (Check) | 1128 | Ace Waste | | -3,193.48 | -0.10 |
| 07/14/2022 | Vendor Credit | Refund-365 | Microsoft | | -16.24 | -16.24 |
| 07/15/2022 | Bill | 2022-07-15 (1) | Sandra Perry | | 5,846.22 | 5,846.22 |
| 07/15/2022 | Bill | 2022-07-15 | Sandra Perry | | 3,886.41 | 3,886.41 |
| 07/20/2022 | Bill | 6759 | Trash Chomper LLC | 200.Reno | 468.10 | 468.10 |
| 07/20/2022 | Bill | 6764 | Trash Chomper LLC | 200.Reno | 446.00 | 446.00 |

# EXHIBIT E

**Service One, LLC**
**Case No: 22-40503**
**A/P Aging Detail**
**As of October 31, 2023**

| Date | Transaction Type | Num | Vendor | Division | Amount | Open Balance |
|---|---|---|---|---|---:|---:|
| 07/20/2022 | Bill | 6763 | Trash Chomper LLC | 200.Reno | 443.80 | 443.80 |
| 07/20/2022 | Bill | 6760 | Trash Chomper LLC | 200.Reno | 419.20 | 419.20 |
| 07/20/2022 | Bill | 6767 | Trash Chomper LLC | 200.Reno | 419.20 | 419.20 |
| 07/20/2022 | Bill | 6758 | Trash Chomper LLC | 200.Reno | 416.20 | 416.20 |
| 07/20/2022 | Bill | 6766 | Trash Chomper LLC | 200.Reno | 401.00 | 401.00 |
| 07/20/2022 | Bill | 6761 | Trash Chomper LLC | 200.Reno | 373.00 | 373.00 |
| 07/20/2022 | Bill | 6765 | Trash Chomper LLC | 200.Reno | 305.00 | 305.00 |
| 07/20/2022 | Bill | 6762 | Trash Chomper LLC | 200.Reno | 100.00 | 100.00 |
| 07/29/2022 | Bill | 6776 | Trash Chomper LLC | 200.Reno | 442.90 | 442.90 |
| 08/01/2022 | Bill | 2022-08-01 | Sandra Perry | | 935.04 | 935.04 |
| 08/01/2022 | Bill | 2022-08-01 | Slack | | 179.09 | 179.09 |
| 08/15/2022 | Bill | 2022-08-15 (1) | Sandra Perry | | 5,846.22 | 5,846.22 |
| 08/15/2022 | Bill | 2022-08-15 | Sandra Perry | | 3,886.41 | 3,886.41 |
| 08/23/2022 | Vendor Credit | 1417-CM | Hernandez Multi Contracting LLC | 200.Reno | -939.45 | -939.45 |
| 08/23/2022 | Vendor Credit | 1431-CM | Hernandez Multi Contracting LLC | 200.Reno | -1,170.29 | -1,170.29 |
| 08/23/2022 | Vendor Credit | 1444-CM | Hernandez Multi Contracting LLC | 200.Reno | -1,183.04 | -1,183.04 |
| 08/23/2022 | Vendor Credit | 1418-CM | Hernandez Multi Contracting LLC | 200.Reno | -1,200.04 | -1,200.04 |
| 08/23/2022 | Vendor Credit | 1428-CM | Hernandez Multi Contracting LLC | 200.Reno | -1,200.04 | -1,200.04 |
| 08/23/2022 | Vendor Credit | 1433-CM | Hernandez Multi Contracting LLC | 200.Reno | -5,578.00 | -5,578.00 |
| 08/23/2022 | Vendor Credit | 1419-CM | Hernandez Multi Contracting LLC | 200.Reno | -8,792.78 | -8,792.78 |
| 08/23/2022 | Ck 1216 | Docket 203 | Hernandez Multi Contracting LLC | | -59,006.41 | -59,006.41 |
| 09/01/2022 | Bill | 2022-09-01 | Sandra Perry | | 935.04 | 935.04 |
| 09/01/2022 | Bill | 2022-09-01 | Slack | | 179.09 | 179.09 |
| **Total for 91 or more days past due** | | | | | **$ 323,410.16** | **$ 269,532.95** |
| **TOTAL** | | | | | **$ 323,410.16** | **$ 269,532.95** |

# EXHIBIT F

**Service One, LLC**
**Case No: 22-40503**
**A/R Aging Detail**
**As of October 31, 2023**

| Date | Transaction Type | Num | Customer | Division | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| **91 or more days past due** | | | | | | | |
| 01/23/2020 | Invoice | 3940 | Havenbrook Homes, LLC:1330 Newton St | 100.Maint | 02/22/2020 | 350.00 | 350.00 |
| 01/30/2020 | Invoice | 4023 | Havenbrook Homes, LLC:01.100 - 1214 Lone Wolf Trail #2 | 100.Maint | 02/29/2020 | 75.00 | 75.00 |
| 02/20/2020 | Invoice | 4234 | Havenbrook Homes, LLC:13916 Bonnercrest Dr | 100.Maint | 03/05/2020 | 860.00 | 860.00 |
| 03/13/2020 | Invoice | 4750 | Invitation Homes:01.500 - 9108 Whistlewood Dr | 500-TURNS | 03/28/2020 | 959.89 | 959.89 |
| 04/08/2020 | Invoice | 5095 | Invitation Homes:02.500 - 903 La Hacienda | 500-TURNS | 04/23/2020 | 3,777.97 | 1,205.50 |
| 04/27/2020 | Invoice | 5244 | Invitation Homes:01.500 - 5549 Thunder Bay Dr | 500-TURNS | 05/11/2020 | 2,393.43 | 127.81 |
| 07/08/2020 | Invoice | 5889 | Havenbrook Homes, LLC:02.100 - 11215 Evensong Ln | 100.Maint | 07/22/2020 | 300.00 | 300.00 |
| 07/08/2020 | Invoice | 5887 | Havenbrook Homes, LLC:02.100 - 2215 Hazyknoll Ln | 100.Maint | 07/22/2020 | 990.00 | 990.00 |
| 07/10/2020 | Invoice | 5905 | Invitation Homes:01.500 - 5308 Daffodil Ct | 500-TURNS | 07/24/2020 | 500.00 | 500.00 |
| 08/05/2020 | Invoice | 6171 | Invitation Homes:01.400 - 1037 Stockton Dr | 400.GLASS FX | 08/19/2020 | 1,500.00 | 1,500.00 |
| 08/05/2020 | Invoice | 6156 | Abodewell:01.100 - 1610 Canadian Trail | 100.Maint | 08/20/2020 | 175.00 | 175.00 |
| 08/27/2020 | Invoice | 6353 | Havenbrook Homes, LLC:02.100 - 7519 Wovenwood Ln #2 | 100.Maint | 09/11/2020 | 300.00 | 300.00 |
| 09/17/2020 | Invoice | 6533 | Invitation Homes:01.500 - 584 Reed Dr | 500-TURNS | 10/01/2020 | 435.00 | 435.00 |
| 09/29/2020 | Invoice | 34409 | Abodewell:01.100 - 8633 Skyline | 100.Maint | 10/14/2020 | 65.00 | 65.00 |
| 02/17/2021 | Invoice | 35084 | Abodewell:01.100 -  3916 Wyeth Dr. | 100.Maint | 03/04/2021 | 200.00 | 200.00 |
| 03/01/2021 | Invoice | 35129 | Abodewell:01.100 - 3916 Wyeth Dr. | 100.Maint | 03/16/2021 | 125.00 | 125.00 |
| 03/02/2021 | Invoice | 35132 | Fair Park Housing Fund:01.100 - 1306 Foley St. | 100.Maint | 03/17/2021 | 200.00 | 200.00 |
| 03/07/2021 | Invoice | 35151 | Fair Park Housing Fund:01.100 - 2703 Starks Ave. | 100.Maint | 03/22/2021 | 245.00 | 245.00 |
| 03/16/2021 | Invoice | 35202 | Service One Retail:01.100 - 1515 Oak Tree Rd. | 100.Maint | 03/31/2021 | 1,140.00 | 652.97 |
| 03/23/2021 | Invoice | 35224 | Fair Park Housing Fund:01.100 - 2703 Starks Ave. | 100.Maint | 04/07/2021 | 1,050.00 | 1,050.00 |
| 04/20/2021 | Invoice | 35315 | Lessen:01.100 - 7906 Glenside Dr. | 100.Maint | 05/05/2021 | 75.00 | 75.00 |
| 05/11/2021 | Invoice | 35382 | Lessen:01.100 - 7567 Casburn Ct. | 100.Maint | 05/26/2021 | 125.00 | 125.00 |
| 05/31/2021 | Invoice | 35442 | Roofstock-Streetlane Homes:01.500 - 4616 Strong Ave. | 500-TURNS | 06/15/2021 | 5,713.00 | 557.00 |
| 06/02/2021 | Invoice | 35447 | James Bonham Real Estate Fund LLC:01.100 - 1619 Michigan Ave. | 100.Maint | 06/17/2021 | 150.00 | 150.00 |
| 06/06/2021 | Invoice | 35464 | Fair Park Housing Fund:01.100 - 2703 Starks Ave. | 100.Maint | 06/21/2021 | 1,315.00 | 1,315.00 |
| 06/08/2021 | Invoice | 35479 | Service One Retail:01.100 - 3820 Lowrey Way | 100.Maint | 06/23/2021 | 197.79 | 197.79 |
| 06/08/2021 | Invoice | 35476 | Lessen:01.100 - 1606 Glynn Oaks Dr. | 100.Maint | 06/23/2021 | 596.54 | 596.54 |
| 06/09/2021 | Invoice | 35487 | Service One Retail:01.300 - 1703 N Cockrell Hill Rd. | 300.HVAC | 06/24/2021 | 663.80 | 663.80 |
| 06/29/2021 | Invoice | 35565 | American Homes 4 Rent LP:01.100 - 1325 Wolf Dr. | 100.Maint | 07/14/2021 | 156.78 | 156.78 |
| 07/11/2021 | Invoice | 35591 | Lessen:01.100 - 3404 Medina Ave. | 100.Maint | 07/26/2021 | 800.00 | 800.00 |
| 08/03/2021 | Invoice | 35702 | Service One Retail:01.100 - 3622 Routh St. | 100.Maint | 08/18/2021 | 880.00 | 880.00 |
| 09/16/2021 | Invoice | 35885 | Havenbrook Homes, LLC:01.100 - 5309 Raven Row | 100.Maint | 09/30/2021 | 150.00 | 150.00 |
| 09/22/2021 | Invoice | 35910 | Roofstock-Streetlane Homes:01.100 - 4617 Angelina | 100.Maint | 10/07/2021 | 75.00 | 75.00 |
| 09/28/2021 | Invoice | 35936 | Roofstock-Streetlane Homes:01.100 - 7472 Love Circle | 100.Maint | 10/13/2021 | 90.35 | 90.35 |
| 09/30/2021 | Invoice | 35959 | Roofstock-Streetlane Homes:01.500 - 3275 Kristen Dr | 500-TURNS | 10/15/2021 | 5,588.00 | 5,588.00 |
| 10/11/2021 | Invoice | 36016 | Roofstock-Streetlane Homes:01.100 - 7472 Love Circle | 100.Maint | 10/26/2021 | 82.00 | 82.00 |
| 10/11/2021 | Invoice | 36014 | Roofstock-Streetlane Homes:01.500 - 4318 York St. | 500-TURNS | 10/26/2021 | 2,884.00 | 2,884.00 |
| 10/12/2021 | Invoice | 36020 | Roofstock-Streetlane Homes:01.100 - 4725 Highway Dr | 100.Maint | 10/27/2021 | 245.00 | 245.00 |
| 10/19/2021 | Invoice | 36039 | Roofstock-Streetlane Homes:01.100 - 4617 Angelina Way | 100.Maint | 11/03/2021 | 1.00 | 1.00 |
| 10/20/2021 | Invoice | 36058 | Roofstock-Streetlane Homes:01.100 - 4725 Highway Dr | 100.Maint | 11/04/2021 | 385.00 | 385.00 |
| 11/08/2021 | Payment | 6606869 | Hudson Homes Mgmt. LLC | | 11/08/2021 | -6,512.14 | -950.00 |
| 11/08/2021 | Payment | 6606874 | Hudson Homes Mgmt. LLC | | 11/08/2021 | -4,092.92 | -950.00 |
| 11/10/2021 | Credit Memo | PP Job 8857-CM | Progress Residential, LLC:01.200 - 9301 Marilyn Ct | 200.Reno | 11/10/2021 | -15,181.29 | -213.84 |
| 11/12/2021 | Invoice | 36206 | Roofstock-Streetlane Homes:01.100 - 5008 Gilbert Drive | 100.Maint | 11/27/2021 | 500.00 | 500.00 |
| 11/15/2021 | Payment | 6723526 | Hudson Homes Mgmt. LLC | | 11/15/2021 | -2,686.02 | -20.00 |
| 11/19/2021 | Credit Memo | PP Job 9262-1-CM | Progress Residential, LLC:01.200 - 2522 Clayton Oaks Dr | 200.Reno | 11/19/2021 | -9,543.00 | -9,543.00 |
| 11/30/2021 | Invoice | 36335 | Mynd:01.500 - 218 Mechanic St | 500-TURNS | 12/15/2021 | 4,757.00 | 475.70 |
| 12/06/2021 | Invoice | 36380 | Scott Tinkham:01.100 - 235 Softwood Dr. | 100.Maint | 12/21/2021 | 595.00 | 595.00 |
| 12/06/2021 | Invoice | 36378 | Mynd:01.200 - 2306 High Star Dr | 200.Reno | 12/21/2021 | 14,724.00 | 1,472.40 |
| 12/12/2021 | Invoice | 36419 | Roofstock-Streetlane Homes:01.200 - 717 Mallard Dr | 200.Reno | 12/27/2021 | 20,342.42 | 0.30 |
| 12/29/2021 | Invoice | 36592 | Scott Tinkham:01.100 - 1425 Monica | 100.Maint | 01/13/2022 | 150.00 | 150.00 |
| 12/29/2021 | Invoice | 36585 | Lessen:01.100 - 3933 Wedgway Drive | 100.Maint | 01/13/2022 | 252.00 | 252.00 |
| 12/31/2021 | Credit Memo | PP Job 6992-CM | Northsight Management:01.500 - 4334 Thicket Dr | 100.Maint | 12/31/2021 | -360.00 | -360.00 |
| 01/06/2022 | Invoice | 36755 | Scott Tinkham:01.100 - 1425 Monica | 100.Maint | 01/21/2022 | 210.00 | 210.00 |
| 01/17/2022 | Invoice | 36839 | Scott Tinkham:01.100 - 3610 Apple Valley Way | 100.Maint | 02/01/2022 | 105.00 | 105.00 |
| 01/19/2022 | Invoice | 36849 | Mynd:01.200 - 6521 Aires Dr | 200.Reno | 02/03/2022 | 200.00 | 20.00 |
| 01/21/2022 | Invoice | PM-220121 | Moonwalk REH | | 01/21/2022 | 7,692.30 | 7,692.30 |

# EXHIBIT F

**Service One, LLC**
**Case No: 22-40503**
**A/R Aging Detail**
**As of October 31, 2023**

| Date | Transaction Type | Num | Customer | Division | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| 01/30/2022 | Invoice | 36922 | Roofstock-Streetlane Homes:01.100 - 1509 Carnation Dr. | 100.Maint | 02/14/2022 | 350.00 | 350.00 |
| 01/31/2022 | Invoice | 36923 | Lessen:01.100 - 1608 Judy Drive | 100.Maint | 02/15/2022 | 526.24 | 420.84 |
| 02/09/2022 | Invoice | 36989 | Mynd:01.200 - 4211 June Drive | 200.Reno | 02/24/2022 | 14,686.55 | 1,468.66 |
| 02/16/2022 | Invoice | 37035 | Scott Tinkham:01.100 - 3527 Apple Valley Way | 100.Maint | 03/03/2022 | 125.00 | 125.00 |
| 02/20/2022 | Invoice | 37055 | Roofstock-Streetlane Homes:01.100 - 2808 Blue Ridge Dr. | 100.Maint | 03/07/2022 | 217.70 | 217.70 |
| 02/22/2022 | Invoice | 37063 | Mynd:01.200 - 7045 Echo Lake Ct | 200.Reno | 03/09/2022 | 9,402.00 | 940.20 |
| 02/23/2022 | Invoice | 37074 | Roofstock-Streetlane Homes:01.100 - 1712 Fern Dr. | 100.Maint | 03/10/2022 | 875.35 | 595.00 |
| 02/27/2022 | Invoice | 37093 | Mynd:01.200 - 7045 Echo Lake Ct | 200.Reno | 03/14/2022 | 660.00 | 66.00 |
| 03/04/2022 | Invoice | PM-220304 | Moonwalk REH | | 03/04/2022 | 7,692.30 | 7,692.30 |
| 03/08/2022 | Invoice | 37157 | Mynd:01.200 - 4211 June Drive | 200.Reno | 03/23/2022 | 3,065.00 | 306.50 |
| 03/09/2022 | Invoice | 37174 | Lone Star Realty Group:01.100 - 700 Bluebird St. | 100.Maint | 03/24/2022 | 259.89 | 259.89 |
| 03/29/2022 | Invoice | 37284 | Scott Tinkham:01.100 - 2804 Springlake Ct. | 100.Maint | 04/13/2022 | 75.00 | 75.00 |
| 03/30/2022 | Invoice | 37306 | Roofstock-Streetlane Homes:01.100 - 104 Melody Cir | 100.Maint | 04/14/2022 | 350.00 | 350.00 |
| 03/31/2022 | Invoice | 37321 | Roofstock-Streetlane Homes:01.500 - 1204 Magnolia Dr. | 500-TURNS | 04/15/2022 | 7,110.00 | 7,110.00 |
| 04/06/2022 | Invoice | 37364 | Progress Residential, LLC:01.200 - 426 Kimmel Dr | 200.Reno | 04/06/2022 | 300.00 | 300.00 |
| 04/06/2022 | Invoice | 37370 | Roofstock-Streetlane Homes:01.100 - 4906 Autumn | 100.Maint | 04/21/2022 | 1,350.00 | 1,350.00 |
| 04/10/2022 | Invoice | 37378 | Progress Residential, LLC:01.200 - 2233 Heaton St | 200.Reno | 04/10/2022 | 257.90 | 257.90 |
| 04/19/2022 | Invoice | 37440 | Roofstock-Streetlane Homes:01.900 - 4500 Westlake Fort Worth | 900-Electrical | 05/04/2022 | 600.00 | 600.00 |
| 04/20/2022 | Invoice | 37442 | Roofstock-Streetlane Homes:01.100 - 3704 Eastridge Dr. | 100.Maint | 05/05/2022 | 5,612.27 | 5,612.27 |
| 04/24/2022 | Invoice | 37466 | Roofstock-Streetlane Homes:01.100 - 327 S 1st St. | 100.Maint | 05/09/2022 | 250.00 | 250.00 |
| 05/02/2022 | Invoice | 37516 | Roofstock-Streetlane Homes:01.500 - 6119 Springwood Dr | 500-TURNS | 05/17/2022 | 4,626.50 | 4,626.50 |
| 05/08/2022 | Invoice | 37530 | Roofstock-Streetlane Homes:01.100 - 4608 Ringold | 100.Maint | 05/23/2022 | 658.00 | 658.00 |
| 05/09/2022 | Invoice | 37532 | My Community Homes:03.200 - 2702 Antique Rose | 200.Reno | 05/24/2022 | 29,623.84 | 10,716.36 |
| 05/16/2022 | Invoice | 37558 | Progress Residential, LLC:01.200 - 4617 Seneca Dr | 200.Reno | 05/16/2022 | 150.00 | 150.00 |
| 05/16/2022 | Invoice | 37566 | Progress Residential, LLC:01.200 - 708 Saint Johns Dr | 200.Reno | 05/16/2022 | 450.00 | 450.00 |
| 05/16/2022 | Invoice | 37563 | Progress Residential, LLC:01.200 - 426 Kimmel Dr | 200.Reno | 05/16/2022 | 1,340.00 | 1,340.00 |
| 05/23/2022 | Invoice | 37614 | Mynd:01.200 - 405 Stoneybrook Dr | 200.Reno | 06/07/2022 | 6,114.00 | 611.40 |
| 05/23/2022 | Invoice | 37612 | Mynd:01.200 - 5604 Stone Meadow Ln | 200.Reno | 06/07/2022 | 8,329.00 | 832.90 |
| 05/23/2022 | Invoice | 37613 | Mynd:01.200 - 5604 Stone Meadow Ln | 200.Reno | 06/07/2022 | 8,677.00 | 867.70 |
| 05/24/2022 | Payment | 3BE1-2FF8 | Heart Property Management | 200.Reno | 05/24/2022 | -5,353.87 | -1,250.00 |
| 05/26/2022 | Credit Memo | 36439-CM | Progress Residential, LLC:01.200 - 732 BRIDLE AVE | 200.Reno | 05/26/2022 | -9,600.00 | -9,600.00 |
| 05/26/2022 | Credit Memo | 37596-CM | Progress Residential, LLC:01.200 - 732 BRIDLE AVE | 200.Reno | 05/26/2022 | -706.74 | -706.74 |
| 05/26/2022 | Invoice | 37626 | Progress Residential, LLC:01.200 - 818 Silverbell St | 200.Reno | 05/26/2022 | 6,850.25 | 6,850.25 |
| 06/03/2022 | Invoice | 37647 | Roofstock-Streetlane Homes:01.500 - 134 Muirfield Dr | 500-TURNS | 06/18/2022 | 2,201.00 | 2,201.00 |
| 06/03/2022 | Invoice | 37639 | Roofstock-Streetlane Homes:01.100 - 4216 Hathaway Dr. | 100.Maint | 06/18/2022 | 3,643.82 | 3,643.82 |
| 06/08/2022 | Invoice | 37652 | Orchard Technologies, Inc.:01.200 - 204 Lake Estates Dr | 200.Reno | 06/23/2022 | 6,600.00 | 6,600.00 |
| 06/14/2022 | Payment | 5722-3232 | Heart Property Management | 100.Maint | 06/14/2022 | -5,573.61 | -650.00 |
| 06/14/2022 | Invoice | 37691 | Metro Urban Asset Management, LLC:01.100 - 6505 Chalk Ct | 100.Maint | 06/29/2022 | 75.00 | 75.00 |
| 06/14/2022 | Invoice | 37694 | Roofstock-Streetlane Homes:01.100 - 1007 Courtney Dr | 100.Maint | 06/29/2022 | 250.00 | 250.00 |
| 06/14/2022 | Invoice | 37701 | Mynd:02.200 - 5407 Cross Valley Dr | 200.Reno | 06/29/2022 | 354.44 | 354.44 |
| 06/14/2022 | Invoice | 37696 | Mynd:02.200 - 4920 Meadowood Cir | 200.Reno | 06/29/2022 | 25,088.92 | 25,088.92 |
| 06/23/2022 | Invoice | 37728 | Roofstock-Streetlane Homes:01.900 - 1509 Queens Brook | 900-Electrical | 07/08/2022 | 550.00 | 550.00 |
| 06/30/2022 | Invoice | 37776 | Hudson Homes Mgmt. LLC:01.100 - 4334 Thicket Dr | | 07/14/2022 | 1,359.97 | 1,359.97 |
| 06/30/2022 | Invoice | 37781 | Roofstock-Streetlane Homes:01.100 - 2123 Slow Stream Dr | 100.Maint | 07/15/2022 | 143.97 | 143.97 |
| 06/30/2022 | Invoice | 37785 | American Homes 4 Rent LP:01.100 - 1120 Greenview Lane | 100.Maint | 07/15/2022 | 210.00 | 210.00 |
| 06/30/2022 | Invoice | 37777 | Roofstock-Streetlane Homes:01.100 - 1007 Courtney Dr | 100.Maint | 07/15/2022 | 660.34 | 660.34 |
| 06/30/2022 | Invoice | 37784 | American Homes 4 Rent LP:01.100 - 4017 Houston | 100.Maint | 07/15/2022 | 700.00 | 700.00 |
| 07/08/2022 | Invoice | 37806 | Roofstock-Streetlane Homes:01.100 - 6103 Autumn | 100.Maint | 07/23/2022 | 993.00 | 993.00 |
| 07/12/2022 | Invoice | 37814 | Heart Property Management:01.100 - 2108 Bosswood Dr. Grand prairie | 100.Maint | 07/27/2022 | 75.00 | 75.00 |
| 07/12/2022 | Invoice | 37815 | Heart Property Management:01.100 - 2216 Lavon Creek Ln Arlington TX 76006 | 100.Maint | 07/27/2022 | 150.00 | 150.00 |
| 07/25/2022 | Invoice | 37843 | Wedgewood, Inc:01.200 - 4827 Hollow Ridge Rd | 200.Reno | 08/08/2022 | 31,500.00 | 31,500.00 |
| 07/26/2022 | Invoice | 37846 | Progress Residential, LLC:01.200 - 5716 Fathom Dr | | 07/26/2022 | 13,248.88 | 13,248.88 |
| 07/29/2022 | Payment | 7EEC-18EC | Heart Property Management | | 07/29/2022 | -175.00 | -175.00 |
| 08/18/2022 | Invoice | 37852 | Progress Residential, LLC:01.200 - 5716 Fathom Dr | 200.Reno | 08/18/2022 | 1,952.00 | 1,952.00 |
| 08/31/2022 | Invoice | 37857 | ResiPro, LLC:01.200 - 516 Picketts Drive | | 09/15/2022 | 48,278.12 | 559.09 |
| 10/14/2022 | Payment | 100022450 | Invitation Homes | | 10/14/2022 | -722.25 | -0.02 |
| **Total for 91 or more days past due** | | | | | | **$ 461,449.59** | **$ 174,753.33** |
| **TOTAL** | | | | | | **$ 461,449.59** | **$ 174,753.33** |

# Flagstar Bank, N.A.

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From October  01, 2023
To   October  31, 2023
Page 1 of 2

00000001  M2699SES110  88  000000000 8 161
SERVICE ONE LLC DEBTOR
CASE 22-40503
MARK A WEISBART AS TRUSTEE
10501 N CENTRAL EXPY, SUITE 106
DALLAS TX  75231           U

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

See Back for Important Information

**Primary Account:**     2995      0

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS
ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND
CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES
("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS,
"ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS
SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE
INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND
PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE
CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED
FEE SCHEDULE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **EPOSIT ACCOUNTS** | | | |
| 2995    BANKRUPTCY CHECKING | | 1,703,352.16 | 1,703,352.16 |
| RELATIONSHIP | TOTAL | | 1,703,352.16 |



**Flagstar Bank, N.A.**

Statement Period
From October   01, 2023
To   October   31, 2023
Page 2 of 2

SERVICE ONE LLC DEBTOR
CASE 22-40503
MARK A WEISBART AS TRUSTEE
10501 N CENTRAL EXPY, SUITE 106
DALLAS TX  75231              U

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

**Primary Account:**        **2995**        **0**

**BANKRUPTCY CHECKING                  2995**

**Summary**

 Previous Balance as of October   01, 2023                                          1,703,352.16

 There was no deposit activity during this statement period

 Ending Balance as of   October   31, 2023                                          1,703,352.16

